**MARTORELL LAW APC**
Eduardo Martorell, State Bar No. 240027
EMartorell@Martorell-Law.com
Christopher Rosario, State Bar No. 326436
CRosario@Martorell-Law.com
Playa District
6100 Center Drive, Suite 1130
Los Angeles, CA 90045
Telephone: (323) 840-1200
Facsimile: (323) 840-1300

Attorneys for Defendants, Ye f/k/a KANYE OMARI WEST; GETTING OUT OUR DREAMS, INC.; GETTING OUT OUR DREAMS II, LLC; YEEZY LLC; YEEZY SUPPLY LLC; and OX PAHA INC. f/k/a MASCOTTE HOLDINGS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIST REVENUE ADVOCATES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>YE f/k/ka Kanye Omari West, *et al.*,<br><br>    Defendants. | Case No.:  2:24-cv-06018 MWC (BFMx)<br><br>**DECLARATION OF MILO YIANNOPOULOS IN RESPONSE TO COURT ORDER (ECF 93) RE: PLAINTIFF'S MOTION TO COMPEL (ECF 80)** |

DECLARATION OF MILO YIANNOPOULOS

## DECLARATION OF MILO YIANNOPOULOS

I, Milo Yiannopoulos, declare as follows:

1.      I have worked closely with Defendant Ye (formerly known as Kanye West) for several years. I have been employed in various roles for Ye at his multinational music and fashion brand Yeezy LLC since mid-2022. In that time, I have had direct involvement with every aspect of Yeezy's business and artistic operations and been given executive authority over most or all of them at various times.

2.      Until May 2024, I served as Chief of Staff, analogous to Chief Operating Officer in some senses and Chief Executive Officer in others. In my role as Chief of Staff, I was responsible for overseeing Yeezy's executive operations, coordinating creative projects, managing staff, and interfacing with external contractors and vendors. I am now an irregular consultant drafted in on urgent, complex, unusual or especially sensitive matters. The present lawsuit is one such matter.

3.      I have been informed that Plaintiff alleges that document production during discovery has to date been non-existent. This is unfair to Plaintiffs and may have given the impression of disrespectfulness in regard of the Court. I write today to offer an apology on behalf of the company; to give an account of why this has been the case; to explain why the production of responsive material is always so unusually difficult for Defendant Ye and Yeezy to achieve, and to explain why, in the case of Plaintiffs' requests for records, either no pertinent data exists, or the material we have found paints a picture that will be unwelcome to Plaintiff and injurious to Plaintiff's cause.

4.      I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto. Another purpose of this declaration is to offer myself to Plaintiffs and their attorneys for deposition to expand on and clarify the details herein.

5.      Although Yeezy LLC is scrupulous about satisfying its legal obligations when it comes to tax, employment and other statutory matters, I am confident in declaring that in every other conceivable respect the company is not like any other business operating anywhere in the world. A combination of high staff turnover and Ye's unique artistic production and management methods mean that there is almost no institutional memory retained from one year into the next, and almost never the usual mountain of correspondence, documents and work product.

6.      This radical company structure is by design, rendering the company infinitely and rapidly flexible. It exists solely to further Defendant Ye's commercial interests, protect his artistic products, and execute various philanthropic and social goals. Ye's interests, tastes and style can evolve rapidly; Yeezy is able to keep pace and support him in lockstep without the inertia that keeps most corporations operating in essentially the same way, and for essentially the same ends, decade after decade.

7.      Yeezy's *tabula rasa* corporate culture manifests in unintentionally comic ways. When I first joined the company, and for some reason needed an image file of Yeezy's logo, I was told that when people request any company branding materials, Ye hires an artist, sometimes artists, to come in and re-draw them; the original hand drawings are sent to whoever requested the image, several weeks after the expected JPEG file and at a cost of tens of thousands of dollars, assuming Ye was not moved to redesign some element of the logotype, or reconsider a color.

8.      The company's lack of structure and record-keeping can produce horrors. Until 2024, Yeezy did not possess a single customer email address or phone number. And in January 2023, I fired a hundred contractors with no discernible effect on company operations. But the goal, in which Yeezy is mostly a success, is to provide a radically open and empowering canvas for Ye and by extension for the other artists at Yeezy, not only to reimagine and reengineer the world but through artistry and engineering presume to define the future.

DECLARATION OF MILO YIANNOPOULOS

9.    Ye is a self-made billionaire, able to realize enormous sums of money by marrying an abundance mindset to his once-per-generation taste and talent. Creating the most desirable products on earth enables Yeezy a great deal of flexibility in areas and industries that have been stifled by accounting strictures and compliance staff. The kind of retail windfall Ye is apt to enjoy in one area of his music and fashion empire provides the freedom and means for grand experiments throughout the empire, and can do so for years, as in the case of the sneaker partnership with Adidas that first made Ye a billionaire.

10.    Independently wealthy from record-breaking success for decades in multiple industries, Ye is in the unique position to provide lavishly for his collaborators. He does so. No expense is spared on their accommodations, equipment, food, travel or other lifestyle needs. But, more importantly, collaborators in Ye's musical output experience a friction-free environment in which their every creative whim is catered to, subject to Ye's ultimate final say later in the process. As a crucible for works of daring lyrical genius and addictive melody, it is an atmosphere with no peer and no rival, provided at vast expense by Ye's largesse in order to maximize the potential of every collaborator, guest vocalist, producer and writer.

11.    To my knowledge there has never been any attempt to determine whether the album *Donda* was profitable, since this is irrelevant to its artistic merit, though we can be quite confident it was not, and by many millions of dollars. If *Donda* is anything like the albums before and after it, and if Ye's tour bearing the same name is anything like the tours before and after that, every financial analysis will conclude that both album and tour lost substantial sums of money. This is not how accomplishment is measured at Yeezy. Disdain for the sordid topic of coin in favor of a relentless commitment to excellence has been a major factor in the extraordinary commercial success of our products. Ye's iterative, experimental improvement techniques are why Yeezy products seem to exist in their own

4
DECLARATION OF MILO YIANNOPOULOS

category, why they feel so thoughtful, courageous, distinctive and futuristic, and why competitor offerings always suffer by comparison.

12. In 2024, I attempted for the first time to assemble a realistic Profit and Loss statement for a whole album, a serious undertaking in light of Ye's easy largesse and the difficulty of even categorizing large portions of company spending. I am still discovering new invoices and hotel bills from the period in question, but I am satisfied that the collaboration *Vultures Volume 1* by Ye and Ty Dolla $ign, known together as ¥$, is by far the most expensive record ever made, beating by tens of millions of adjusted 2024 dollars Michael Jackson's *Invincible*, on which Jackson is said to have spent as much as possible in an act of contempt for his record label. Sony was contractually obliged to pay whatever this final album of Jackson's contract, which he had sought release from, may cost. They were left with a bill for nearly $60 million in today's money.

13. Upon information and belief, Ye has spent more on every album-length project he has worked on, including several that were never released, for at least a decade, and without any deliberate effort. Eye-watering expense is an inescapable feature of Ye's process, which casts the net widely in early phases of creation before narrowing focus sharply as the clothing line or album begins to take final shape. His art is interdisciplinary; it is not unusual for globally recognized figures from a half dozen disciplines to be yoked together under Ye's creative direction. They join the rappers, writers and producers paid large sums for work that never makes the final cut, and in some cases had no realistic hope of doing so.

14. An almost identical technique is employed by British newspaper the *Daily Mail*, acknowledged as the most powerful masthead in the country with the most provocative, influential and distinctive editorial. It boasts the highest print circulation by some margin, praised for its uniquely coherent and complimentary daily blend of stories. The *Mail* is more sophisticated and more satisfying than the competition because it employs an editorial strategy unlike any other newspaper in

Docusign Envelope ID: 05BC65E0-CEDE-4542-B24A-37035DC9E748

the world, and beyond the budgets of most of them. The *Mail* commissions three separate stories from three separate journalists for every major slot in its print product, including expensive stories like celebrity interviews as well as movie reviews and opinion columns. Every article is fact checked, proofread and typeset. The picture desk selects accompanying photographs for each. Not until the very end of the day, sometimes with mere minutes to go until the paper's print deadline, does the editor on duty survey every story at his disposal and declare which will make it into print. It is understood that material left behind will not be repackaged or repurposed by its authors, who are paid just the same for these "spiked" stories as if their work had appeared in the paper.

15.    Ye employs a related technique, on a larger scale and simultaneously across music, fashion, product design, architecture and anything else he may currently be engaged in. The final price tag is of no significance to Ye. In my first six months working at Yeezy, I never once heard Ye challenge any fee or any price tag, or say "No" to anything solely on cost. Ye and Yeezy prioritize creative freedom liberated from industry control; a method that has earned Ye seventy-five Grammy nominations. He and his company leadership are accustomed to excellence in service, craftsmanship, materials, methods and quality in every detail of their work and in their personal lives. Ye's iterative, experimental technique in creating his artistic product regularly entails hundreds of people, most of them invited to join Ye on location, filling dozens of five-star hotel rooms, sometimes across continents. Private jets convey key personnel and a rotating cast of featured and guest artists back and forth from three- or six-date runs of listening events and live performances at which fans hear forthcoming releases at whatever stage of production they are in that day.

16.    You can intuit where I am headed. At Yeezy there are no managers enforcing budgets, expenses policies or creative deadlines. No one notices when projects blaze past initial cost estimates. In most cases no one thought to ask ahead of

DECLARATION OF MILO YIANNOPOULOS

time what the cost may be. In this as in all things the company is designed to accommodate and encourage Ye's creative process untethered by distraction or obstruction, and, wherever possible, indifferent to any financial consideration. Except for *Vultures 1*, no one has calculated, and nobody can tell you, what any Ye album or apparel collection cost. More certain is the fate of profit-share arrangements for contributors. It is all there in black and white, or rather black and red. Those compensated via profit share are strictly speaking due nothing.

17. Yeezy, as I have said, meets every legal obligation required of it. But anything beyond that, particularly in the case of the protocol, process, accountability and review by which companies normally assess their performance and make decisions about the future simply do not exist at Yeezy. Aside from an accountant, there is no employee at the company even today whose responsibilities are financial or strategic, and no one on payroll recognizably in marketing, business development, risk, financial planning or operations. Accordingly, it can be almost impossible to locate even basic information in response to reasonable requests about everyday company activity. It is usual for the entire contents of work email accounts to be purged on a regular basis, and we do not issue workers with laptops or mobile devices that are provisioned or which must be returned. On the following matters and requests for evidence, I offer specific comment, notwithstanding what has been offered today as responsive material.

18. I have pursued all evidence available to me relating to the lawsuit at issue. I have either spoken directly or spoken to persons who have spoken to various third parties whom I believe may have personal knowledge regarding the subject matter of this lawsuit, including: Charles Misodi Njapa a.k.a. 88-Keys, Nasir Pemberton a.k.a. Digital Nas, Sal York, Jahmal Desmond Gwin a.k.a. BoogzDaBeast, Jeff Gandel, Mark Williams, and Raul Cubina.

19. *Session files showing creation of music; recorded versions prior to finalization; unreleased versions/remixes; metadata relating to production*. Even by

Yeezy standards, we can offer vanishingly little besides the memories of producers still retained by us. I can find few files related to the two songs in dispute, and our employees and contractors have not provided any when asked.

20.    *Accounting for album/songs/listening parties*. It is here that I beg the Court's indulgence, knowing that patience has already and everywhere been tested. What I can assure you is that I am the right person to be assigned to uncover these records, and have not completed my search yet, and that if responsive materials exist I will have them in my hand soon, I expect by June 30. There may not have been any attempt to assess the commercial performance of *Donda*, but I know somewhere there are ticket sales records from listening events waiting to be discovered. I will find them.

21.    *Communications regarding development.* I would like the extra time to make more forceful demands of various third parties to surrender relevant SMS history that I am not sure exist, but may.

22.    *Communications regarding attempted clearance of song.* It is regrettable in the extreme that there might still be clearances not signed or settled from an album released in 2021, but it is my understanding that no one at Yeezy has conceded that ARA's material was in fact used. This may be the reason for the absence of a legal agreement.

23.    *Contracts/agreements with producers/writers; evidence of payments to producers/writers/session artists.* I have searched Yeezy records, which comprise every record we have, but which is missing years of documentation. I find no record of these.

24.    *Communications with distributors/label including split sheets, publishing.* I find no records.

25.    *Explain how plaintiffs came to be credited as songwriter/producers.* This is a mystery to everyone at Yeezy.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on this 13th day of June 2025, at Los Angeles County, California.

Signed by:

1D7914DC04BF410...

Milo Yiannopoulos

9

DECLARATION OF MILO YIANNOPOULOS