Docusign Envelope ID: 9555CD31-CB52-43E8-BEEA-D5D6EE7FF359

Oren J. Warshavsky (Admitted *Pro Hac Vice*)
owarshavsky@bakerlaw.com
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.847.2849
Facsimile: 212.589.4201

Joelle A. Berle (SBN 252532)
jberle@bakerlaw.com
Alexis B. Cruz (SBN 312842)
acruz@bakerlaw.com
**BAKER & HOSTETLER LLP**
1900 Ave. of the Stars, Ste. 2700
Los Angeles, California 90067-4301
Telephone: 310.820.8800
Facsimile: 310.820.8859

Michael A. Tomasulo (SBN 179389)
mike@orbitip.com
David A. Randall (SBN 156722)
dave@orbitip.com
**ORBIT IP LLP**
11400 W. Olympic Blvd., Ste. 200
Los Angeles, California 90064
Telephone: 310.887.1333
Facsimile: 310.887.1334

*Attorneys for Plaintiff*
ARTIST REVENUE ADVOCATES, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIST REVENUE ADVOCATES, LLC,<br><br>　　　　　Plaintiff,<br>vs.<br><br>KANYE OMARI WEST a/k/a "YE," et al.,<br><br>　　　　　Defendants. | Case No.: 2:24-CV-06018-MWC-BFM<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF DARLA CRAIN IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR ORDER TO SHOW CAUSE RE: SANCTIONS PURSUANT TO FRCP 37**<br><br>*[Concurrently Filed with Ex Parte Application; Declaration of Joelle A. Berle; and [Proposed] Order]*<br><br>**Hearing:**<br><br>**Date:　Ex Parte**<br>**Time:　Ex Parte**<br>**Ctrm.: 780**<br><br>Magistrate: Hon. Brianna Fuller Mircheff<br><br>Fact Discovery Cutoff: 10/17/25<br>Trial:　　　　　　　　04/20/26 |

DECLARATION OF DARLA CRAIN

## **DECLARATION OF DARLA CRAIN**

I, Darla Crain, declare as follows:

1. I am an individual over the age of 18 years old. I have personal knowledge of the matters contained in this declaration. If called as a witness, I could and would competently testify thereto.

2. I am a Managing Director at Armanino LLP. For more than twenty-five years I have specialized in royalty and due diligence examinations, business valuation procedures, license examinations, and copyright administration systems procedures, and I have conducted royalty audits involving every major label and publisher, including Universal Music Group ("UMG") and Sony Music Publishing ("SMP"), two labels involved with the Donda album and Defendant Kanye Omari West.

3. **Contractual access to non-public data.** It has been my experience the recording and/or publishing contracts provide the rights to artists and writers such as Kanye West to obtain detailed exploitation and revenue information directly from their labels, publishers, and digital service partners without the need for formal discovery or a subpoena. None of the data described in the paragraphs that follow is available to the general public; it can be accessed only by the artist or authorized representatives using contract-based credentials.

4. **Royalty statements.** Recording artists and songwriters customarily receive quarterly or semi-annual royalty or revenue statements from their labels, publishers, and merchandise manufactures and distributors that list units or streams, gross revenue, contractual deductions, and net royalties or revenues.

5. **Backup detail.** Industry agreements grant artists the contractual right to obtain the underlying royalty or revenue detail, and UMG and SMP routinely provide that detail—either by e-mail or through their secure royalty portals.

6. **DSP analytics.** Major streaming services—such as Spotify for Artists and Apple Music for Artists—maintain password-protected dashboards where

authorized users can download daily or monthly consumption and estimated-royalty files. These dashboards, like the label and publisher portals, are restricted to the artist and his delegates and are not publicly accessible.

7. **Collecting-society portals.** Performance-rights and mechanical-licensing bodies, including BMI, ASCAP, SESAC, Global Rights, the Mechanical Licensing Collective (MLC), SoundExchange (SX) and Neighboring Rights Administrators, offer online portals where writers, publishers and artists can retrieve periodic revenue reports by work. Most of these services provide regular reports to the artists or their representatives, usually monthly or quarterly.

8. **Touring and Watch Parties.** In addition to music and merchandise revenue, Mr. West and/or his representatives would have access to tour revenue which can include tickets, special packages, etc. for touring and watch parties from promoters and the tour organizers.

9. **Application to this case.** For Mr. West, SMP and the UMG label group each host dedicated portals, and his managers or accountants can log into Spotify, Apple, YouTube, Amazon, and TIDAL dashboards to obtain the corresponding usage and revenue metrics.

10. **Conclusion.** Because all of these label, publisher, DSP, and collecting-society data streams are non-public and can be accessed only through credentials controlled by the artist or his business entities, comprehensive streaming and revenue information lies squarely within the possession, custody, or control of the West Defendants.

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.

4  Executed on June 20, 2025, at St. Charles, MO

Signed by: Darla S.
BB6B2323DA854A8...

Darla Y. Crain