Oren J. Warshavsky (Admitted *PHV*)
owarshavsky@bakerlaw.com
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.847.2849
Facsimile: 212.589.4201

Joelle A. Berle (SBN 252532)
jberle@bakerlaw.com
Alexis B. Cruz (SBN 312842)
acruz@bakerlaw.com
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, California 90067-4301
Telephone: 310.820.8800
Facsimile: 310.820.8859

Michael A. Tomasulo (SBN 179389)
mike@orbitip.com
David A. Randall (SBN 156722)
dave@orbitip.com
**ORBIT IP LLP**
11400 W. Olympic Blvd., Suite 200
Los Angeles, California 90064
Telephone: 310.887.1333
Facsimile: 310.887.1334

*Attorneys for Plaintiff*
ARTIST REVENUE ADVOCATES, LLC

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIST REVENUE ADVOCATES, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KANYE OMARI WEST a/k/a "YE," et al.,<br><br>　　　　Defendants. | Case No. 2:24-CV-06018-MWC<br><br>**DISCOVERY MATTER**<br><br>**PROOF OF SERVICE**<br><br>Magistrate: Hon. Brianna Fuller Mircheff<br>Ctrm: 780<br><br>Complaint Filed: July 17, 2024<br>Fact Disc. Cutoff:　Oct. 17, 2025 |

## **PROOF OF SERVICE**

I, Andrea Gonzalez, declare:

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1900 Avenue of the Stars, Suite 2700, Los Angeles, CA 90067-4301. On June 21, 2025, I served a copy of the within document(s):

1. **REDACTED NOTICE OF PLAINTIFF'S EX PARTE APPLICATION AND EX PARTE APPLICATION FOR ORDER TO SHOW CAUSE RE SANCTIONS PURSUANT TO FRCP 37**

2. **DECLARATION OF JOELLE A. BERLE IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO SHOW CAUSE RE SANCTIONS PURSUANT TO FRCP 37**

3. **DECLARATION OF DARLA GAINS IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO SHOW CAUSE RE SANCTIONS PURSUANT TO FRCP 37**

4. **[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION AND EX PARTE APPLICATION FOR ORDER TO SHOW CAUSE RE SANCTIONS PURSUANT TO FRCP 37**

☒ by transmitting via electronic mail the document(s) listed above to the e-mail address(es) set forth below on this date and the transmission was reported as complete and without error.

| | |
|---|---|
| **MARTORELL LAW APC**<br>Eduardo Martorell<br>Christopher Rosario<br>Jesse Belmontes<br>Playa District<br>6100 Center Drive, Suite 1130<br>Los Angeles, CA 90045<br>Telephone: (323) 840-1200<br>Facsimile: (323) 840-1300<br><br>EMartorell@Martorell-Law.com<br>CRosario@Martorell-Law.com<br>JBelmontes@Martorell-Law.com<br>JSotolongo@Martorell-Law.com<br>RRodriguez@Martorell-Law.com | *Attorneys for Defendants*<br><br>KANYE OMARI WEST a/k/a "YE," GETTING OUT OUR DREAMS, INC. a/k/a G.O.O.D. MUSIC, GETTING OUT OUR DREAMS II, LLC, YEEZY LLC, YEEZY SUPPLY LLC, and OX PAHA INC. f/k/a MASCOTTE HOLDINGS, INC. |
| **MITCHELL SILBERBERG & KNUPP LLP**<br>David Steinberg<br>Constance Kang<br>2049 Century Park East, 18th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 312-2000<br>Facsimile: (310) 312-3100 | *Attorneys for Defendants*<br><br>UMG RECORDINGS, INC., UNIVERSAL MUSIC CORP., and UNIVERSAL MUSIC GROUP, INC. |

| | |
|---|---|
| das@msk.com<br>cck@msk.com | |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.  Executed on June 21, 2025, at Los Angeles, California.

　　　　　　　　　　　　　　　　/s/ *Andrea Gonzalez*
　　　　　　　　　　　　　　　　Andrea Gonzalez

PROOF OF SERVICE