**MARTORELL LAW APC**
Eduardo Martorell, State Bar No. 240027
EMartorell@Martorell-Law.com
Christopher A. Rosario, State Bar No. 326436
CRosario@Martorell-Law.com
6100 Center Drive, Suite 1130
Los Angeles, CA 90045
Phone: (323) 840-1200; Fax: (323) 840-1300

*Attorneys for Defendants* Ye f/k/a KANYE OMARI WEST; GETTING OUT OUR DREAMS, INC.; GETTING OUT OUR DREAMS II, LLC; YEEZY LLC; YEEZY SUPPLY LLC; and OX PAHA INC. f/k/a MASCOTTE HOLDINGS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIST REVENUE ADVOCATES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>KANYE OMARI WEST a/k/a "YE;" *et al.*,<br><br>Defendants. | Case No.: 2:24-cv-06018 MWC-BFM<br><br>Hon. Michelle Williams Court<br><br>**DEFENDANTS YE; GETTING OUT OUR DREAMS, INC.; GETTING OUT OUR DREAMS II, LLC; YEEZY LLC; YEEZY SUPPLY LLC; AND OX PAHA INC.'S OBJECTION, NOTICE OF MOTION AND MOTION FOR ORDER MODIFYING ORDER RE: PLAINTIFF'S REQUEST FOR FEES AND COSTS IN CONNECTION WITH MOTION TO COMPEL**<br><br>**Hearing Date:** August 15, 2025<br>**Time:** 1:30 p.m.<br>**Courtroom:** 6A<br><br>Complaint filed: July 17, 2024 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Ye f/k/a KANYE OMARI WEST; GETTING OUT OUR DREAMS, INC.; GETTING OUT OUR DREAMS II, LLC; YEEZY LLC; YEEZY SUPPLY LLC; and OX PAHA INC. f/k/a MASCOTTE HOLDINGS, INC ("Defendants"), hereby object to the Order Re: Plaintiff's Request for Fees and Costs in Connection with Motion Compel (ECF No. 111, "Order").

**PLEASE TAKE FURTHER NOTICE** that on August 15, 2025, at 1:30 p.m. or as soon thereafter as the matter may be heard in Courtroom 6A of the above-entitled Court located at 350 West 1st Street, Los Angeles, California, Defendants will move the above-entitled Court, the Honorable Michelle Williams Court, United States District Judge presiding, for an Order modifying[1] the Order Re: Plaintiff's Request for Fees and Costs in Connection with Motion Compel (ECF No. 111.)

This objection and motion is made pursuant to Fed. R. Civ. P. 72(a) and L.R. 72-2.1 on the grounds that the following findings are "clearly erroneous or contrary to law:"

(1) Plaintiff's counsel reasonably spent 39.2 hours preparing Plaintiff's Motion to Compel (ECF No. 80);

(2) Oren Warshavsky billed at a reasonable rate of $1,850 per hour; Joelle Berle billed at a reasonable rate of $1,130 per hour; Michael Tomasulo billed at a reasonable rate of $1,195 per hour; and, Alexis B. Cruz, a senior associate, reasonably billed at a rate of $1,000 per hour; and,

(3) Plaintiff reasonably incurred attorneys' fees of $52,105 in connection with Plaintiff's Motion to Compel.

---

[1] Local Rule 7-3 controls, "In all cases . . . except in connection with discovery motions (which are L.R. 37-1 through 37-4)." Given that the present Motion constitutes a *de novo* review of a discovery related matter and requests modification of a discovery related Order, Local Rule 7-3 is not applicable.

This was an initial motion to compel further responses to a single set of requests for production. The attorneys staffed by Plaintiff (professionals with 30, 18, and 9 years of legal experience) did not reasonably spend nearly 40 hours preparing a ten-page brief, especially where Plaintiff characterized Defendants' objections as "blanket" and "boilerplate." Moreover, Plaintiffs failed to meet their burden of proof to justify the reasonableness of their hourly rate, especially that of Ms. Cruz at an eye-popping $1,000 as a senior associate.

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the pleadings and papers on file in this action, the matters of which this Court may take judicial notice, and such additional matters and oral argument as may be offered in support of the Motions.

Dated: July 11, 2025

**MARTORELL LAW APC**

By: /s/ Eduardo Martorell
Eduardo Martorell
Christopher A. Rosario
*Attorneys for Defendants* Ye f/k/a KANYE OMARI WEST; GETTING OUT OUR DREAMS, INC.; GETTING OUT OUR DREAMS II, LLC; YEEZY LLC; YEEZY SUPPLY LLC; and OX PAHA INC. f/k/a MASCOTTE HOLDINGS, INC