**MARTORELL LAW APC**
Eduardo Martorell, State Bar No. 240027
EMartorell@Martorell-Law.com
Christopher Rosario, State Bar No. 326436
CRosario@Martorell-Law.com
Playa District
6100 Center Drive, Suite 1130
Los Angeles, CA 90045
Telephone: (323) 840-1200
Facsimile: (323) 840-1300

Attorneys for Defendants Ye f/k/a KANYE OMARI WEST; GETTING OUT OUR DREAMS, INC.; GETTING OUT OUR DREAMS II, LLC; YEEZY LLC; YEEZY SUPPLY LLC; and OX PAHA INC. f/k/a MASCOTTE HOLDINGS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIST REVENUE ADVOCATES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>KANYE OMARI WEST a/k/a "YE;" *et al.*,<br><br>Defendants. | **DISCOVERY MATTER**<br><br>Case No.: 2:24-cv-06018 MWC (BFMx)<br><br>**DEFENDANTS Ye f/k/a KANYE OMARI WEST; GETTING OUT OUR DREAMS, INC.; GETTING OUT OUR DREAMS II, LLC; YEEZY LLC; YEEZY SUPPLY LLC; and OX PAHA INC.'s *EX PARTE* APPLICATION FOR ORDER CONTINUING HEARING AND STRIKING PORTIONS OF PLAINTIFF'S REPLY (ECF NOS. 129, 130) OR, ALTERNATIVELY, FOR LEAVE TO FILE SURREPLY**<br><br>Magistrate: Hon. Brianna Fuller Mircheff<br>Courtroom: 780<br><br>Action Filed:   July 17, 2024 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 7-11 and 7-19, Fed. R. Civ. P. 6(b)(1)(A), and the Court's inherent power, DEFENDANTS KANYE OMARI WEST a/k/a YE, GETTING OUT OUR DREAMS, INC. a/k/a G.O.O.D. MUSIC, GETTING OUT OUR DREAMS II, LLC, YEEZY LLC, YEEZY SUPPLY LLC, and OX PAHA INC. f/k/a MASCOTTE HOLDINGS, INC. ("Defendants") hereby apply to the Court, *ex parte*, for an Order continuing the hearing on Plaintiff's Motion (ECF No. 120) and striking portions of Plaintiff's Reply (ECF Nos. 129, 130) or, alternatively, for leave to file a Surreply, and for an Order.

First and most immediately, Defendants apply for an order continuing the hearing on Plaintiff's Motion to September 2, 2025 due to a trial continuance in another Central District case resulting in a conflict with the hearing date on this Motion.

While Defendants' lead trial counsel was originally set to begin trial in another case on August 19, 2025 and end on August 22, 2025, that trial was continued by Judge Josephine L. Staton to August 25, 2025 to give preference to a criminal trial also scheduled for August 19, 2025. Although Defendants' counsel raised the conflict, Judge Staton stated that counsel must appear at the trial, which takes priority, rendering it impossible for counsel for Defendants to attend the August 26, 2025 hearing on Plaintiff's motion here. Despite a request for the professional courtesy of a one-week continuance, Plaintiff's counsel refused to stipulate to a continuance. Defendants' lead counsel is the only appropriate person to argue Defendants' Opposition to Plaintiff's Motion, which requests extreme sanctions up to and including termination of this case.

Therefore, good cause exists to grant this *ex parte* application because Defendants will suffer immediate, irreparable harm if Defendants' lead counsel is unable to argue Defendants' Opposition to Plaintiff's Motion.

Additionally, Defendants apply for an order striking or, alternatively, for leave to file a Surreply given entirely new evidence cited for the first time in Plaintiff's Reply Brief. This includes deposition testimony from Defendant Ye. It is important to note this new evidence arises as a direct result of Plaintiff's counsel rushing to this Court for extreme sanctions rather than awaiting receiving further discovery and awaiting the deposition of Defendant Ye, who appeared in response to the *first* deposition notice he was served with, despite the date being *unilaterally* selected by Plaintiff's counsel (all contrary to the false narrative that Defendants are not cooperating with discovery). Hence, Plaintiff's counsel created the scenario that led to new evidence being included for the first time in their Reply Brief. Thus, Defendants apply for an order striking:

- ECF No. 129-3 at 5:15-27 (from "and new" through "Rule 37(e)(2)"), 10:4-11:6 (all of Section II.B), 15:8-9, 16:1-17:2 (all of Section V.B); and,
- the entirety of Exhibit 20 to the Declaration of Joelle A. Berle, (ECF 128-2, ECF No. 129-1), which is comprised of excerpts from Defendant Ye's deposition that was taken the day Defendants filed their Opposition.

Good cause exists to grant this *ex parte* application because Defendants will suffer immediate, irreparable harm if the Court considers unopposed matters in Plaintiff's Reply (ECF Nos. 129, 130) that were not raised in Plaintiff's Motion for Sanctions Pursuant to FRCP 37 (ECF No. 120, "Plaintiff's Motion"). Harm would be immediate because the hearing on Plaintiff's Motion is set for Tuesday, August 26, 2025. Harm would be irreparable because no further argument will be considered after the hearing.

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the pleadings and papers on file in this action, the matters of which this Court may take judicial notice, and such additional matters and oral argument as may be offered in support of the Motions.

This Motion is made following electronic mail correspondence with counsel on August 21, 2025, stating the relief sought in Defendants' application. (*See* Declaration of Eduardo Martorell at ¶ 5; *see also id.*, Exh. A.)

Dated: August 22, 2025

**MARTORELL LAW APC**

By: /s/ Eduardo Martorell
Eduardo Martorell
Christopher A. Rosario
*Attorneys for Defendants*
Ye f/k/a KANYE OMARI WEST; GETTING OUT OUR DREAMS, INC.; GETTING OUT OUR DREAMS II, LLC; YEEZY LLC; YEEZY SUPPLY LLC; and OX PAHA INC. f/k/a MASCOTTE HOLDINGS, INC.

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is, 6100 Center Drive, Suite 1130, Los Angeles, California 90045.

On August 22, 2025, I served the within document(s) described as:

**DEFENDANTS Ye f/k/a KANYE OMARI WEST; GETTING OUT OUR DREAMS, INC.; GETTING OUT OUR DREAMS II, LLC; YEEZY LLC; YEEZY SUPPLY LLC; and OX PAHA INC.'s *EX PARTE* APPLICATION FOR ORDER CONTINUING HEARING AND STRIKING PORTIONS OF PLAINTIFF'S REPLY (ECF NOS. 129, 130) OR, ALTERNATIVELY, FOR LEAVE TO FILE SURREPLY**

on the interested parties in this action as stated on the attached mailing list.

[X]   (BY ELECTRONIC SERVICE) I caused such document(s) to be Served to all Party/Parties through electronic means at the electronic addresses as set forth on the attached service list. Upon completion of transmission of said document(s), I did not receive an "undeliverable" receipt.

Executed on August 22, 2025 at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Christopher A. Rosario | /s/ *Christopher A. Rosario* |
|---|---|
| (Type or print name) | (Signature) |

---

1

**DEFENDANTS' *EX PARTE* APPLICATION FOR ORDER CONTINUING HEARING AND STRIKING PORTIONS OF PLAINTIFF'S REPLY OR FOR LEAVE TO FILE SURREPLY**

<u>***ARTIST REVENUE ADVOCATES v. Ye f/k/a KANYE OMARI WEST, et al.***</u>

Case No.: 2:24-cv-06018 MWC (BFMx)

**ML Client:** The West Defendants
**ML File No.:** 2141.001

## SERVICE LIST

| | |
|---|---|
| Oren J. Warshavsky<br>owarshavsky@bakerlaw.com<br>BAKER & HOSTETLER LLP<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Tel: (212) 847-2849<br>Fax: (212) 589-4201<br><br>***Attorneys for Plaintiff***<br>***ARTIST REVENUE ADVOCATES, LLC*** | Joelle A. Berle<br>jberle@bakerlaw.com<br>Alexis B. Cruz<br>acruz@bakerlaw.com<br>BAKER & HOSTETLER LLP<br>1900 Avenue of the Stars, Suite 2700<br>Los Angeles, CA 90067-4301<br>Tel: (310) 820-8800<br>Fax: (310) 820-8859<br><br>***Attorneys for Plaintiff***<br>***ARTIST REVENUE ADVOCATES, LLC*** |
| Michael A. Tomasulo<br>mike@orbitip.com<br>David A. Randall<br>dave@orbitip.com<br>ORBIT IP LLP<br>10900 Wilshire Boulevard, Suite 300<br>Los Angeles, CA 90024<br>Tel: (310) 887-1333<br>Fax: (310) 887-1334<br><br>***Attorneys for Plaintiff***<br>***ARTIST REVENUE ADVOCATES, LLC*** | DAVID A. STEINBERG<br>das@msk.com<br>CONSTANCE C. KANG<br>cck@msk.com<br>MITCHELL SILBERBERG & KNUPP LLP<br>2049 Century Park East, 18th Floor<br>Los Angeles, CA 90067-3120<br>Telephone: (310) 312-2000<br>Facsimile: (310) 312-3100<br><br>***Attorneys for UMG Recordings, Inc., Universal Music Corp. and Universal Music Group, Inc.*** |