Michael A. Tomasulo (SBN 179389)
*mike@orbitip.com*
David A. Randall (SBN 156722)
*dave@orbitip.com*
Louis L. Campbell (SBN 221282)
*louis@orbitip.com*
**ORBIT IP LLP**
11400 W. Olympic Blvd., Suite 200
Los Angeles, California 90064
Telephone: 310.887.1333
Facsimile: 310.887.1334

*Attorneys for Plaintiff*
ARTIST REVENUE ADVOCATES, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIST REVENUE ADVOCATES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>KANYE OMARI WEST a/k/a "YE," *et al*.,<br><br>Defendants. | Case No.: 2:24-CV-06018-MWC-BFM<br><br>**STIPULATION TO MODIFY BRIEFING SCHEDULE FOR MOTIONS REGARDING ADIDAS SUBPOENA**<br><br>Fact Discovery Cutoff:  10/17/25<br>Trial:                              04/20/26 |

Pursuant to the Court's September 12, 2025, email, Plaintiff Arist Revenue Advocates, LLC, and non-party adidas America, Inc. file this stipulation of their agreed briefing schedule to present Plaintiff's motion to compel adidas's compliance with Plaintiff's subpoena and adidas's motion to quash Plaintiff's subpoena. Plaintiff and adidas have agreed that both sides will file opening briefs of their motions on September 23 with five-page response briefs on September 30. Plaintiff and adidas have also agreed that the motions will be submitted for consideration without hearing.

1
STIPULATION TO MODIFY BRIEFING SCHEDULE

| | | | |
|---|---|---|---|
| Dated: September 17, 2025 | | By: | /s/ Louis Campbell |
| | | | Michael A. Tomasulo |
| | | | David A. Randall |
| | | | Louis L. Campbell |
| | | | **Orbit IP LLP** |
| | | | *Attorneys for Plaintiff* |
| | | | *Artist Revenue Advocates, LLC* |
| Dated: September 17, 2025 | | By: | /s/ Adam Starr |
| | | | Adam Starr |
| | | | **Markowitz Herbold PC** |
| | | | *Attorney for non-party* |
| | | | *adidas America, Inc.* |

## Attestation Regarding Signatures

The undersigned attests that all signatures listed, on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

Dated: September 17, 2025    By:   /s/ Louis Campbell
                                    Louis L. Campbell