Michael A. Tomasulo (SBN 179389)
*mike@orbitip.com*
David A. Randall (SBN 156722)
*dave@orbitip.com*
Louis L. Campbell (SBN 221282)
*louis@orbitip.com*
**ORBIT IP LLP**
11400 W. Olympic Blvd., Suite 200
Los Angeles, California 90064
Telephone: 310.887.1333
Facsimile: 310.887.1334

*Attorneys for Plaintiff*
ARTIST REVENUE ADVOCATES, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIST REVENUE ADVOCATES, LLC,<br><br>         Plaintiff,<br><br>vs.<br><br>KANYE OMARI WEST a/k/a "YE," *et al*.,<br><br>         Defendants. | Case No.: 2:24-CV-06018-MWC-BFM<br><br>**SECOND STIPULATION TO EXTEND BRIEFING SCHEDULE FOR MOTIONS RE ADIDAS SUBPOENA** |

Plaintiff Arist Revenue Advocates, LLC, and the Defendants have agreed, in principle, to request an extension of the close of discovery but are still working out the exact length of the extension. In addition, Plaintiff will be substituting counsel for Baker & Hostetler LLP and Orbit IP LLP in very short order, and Plaintiff's new counsel requires additional time to contribute to the drafting of Plaintiff's motion. In the meantime, given the anticipated request to extend the close of discovery, Plaintiff and non-party adidas America Inc. have stipulated to extend the deadlines to file their respective motions originally set in Dkt. 157 and previously

extended in Dkt. 161. Specifically, Plaintiff and adidas stipulate that both sides will file opening briefs of their motions on October 14 with five-page response briefs on October 21. Accordingly, Plaintiff and adidas request that the Court enter an order further extending those deadlines by two weeks.

Dated: September 29, 2025     By:   */s/ Louis Campbell*
                                               Michael A. Tomasulo
                                               David A. Randall
                                               Louis L. Campbell
                                               **Orbit IP LLP**
                                               *Attorneys for Plaintiff*
                                               *Artist Revenue Advocates, LLC*

Dated: September 29, 2025     By:   */s/ Adam Starr*
                                               Adam Starr
                                               **Markowitz Herbold PC**
                                               *Attorney for non-party*
                                               *adidas America, Inc.*

**Attestation Regarding Signatures**

The undersigned attests that all signatures listed, on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

Dated: September 29, 2025     By:   */s/ Louis Campbell*
                                               Louis L. Campbell