Oren J. Warshavsky (Admitted *Pro Hac Vice*)
owarshavsky@bakerlaw.com
Francesca A. Rogo (Admitted *PHV*)
frogo@bakerlaw.com
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.847.2849
Facsimile: 212.589.4201

Joelle A. Berle (SBN 252532)
jberle@bakerlaw.com
Alexis B. Cruz (SBN 312842)
acruz@bakerlaw.com
**BAKER & HOSTETLER LLP**
1900 Ave. of the Stars, Ste. 2700
Los Angeles, California 90067-4301
Telephone: 310.820.8800
Facsimile: 310.820.8859

Michael A. Tomasulo (SBN 179389)
mike@orbitip.com
David A. Randall (SBN 156722)
dave@orbitip.com
Louis L. Campbell (SBN 221282)
louis@orbitip.com
**ORBIT IP LLP**
11400 W. Olympic Blvd., Ste. 200
Los Angeles, California 90064
Telephone: 310.887.1333
Facsimile: 310.887.1334

*Attorneys for Plaintiff*
ARTIST REVENUE ADVOCATES, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIST REVENUE ADVOCATES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>KANYE OMARI WEST a/k/a "YE," et al.,<br><br>Defendants. | Case No. 2:24-CV-06018-MWC<br><br>**STIPULATION FOR ORDER EXTENDING SCHEDULED DATES**<br><br>Complaint Filed: July 17, 2024<br>Fact Disc. Cutoff: Oct. 17, 2025<br>Expert Disc. Cutoff: Nov. 21, 2025 |

## STIPULATION

The Stipulation is entered into by and between Plaintiff ARTIST REVENUE ADVOCATES, LLC ("Plaintiff"); Defendants KANYE OMARI WEST a/k/a "YE," GETTING OUT OUR DREAMS, INC. a/k/a G.O.O.D. MUSIC, GETTING OUT OUR DREAMS II, LLC, YEEZY LLC, YEEZY SUPPLY LLC, and OX PAHA INC. f/k/a MASCOTTE HOLDINGS, INC. ("West Defendants"); and Defendants UMG RECORDINGS, INC., UNIVERSAL MUSIC CORP. and UNIVERSAL MUSIC GROUP, INC. ("UMG;" all collectively, "the Parties"), by and through their respective counsel of record, with respect to the following:

1. On December 13, 2024, the Court issued the Amended Civil Trial Order (ECF 71) and set the following deadlines:

| | |
|---|---|
| Fact Discovery Cutoff | October 17, 2025 |
| Expert Disclosure (Initial) | October 24, 2025 |
| Expert Disclosure (Rebuttal) | November 07, 2025 |
| Expert Discovery Cut-Off | November 21, 2025 |
| Last Date to Hear Motions | January 09, 2026 |
| Deadline to Complete Settlement Conference | January 23, 2026 |
| Trial Filings (First Round) | March 06, 2026 |
| Trial Filings (Second Round) | March 20, 2026 |
| Final Pretrial Conference | April 03, 2026 |
| Jury Trial | April 20, 2026 |

2. On September 16, 2025, the Court issued a sealed Order (ECF 154). This Stipulation is not intended to disturb any deadlines associated with that Order.

3. On September 10, 2025, third party Eton Ventures produced over 89,500 pages of documents.

4. On September 19, 2025, the West Defendants produced tens of thousands of pages of documents. On that same date, UMG also produced new documents.

5. Other third parties have been producing documents over the past few weeks, some as recent as September 24, 2025.

6. The Parties have issued subpoenas to schedule the depositions and document productions of at least 10 non-party witnesses before the Fact Discovery Cutoff. Many of these non-party witnesses are associated with the Parties; and, the Parties have agreed to accept service on behalf of the respective non-party, produce the non-party for deposition, and facilitate the non-party's production of documents.

7. While many of these subpoenas were issued in August, the Parties have not yet negotiated agreeable dates for depositions and document productions for many of these non-parties.

8. To facilitate the completion of discovery, in particular to allow discovery concerning these non-party witnesses, to allow the review of the tens of thousands of pages of documents produced during September 2025, and to allow the Parties' experts to analyze the information produced to date (and the deposition testimony and documents still to come), the Parties have agreed to extend each of the following deadlines as follows:

| | |
|---|---|
| Fact Discovery Cutoff | February 06, 2026 |
| Expert Disclosure (Initial) | February 13, 2026 |
| Expert Disclosure (Rebuttal) | March 13, 2026 |
| Expert Discovery Cut-Off | April 03, 2026 |
| Last Date to Hear Motions | April 24, 2026 |
| Deadline to Complete Settlement Conference | April 24, 2026 |
| Trial Filings (First Round) | June 19, 2026 |

| | | |
|---|---|---|
| | Trial Filings (Second Round) | July 10, 2026 |
| | Final Pretrial Conference | August 04, 2026 |
| | Jury Trial | August 17, 2026 |

**NOW THEREFORE**, the Parties respectfully request that the Court enter the accompanying Order extending the remaining scheduled dates to enable the Parties to complete discovery.

**IT IS SO STIUPLATED.**

Dated: October 3, 2025          **BAKER & HOSTETLER LLP**

By:  */s/ Joelle A. Berle*
Oren J. Warshavsky
Joelle A. Berle
Alexis B. Cruz

and

**ORBIT IP LLP**
Michael A. Tomasulo
David A. Randall

*Attorneys for Plaintiff*
ARTIST REVENUE ADVOCATES, LLC

Dated: October 3, 2025          **MARTORELL LAW APC**

By:  */s/ Eduardo Martorell*
Eduardo Martorell
Christopher Rosario

*Attorneys for Defendants*
KANYE OMARI WEST a/k/a "YE," GETTING OUT OUR DREAMS, INC. a/k/a G.O.O.D. MUSIC, GETTING OUT OUR DREAMS II, LLC, YEEZY LLC, YEEZY SUPPLY LLC, and OX PAHA INC. f/k/a MASCOTTE HOLDINGS, INC.

Dated: October 3, 2025                    **MITCHELL SILBERBERG & KNUPP LLP**

By: */s/ Constance C. Kang*
David A. Steinberg
Constance C. Kang

*Attorneys for Defendants*
UMG RECORDINGS, INC., UNIVERSAL MUSIC CORP. and UNIVERSAL MUSIC GROUP

## ATTESTATION

I, Joelle A. Berle, attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 3, 2025                    */s/ Joelle A. Berle*