# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIST REVENUE ADVOCATES, LLC,<br><br>　　　　Plaintiff,<br>vs.<br><br>KANYE OMARI WEST a/k/a "YE," et al.,<br><br>　　　　Defendants. | Case No.: 2:24-CV-06018-MWC-BFM<br><br>**ORDER DENYING STIPULATION FOR ORDER EXTENDING SCHEDULED DATES (DKT. 168)** |

Having considered the Stipulation between Plaintiff ARTIST REVENUE ADVOCATES, LLC; Defendants KANYE OMARI WEST a/k/a "YE," GETTING OUT OUR DREAMS, INC. a/k/a G.O.O.D. MUSIC, GETTING OUT OUR DREAMS II, LLC, YEEZY LLC, YEEZY SUPPLY LLC, and OX PAHA INC. f/k/a MASCOTTE HOLDINGS, INC.; and Defendants UMG RECORDINGS, INC., UNIVERSAL MUSIC CORP. and UNIVERSAL MUSIC GROUP, INC. (all collectively, "the Parties"), all the papers filed in support thereof, the pleadings, records, and papers on file in this action, the Court **DENIES** the Stipulation for lack of good cause.

**IT IS SO ORDERED.**

Dated: October 7, 2025

_____
Hon. Michelle Williams Court
United States District Court Judge