**MARTORELL LAW APC**
Eduardo Martorell, State Bar No. 240027
EMartorell@Martorell-Law.com
Christopher Rosario, State Bar No. 326436
CRosario@Martorell-Law.com
Evan Miller, State Bar No. 336473
EMiller@Martorell-Law.com
Playa District
6100 Center Drive, Suite 1130
Los Angeles, CA 90045
Telephone: (323) 840-1200
Facsimile: (323) 840-1300

Attorneys for Defendants Ye f/k/a KANYE OMARI WEST; GETTING OUT OUR DREAMS, INC.; GETTING OUT OUR DREAMS II, LLC; YEEZY LLC; YEEZY SUPPLY LLC; and OX PAHA INC. f/k/a MASCOTTE HOLDINGS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIST REVENUE ADVOCATES, LLC,<br><br>                    Plaintiff,<br><br>vs.<br><br>KANYE OMARI WEST a/k/a "YE;" *et al.*,<br><br>                    Defendants. | Case No.: 2:24-cv-06018 MWC (BFMx)<br><br>Hon. Michelle Williams Court<br><br>**DEFENDANTS YE f/k/a KANYE OMARI WEST; GETTING OUT OUR DREAMS, INC.; GETTING OUT OUR DREAMS II, LLC; YEEZY LLC; YEEZY SUPPLY LLC; and OX PAHA INC.'s NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date:          February 27, 2026<br>Time:          1:30 p.m.<br>Courtroom: 6A<br><br>Action Filed:          July 17, 2024<br>Fact Disc. Cutoff:    December 15, 2025<br>Trial:                      April 20, 2026 |

MARTORELL LAW APC
Litigation & Trial Counsel

**DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT**

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on February 27, 2026, at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 6A of the above-entitled Court, located at 350 West 1st Street, Los Angeles, California, 90012, DEFENDANTS KANYE OMARI WEST a/k/a YE, GETTING OUT OUR DREAMS, INC. a/k/a G.O.O.D. MUSIC, GETTING OUT OUR DREAMS II, LLC, YEEZY LLC, YEEZY SUPPLY LLC, and OX PAHA INC. f/k/a MASCOTTE HOLDINGS, INC. ("Defendants") will and hereby do move the above-entitled Court, the Honorable Michelle Williams Court, United States District Judge presiding, for Summary Judgment, or in the alternative, Partial Summary Judgment, on plaintiff ARTIST REVENUE ADVOCATES, LLC's ("Plaintiff" or "ARA") Complaint and its sole claim for direct copyright infringement.

Defendants' Motion is brought pursuant to Federal Rule of Civil Procedure 56, because as stated more fully in the accompanying Memorandum of Points and Authorities, there is no genuine dispute of material fact with regard to and Defendants are entitled to judgment as a matter of law on the following issues: (1) ARA lacks standing to bring a suit based upon the musical composition of *MSD PT2*; (2) Defendants held a non-revocable, implied license to use the sound recording and musical composition *MSD PT2* (or alternatively, are revocable implied license from at least 2018 to July 17, 2024); (3) the sound recording does not appear in *Moon*; (4) the sound recording does not appear in *Hurricane* after July 19, 2021 (and before Plaintiff granted an implied license); and (5) neither *Hurricane* nor *Moon* are substantially similar to *MSD PT2*.

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Statement of Uncontroverted Facts, the Declarations, Exhibits, Proposed Judgment, the pleadings and papers on file in this action, the matters of which this Court may take judicial notice, and such additional

MARTORELL LAW APC

Litigation & Trial Counsel

1

**DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT**

1  matters and oral argument as may be offered in support of the Motions.

2      This Motion is made following telephonic and electronic mail correspondence

3  with counsel on January 7, 2026, stating the relief sought in Defendants' Motion.

4

5  Dated:  January 9, 2026                    **MARTORELL LAW APC**

6                                      By:   /s/ Christopher A. Rosario
7                                            Eduardo Martorell
                                             Christopher A. Rosario
8                                            Evan Miller
                                             *Attorneys for Defendants*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MARTORELL LAW APC

Litigation & Trial Counsel

2
**DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT**