RUSS, AUGUST & KABAT
Irene Y. Lee, State Bar No. 213625
ilee@raklaw.com
Nathan D. Meyer, State Bar No. 239850
nmeyer@raklaw.com
Sarah Wang (*admitted pro hac vice*)
swang@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:    (310) 826-7474
Facsimile:    (310) 979-8268

Attorneys for Plaintiff
ARTIST REVENUE ADVOCATES, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA –WESTERN DIVISION

| | |
|---|---|
| ARTIST REVENUE ADVOCATES, LLC,<br><br>                Plaintiff,<br><br>vs.<br><br>KANYE OMARI WEST a/k/a "YE;" GETTING OUT OUR DREAMS, INC. a/k/a G.O.O.D. MUSIC, a California corporation; GETTING OUT OUR DREAMS II, LLC, a Delaware limited liability company; YEEZY LLC, a Delaware limited liability company; YEEZY SUPPLY LLC, a Delaware limited liability company; OX PAHA INC. f/k/a MASCOTTE HOLDINGS, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; UNIVERSAL MUSIC CORP., a Delaware corporation; UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; KANO COMPUTING LIMITED, a United Kingdom private limited company; | Case No. 2:24-CV-06018-MWC-BFMx<br><br>[Assigned to The Honorable Michelle W. Court, Courtroom 6A]<br><br>**PLAINTIFF ARTIST REVENUE ADVOCATES, LLC'S RESPONSE TO DEFENDANTS' YE F/K/A KANYE OMARI WEST; GETTING OUT OUR DREAMS, INC.; GETTING OUT OUR DREAMS II, LLC; YEEZY LLC; YEEZY SUPPLY LLC; AND OX PAHA INC. F/K/A MASCOTTE HOLDINGS, INC.'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Original Complaint Filed:<br>       July 17, 2024 |

1

ALEXANDER NELSON KLEIN, an individual; ASHDUST LLP, a Delaware limited liability partnership; STEMPLAYER LTD, a United Kingdom private limited company; and DOES 1 through 10,

Defendants.

Pursuant to L.R. 56-2 Statement of Genuine Disputes of Material Fact ("SDF") in support of Artist Revenue Advocates, LLC ("Plaintiff" or "ARA")'s Opposition to defendants Ye f/k/a Kanye Omari West; Getting Out Our Dreams, Inc.; Getting Out Our Dreams II, LLC; Yeezy LLC; Yeezy Supply LLC; and Ox Paha Inc. f/k/a Mascotte Holdings, Inc. ("West Defendants") Motion for Summary Judgment [ECF No. 219]. Following the SDF is Plaintiff's Statement of Additional Material Facts in support of its Opposition.

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| 1. Plaintiff Artist Revenue Advocates, LLC ("ARA") is a Delaware limited liability company.<br><br>ECF ("Complaint") ¶ 9. | Undisputed. |
| 2. The sole Class A member of ARA is a "series" of Actio Capital LP, a Delaware limited partnership.<br><br>*See* Martorell Decl. Ex. 8 (Monts Depo.) at 34:22-35:6, 112:25-115:11, 115:12- | Undisputed. |

2

RUSS, AUGUST & KABAT

RUSS, AUGUST & KABAT

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| 118:10; *id.* Exh. 14 (ARA LLC Agreement) at 1 (partially redacted) & 39 (Appendix A). | |
| 3.    Khalil Abdul Rahman, Sam Barsh, Dan Seeff, and Josh Mease (collectively, "Artists") Artists ARA's Class B Members.<br><br>*See* Martorell Decl. Exh. 14 (ARA LLC Agreement) at 39 (Appendix A). | Undisputed. |
| 4.    The Artists joined ARA in 2024 to shield their names from the public while conducting this lawsuit.<br><br>*See* Martorell Decl. Exh. 2 (Seeff Depo.) at 254:20-255:18; *id.* Exh. 14 (ARA LLC Agreement) (dated July 17, 2024). | Undisputed that the Artists joined ARA in 2024. Disputed that the sole reason was to shield their names from the public. The cited evidence does not so state. Mr. Seeff did not, in the cited portion of the transcript, state that his "name" would be shielded, only that he would be shielded generally, and there is no citation to parallel testimony by the other Artists. Of note, the Complaint identifies all four Artists by name. |

3

RUSS, AUGUST & KABAT

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| | Complaint ¶¶ 31-35. |
| 5. The Artists collaborated amongst themselves on hundreds of jam sessions.

Martorell Decl. Exh. 1 (Mease Depo.) at 44:8-45:13; *id.* Exh. 2 (Seeff Depo.) at 153:10-14; *id.* Exh. 3 (Barsh Depo.) at 75:13-76:21, 112:22-113:4, 116:21-120:7 (2,100 to 2,700). | Undisputed. |
| 6. On March 14, 2018 the Artists collectively created the MSD PT2 musical composition during a jam session at Mr. Rahman's studio.

*See* ECF 1 (Complaint) ¶¶ 31, 37; Martorell Decl. Exh. 1 (Mease Depo.) at 64:17-74:16; *id.* Exh.2 (Seeff Depo.) at 150:22-156:4; *id.* Exh. 3 (Barsh Depo.) at 145:2-146:9, 168:10-25; *id.* Exh. 4 (Rahman Depo. Vol. II) at 282:9- 284:15, 286:1-9; Exh. Ex. 9 (ARA's 3d Supp. Response to Defendants' SROG, Set One) (Responses to SROG Nos. 8 & 9). | Undisputed. |

4

RUSS, AUGUST & KABAT

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| 7. By March 20, 2018, Mr. Rahman created the MSD PT2 sound recording following the jam session.<br><br>*See* Martorell Decl. Exh. 2 (Seeff Depo.) at 156:2-20; *id*. Exh. 3 (Barsh Depo.) at 74:20-78:20; *id*. Exh. 4 (Rahman Depo. Vol. II) at 286:3- 287:19; *id*. Exh. 9 (ARA's 3d Supp. Response to Defendants' SROG, Set One) (Responses to SROG No. 9). | Undisputed. |
| 8. The Work was intended to form the basis or inspiration of a completed record.<br><br>*See* ECF 1 (Complaint) ¶ 2 (describing the Work "as **a rhythmic and melodic foundation** that supports certain lyrics and flow" with a "melody [that] has a catchy hook with a smooth, urban vibe that's both nostalgic and futuristic, **creating a perfect musical canvas**." (emphasis added)). | Disputed. The work was a complete composition. Also, legally immaterial and irrelevant to the motion.<br><br>Mease Depo 60:11-16 (referring to it as a composition); Seeff Depo. 39:13-15 (same), Rahman Depo. 21:17-23 (same). FRCP 56, FRE 402. |
| 9. The artists referred to the Work as a "sample," "as shorthand to describe | Disputed. The Artists refer to the Work MSD PT2 as a composition and |

5

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| what we were doing, because there's a practice in the type of music we make of creating pieces of music that are used the same way that a sample is used, but its not technically a sample."<br><br>Martorell Decl. Exh. 2 (Seeff Depo.) at at 39:13-21; *see also id*. Exh. 3 (Barsh Depo.) at 80:21-81:5, 168:10-25. | an audio recording. The testimony is as quoted but taken out of context. Further, legally immaterial and irrelevant to this motion.<br><br>Seeff Depo at. 20:24-21:4; Barsh Depo. at 76:21-77:2; 169:17-25.<br><br>FRCP 56; FRCP 402. |
| 10.    The Artists' intention was "[t]o create a piece of music . . . as a – you know, an inspirational tool, something that inspired people to maybe do something with it, whether it's me or someone else."<br><br>Martorell Decl. Exh. 5 (Rahman Depo. Vol. II) at 203:15-205:2. | Disputed. The Artists refer to the Work MSD PT2 as a composition. The testimony is as quoted but taken out of context. Further, legally immaterial and irrelevant to this motion.<br><br>Rahman Depo. Vol. II 230:23-231:11; Seeff Depo. 124:13-17; Barsh Depo. 76:22-77:2; Mease Depo. 53:7-9. FRCP 56; FRCP 402. |
| 11.    Mr. Mease wanted what the Artists created to be used on a record. | Disputed. Incomplete. Mr. Mease wanted to be compensated fairly and professionally for the use of his work. |

6

RUSS, AUGUST & KABAT

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| Martorell Decl. Exh. 1 (Mease Depo.) at 76:9-78:24. | Mease Depo. 86:25-87:8; 208:21-209:3.<br><br>FRCP 56; FRCP 402. |
| 12. As was customary among the Artists, Mr. Rahman was responsible for shopping the Work.<br><br>*See* Martorell Decl. Exh. 1 (Mease Depo.) at 82:14-83:15. | Disputed. Mischaracterizes testimony. Mr. Rahman stated as to MSD PT2 that he sent a Dropbox with MSD PT2 in it to one producer, Nascent, that he can remember.<br><br>Mease Depo. at 82:14-83:15; Rahman Depo. at 202:11-14, 215:25-218:19. |
| 13. On a 1-to-2-month basis, Mr. Rahman would send folders of works, which he called "ideas," to a group of 3-5 producers including Nascent.<br><br>*See* Martorell Decl. Exh. 5 (Rahman Depo. Vol. II) at 214:10-15, 217:20-218:11. | Disputed. Mr. Rahman stated as to MSD PT2 that he sent a Dropbox with MSD PT2 in it to one producer, Nascent, that he can remember. There are other producers, maybe three or five, he may have sent folders to during that time period, but he does not remember.<br><br>Rahman Depo. at 215:25-218:19. |

7

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| 14.   On March 20, 2018, Mr. Rahman sent a Dropbox folder containing about a dozen compositions (including the Work) to Nascent.<br><br>*See* ECF 1 (Complaint) ¶ 40 ("The Work was included in a 'composer pack'—a collection of unpublished musical works that composers make available to potential buyers."). Martorell Decl. Exh. 4 (Rahman Depo. Vol. I) at 183:14-185:4; *id*. Exh. 5 (Rahman Depo. Vol. II) at 203:11-14, 205:2-13, 212:15-213:15. | Undisputed. |
| 15.   MSD PT2 was sent to an unknown number of producers.<br><br>*See* Martorell Decl. Exh. 4 (Rahman Depo. Vol. I) at 183:14-184:1. | Disputed. Mr. Rahman stated as to MSD PT2 that he sent a Dropbox with MSD PT2 in it to one producer, Nascent, that he can remember. There are other producers, maybe three or five, he may have sent folders to during that time period, but he does not remember.<br><br>Rahman Depo. at 183:14-184:23; 215:25-218:19. |

8

RUSS, AUGUST & KABAT

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| | FRCP 56; FRCP 402. |
| 16.   On September 14, 2018, Nascent texted to Mr. Rahman a link leading to Ye's Instagram post containing an early demo of Hurricane.<br><br>*See* Martorell Decl. Exh. 5 (Rahman Depo. Vol. II) at 219:20-221:21; *id.* Exh. 27 (Mr. Rahman-Nascent texts). | Disputed. Incomplete. On September 14, 2018, Nascent texted to Mr. Rahman a link leading to Defendant Ye's Instagram post of "80 Degrees," an early version of Hurricane that used MSD PT2.<br><br>Rahman Depo. Vol. II at 219:20-222:13. |
| 17.   Mr. Rahman was not upset that Defendants used the Work; instead Mr. Rahman told Nascent that the demo "Sounds dope!"<br><br>*See* Martorell Decl. Exh. 5 (Rahman Depo. Vol. II) at 223:8-224:15; *id.* Exh. 27 (Mr. Rahman-Nascent texts). | Disputed.   Incomplete   and mischaracterizes.   The   document states what it states. Mr. Rahman did not   authorize   Defendants'   use   of MSD PT2. Further, legally immaterial and irrelevant to this motion.<br><br>Rahman   Depo.   Vol.   II   at   219:2-222:13; Martorell Decl. Exh. 27 (Mr. Rahman-Nascent texts); Meyer Decl. Ex. K (Wise Letter).<br><br>FRCP 56; FRCP 402. |

9

RUSS, AUGUST & KABAT

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| 18.    Mr. Rahman was happy that the Work had been "placed," and Mr. Rahman even sent more samples to Nascent to offer Ye.<br><br>*See* Martorell Decl. Exh. 5 (Rahman Depo. Vol. II) at 224:16-226:12 (agreeing that he hoped Nascent would share the samples with Ye); *id*. Exh. 27 (Mr. Rahman-Nascent texts). | Disputed. Mischaracterizes. Further, legally immaterial and irrelevant to this motion.<br><br>Rahman Depo. Vol. II at 224:17-225:16.<br><br>FRCP 56; FRCP 402. |
| 19.    Since 2018, the Artists were aware that Ye used MSD PT2 as a sample in demo-versions of *Hurricane* (and its predecessor *80 Degrees*).<br><br>Martorell Decl. Exh. 3 (Barsh Depo.) at 81:6-8. | Disputed. Incomplete. Mr. Barsh was aware in 2018 that Ye used a sound recording of MSD PT2 in 80 Degrees, a predecessor of Hurricane. Further, legally immaterial and irrelevant to this motion.<br><br>Barsh Depo. at 81:6-8. |
| 20.    On September 19, 2018, Mr. Barsh shared on Instagram a video containing a demo of *Hurricane*.<br><br>Martorell Decl. Exh. 3 (Barsh Depo.) at 230:10-234:2;    Defendant's    Video | Disputed. Incomplete. On September 19, 2018, Mr. Barsh shared on Instagram Defendant West's Instagram video containing the use of a sound recording of MSD PT2 in 80 Degrees, a predecessor of Hurricane. |

10

RUSS, AUGUST & KABAT

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| Exhibit 1 (Barsh IG Post) ("One of our samples is in the new Kanye joint!"). | The Instagram Post itself states what it states. Further, legally immaterial and irrelevant to this motion.<br><br>Barsh Depo. at 230:10-234:2; Martorell Decl. Exhibit 1 (Barsh IG Post).<br>FRCP 56; FRCP 402. |
| 21. On September 21, 2018, Mr. Mease shared on Instagram a video containing a demo of *Hurricane*.<br><br>Martorell Decl. Exh. 1 (Mease Depo.) at 154:19-159:4; Defendants' Video Exhibit 2 (Mease IG Post) ("Co-wrote some music on this new Kanye West track . . . U can hear a bit of it in this video."). | Disputed. Incomplete. On September 21, 2018, Mr. Mease shared on Instagram Defendant West's Instagram video containing the use of a sound recording of MSD PT2 in 80 Degrees, a predecessor of Hurricane. The Instagram Post itself states what it states. Further, legally immaterial and irrelevant to this motion.<br><br>Mease Depo. at 154:19-159:4; Martorell Decl. Exhibit 2 (Mease IG Post).<br>FRCP 56; FRCP 402. |

11

RUSS, AUGUST & KABAT

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| 22.    On August 29, 2021, Mr. Seeff shared on Instagram a video containing the album-version of *Hurricane*.<br><br>Martorell Decl. Exh. 2 (Seeff Depo.) at 258:9-261:6; Defendants' Video Exhibit 4 ("Amazing! Kanye West … *Donda* was released today and I am very lucky to be one of the writers of 'Hurricane' along with @djkhalil – who is one of the producers on the track and also on 'Moon' . . ."). | Disputed. Incomplete. The Instagram Post itself states what it states. Further, legally immaterial and irrelevant to this motion.<br><br>Seeff Depo. at 258:9-261:6; Martorell Decl. Exhibit 4 (Seeff IG Post). FRCP 56; FRCP 402. |
| 23.    On August 20 and November 23, 2021, and January 5, 2022, Mr. Seeff made Instagram posts celebrating his involvement with *Donda*.<br><br>Martorell Decl. Exh. 2 (Seeff Depo.) at 261:10-264:16; *id*. Exh. 22 (Seeff IG Post); *id*. Exh. 23 (Seeff IG Post); *id*. Exh. 24 (Seeff IG Post). | Disputed. Mischaracterizes by stating that Mr. Seeff is "celebrating his involvement with *Donda*." The Instagram posts state what they state. The date of the posts should also be October 20, 2021, November 23, 2021, and January 5, 2022. Further, legally immaterial and irrelevant to this motion.<br><br>Martorell Decl. Exh. 2 (Seeff Depo.) at 261:10-263:15; *id*. Exh. 22 (Seeff |

12

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
|  | IG Post); *id*. Exh. 23 (Seeff IG Post); *id*. Exh. 24 (Seeff IG Post).<br><br>FRCP 56; FRCP 402. |
| 24.    On September 2, 2021, and April 3, 2022, Mr. Rahman made Instagram posts celebrating his involvement with *Hurricane* and *Donda*.<br><br>Martorell Decl. Exh. 5 (Rahman Depo. Vol. II) at 296:12-297:5; *id*. Exh. 28. | Disputed. Mischaracterizes by stating that Mr. Rahman is "celebrating his involvement with *Hurricane* and *Donda*." The Instagram posts state what they state. Further, legally immaterial and irrelevant to this motion.<br><br>Exh. 28.<br><br>FRCP 56; FRCP 402. |
| 25.    The Artists were happy that the Work was placed with Ye, because a placement can lead to advances, royalties, better reputations, and more opportunities.<br><br>*See* Martorell Decl. Exh. 4 (Rahman Depo. Vol. I) at 150:8-19; *id*. Exh. 5 (Rahman Depo. Vol. II) at 225:3-6. | Disputed. Mischaracterizes and is incomplete. The Artists want to be fairly and professionally compensated for the unauthorized use of Hurricane and Moon. Further, legally immaterial and irrelevant to this motion. |

RUSS, AUGUST & KABAT

13

RUSS, AUGUST & KABAT

| **WEST DEFENDANTS' PURPORTED FACTS:** | **DISPUTE AND SUPPORTING EVIDENCE:** |
|---|---|
| | Mease Depo. 86:25-87:8; 208:21-209:3.<br><br>FRCP 56; FRCP 402. |
| 26. "Defendants … credited the Artists as songwriters and producers on both *Hurricane* and *Moon*."<br><br>ECF 1 (Complaint) ¶ 6. | Disputed. Mischaracterizes. The Artists were credited as composers on *Hurricane*, and Mr. Rahman was credited as a producer on *Hurricane*. Mr. Rahman was credited as a producer on *Moon*. Further, legally immaterial and irrelevant to this motion.<br><br>*See* Screenshots of liner notes for Hurricane and Moon in Bennett Opening Report at 27 and 28; *also see* ARA003098 and ARA003099.<br><br>FRCP 56; FRCP 402. |
| 27. The Artists received Grammy Awards related to *Hurricane* and *Donda*.<br><br>*See* Martorell Decl. Exh. 1 (Mease Depo.) at 267:3-268:6; *id*. Exh. 2 (Seeff | Disputed. Mischaracterizes and incomplete as to what is meant by "Grammy Awards," *i.e.*, whether it includes nominations. In addition, |

14

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| Depo.) at 236:24-238:2; *id*. at Exh. 3 (Barsh Depo.) at 238:17-239:20; *id*. Exh. 4 (Rahman Depo. Vol. I) at 150:20-151:14. | many of the Artists had received multi-Grammy nominations and certificates for their works, not limited to *Hurricane* or *Donda.* Further, legally immaterial and irrelevant to this motion.<br><br>Seeff Depo. 79:10-20; 236:24-238:2; Barsh Depo. 236:24-237:16; Rahman Depo. Vol. I at 150:20-152:25. FRCP 56; FRCP 402. |
| 28.    Each of the Artists have collected royalties related to *Hurricane* and *Moon*.<br><br>*See* Martorell Decl. Exh. 6 at 46:6-59:2 (walking through calculations to reach the summary of royalties received and distributed to Mr. Barsh, Mr. Seeff, and Mr. Mease that appears on the first sheet of Depo. Ex 5030-1); *id*. Exh. 11; *id*. Exh. 30 (portion of Depo. Ex 5030-1). | Disputed.    Mischaracterizes and incomplete. The Artists have received a sum based on a percentage that does not reflect their fair contribution to *Hurricane* and *Moon*.<br><br>Eames Depo. 41:21-42:4 (stating that when Hurricane and Moon were initially released, the Artists' representatives made registrations for both songs as placeholders for negotiation); Johnson Depo. 156:7-15 |

15

RUSS, AUGUST & KABAT

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| | (disagreeing that a 10 percent share to the Artists was "fair"). FRCP 56; FRCP 402. |
| 29.    On July 29, 2020, Jamal Guinn p/k/a BoogzDaBeast ("Boogz"), a producer who works with Ye, texted Mr. Rahman: "Khalil…what's good bro. Hope all has been well. I'm reaching on behalf of Kanye in regard to the record "Hurricanes" (tentatively titled). It contains a composition of yours and we're starting the preclearances for his upcoming album. Can give me a ring @ . . . ." Twelve days later, Boogz asked Mr. Rahman for his lawyer's information "to start clearing the record". Martorell Decl. Exh. 25. | Disputed. Incomplete. The text states what it states. FRCP 56; FRCP 402. |
| 30.    Mr. Rahman sent Boogz the contact information for his attorney Debra Wise. | Undisputed but legally immaterial and irrelevant to this motion. FRCP 56; FRCP 402. |

RUSS, AUGUST & KABAT

16

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| Martorell Decl. Exh. 5 (Rahman Depo. Vol. II) at 241:10-244:19. | |
| 31.    At **_no_** point did the Artists object to Defendants' use of the Work.<br><br>Martorell Decl. Exh. 5 (Rahman Depo. Vol. II) at 242:24-244:14. | Disputed. The Artists, through Debra Wise, expressly objected in writing.<br><br>Meyer Decl. Ex. K (Wise Letter). |
| 32.    On August 22, 2021, Mr. Barsh and Mr. Eames exchanged the following messages:<br><br>[Mr. Eames:] Greg's been dealing with splits – Its been challenging for sure. They initially didn't want to give more than 10%<br>. . .<br>[Mr. Eames:] We Know that they've already filmed a video for the song and it's the one with The Weeknd on it and everyone loves it.<br>[Mr. Barsh:] And it has been leaked many times for 3 years, so they don't really have any negotiating power. But hopefully it won't be settled before it officially | Disputed.    Incomplete.    The text messages state what they state. Further, legally immaterial and irrelevant to this motion.<br><br>FRCP 56; FRCP 402. |

RUSS, AUGUST & KABAT

17

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| releases then they'll have absolutely no power. [Mr. Eames:] Yeah, that's why Greg and I let it sit when no one is calling…we just want the record out<br><br>Martorell Decl. Exh. 10 (Barsh-Eames texts). | |
| 33.    It is the industry standard in urban music that splits are not settled before the release of a record.<br><br>*See* Martorell Decl. Exh. 6 (Eames Depo.) 66:1-71:19 (in 34 years Mr. Eames has **never** settled splits for urban music records, despite administering 150-200 such records during that time) (estimating that 97% of the time, urban music splits are not settled before the release of a record within the industry as a whole). | Disputed as incomplete. Dr. Greene testifies as to industry practices, including in hip hop music, and the need for proper clearance.<br><br>See Greene Op. Rpt. at ¶¶ 39, 60-61.<br><br>FRCP 56; FRCP 402. |
| 34.    On or about July 17, 2024, the Artists and ARA executed a Copyright Assignment Agreement. | Undisputed. |

18

RUSS, AUGUST & KABAT

RUSS, AUGUST & KABAT

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| *See* Martorell Decl. Exh. 12 at ARA000099-ARA000105. | |
| 35.    PEN Music did not execute the Copyright Assignment Agreement. *See* Martorell Decl. Exh. 12 at ARA000099-ARA000105. | Undisputed. |
| 36.    PEN Music did not execute any other written instrument that would have altered its agreements with HH Music or Mr. Mease as it relates to PEN Music's administration of *MSD PT2* on behalf of Mr. Barsh, Mr. Seeff, and Mr. Mease. *See* Martorell Decl. Exh. 6 (Eames Depo.) 111:13-116:3. | Disputed as legally irrelevant. PEN Music *did* consent to the copyright assignment. Eames    Depo.    at    128:9-130:11, 147:19-25, 151:6-153:20. |
| 37.    On or about March 1, 2012, Mr. Rahman and Universal Music Publishing Group    ("UMPG")    entered    an Administration Agreement. *See* Martorell Decl. Exh. 13 (Administration Agreement). | Undisputed. |

19

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| | |
| 38. The Administration Agreement among Mr. Rahman and UMPG was extended three times and continues to the present.<br><br>*See* Martorell Decl. Exh. 4 (Rahman Depo) at 110:10-112:14; Exh. 16 (Amendment to Administration Agreement); *id*. Exh. 17 (Amendment to Administration Agreement); *id*. Exh. 25 (Amendment to Administration Agreement). | Undisputed. |
| 39. The Administration Agreement governs all musical compositions to the extent written, controlled and/or acquired, prior to and/or during the Term.<br><br>Martorell Decl. Exh. 13 (Administration Agreement) ¶ 2(a). | Disputed as misstating the document. The Administration Agreement limited UMG's rights. By way of example, UMG had no right to license compositions to the extent they, inter alia, (i) authorize any fundamental change in the English language-title and/or English-language lyric of any Composition, (ii) alter the fundamental character of the melody of a composition, or (iii) grant any |

RUSS, AUGUST & KABAT

20

RUSS, AUGUST & KABAT

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| | license for the use of any Composition that Company has been advised, prior to the issuance of such license, involves the so-called 'sampled use' of a recording embodying such Composition in a recording of another musical composition.

Martorell Decl. Ex. 13 (Administration Agreement) ¶ 3(c). |
| 40.   The Administration Agreement grants UMPG the **sole and exclusive right** to register copyrights, bring lawsuits, license, and cause others to license, the exploitation of the Compositions, administer and grant rights in the Compositions and administer the copyrights therein, and collect all monies earned during the Term and the Retention Period, with respect to the Compositions.

Martorell Decl. Exh. 13 (Administration Agreement) ¶ 3(a)(i), (ii), (iv). | Disputed as misstating the document. The Administration Agreement limited UMG's rights. By way of example, UMG had no right to license compositions to the extent they, inter alia, (i) authorize any fundamental change in the English language-title and/or English-language lyric of any Composition, (ii) alter the fundamental character of the melody of a composition, or (iii) grant any license for the use of any Composition that Company has been advised, prior to the issuance of such license, involves the so-called 'sampled use' |

21

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| | of a recording embodying such Composition in a recording of another musical composition.<br><br>Martorell Decl. Ex. 13 (Administration Agreement) ¶ 3(c). |
| 41. On or about December 14, 2012, Mr. Seeff and HH Music entered a Publishing Administration Agreement.<br><br>Martorell Decl. Exh. 20 (Publishing Administration Agreement). | Undisputed. |
| 42. The December 14, 2012, Publishing Administration Agreement governed MSD PT2.<br><br>Martorell Decl. Exh. 20 (Publishing Administration Agreement) ¶ 1. | Undisputed. |
| 43. During the term of the agreement, HH Music was granted the exclusive right to register copyrights, sue and "administer and exploit the Compositions throughout the world; to print, publish, | Disputed as misstating the document. The Administration Agreement limited UMG's rights. By way of example, UMG had no right to license compositions to the extent they, inter |

22

RUSS, AUGUST & KABAT

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| sell, use and licenses the performance and use the Compositions throughout the world; and to execute in the Publisher's name any licenses and agreements affecting the Compositions.<br><br>Martorell Decl. Exh. 20 (Publishing Administration Agreement) ¶ 1. | alia, (i) authorize any fundamental change in the English language-title and/or English-language lyric of any Composition, (ii) alter the fundamental character of the melody of a composition, or (iii) grant any license for the use of any Composition that Company has been advised, prior to the issuance of such license, involves the so-called 'sampled use' of a recording embodying such Composition in a recording of another musical composition.<br><br>Martorell Decl. Ex. 13 (Administration Agreement) ¶ 3(c). |
| 44.    On or about September 10, 2014, Mr. Barsh and HH Music entered a Publishing Administration Agreement.<br><br>Martorell Decl. Exh. 18 (Publishing Administration Agreement). | Undisputed. |
| 45.    The    September    10,    2014 Publishing Administration Agreement governed MSD PT2. | Undisputed. |

RUSS, AUGUST & KABAT

23

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| Martorell Decl. Exh. 18 (Publishing Administration Agreement) ¶ 1. | |
| 46. During the term of the agreement, HH Music was granted the exclusive right to register copyrights, sue and administer and exploit the Compositions throughout the world; to print, publish, sell, use and licenses the performance and use the Compositions throughout the world; and to execute in the Publisher's name any licenses and agreements affecting the Compositions. *Id*.<br><br>Martorell Decl. Exh. 18 (Publishing Administration Agreement) ¶ 1. | Undisputed. |
| 47. On or about July 1, 2015, HH Music and PEN Music Group, Inc. ("PEN Music") entered an Administration Agreement.<br><br>Martorell Decl. Exh. 21 (Administration Agreement). | Undisputed. |

RUSS, AUGUST & KABAT

24

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| 48. Under the July 1, 2015 Administration Agreement, PEN Music shall have the sole and exclusive right register copyrights, sue and to administer and license the use of the Compositions throughout the world, and to execute in its own name or that of Company, any and all licenses and agreements whatsoever affecting or respecting the Compositions.<br><br>Martorell Decl. Exh. 21 (Administration Agreement) ¶ 1. | Undisputed. |
| 49. The July 1, 2015 Administration Agreement, sets forth the entire understanding between the parties, and cannot be changed, modified or cancelled except by an instrument signed by all parties hereto.<br><br>Martorell Decl. Exh. 21 (Administration Agreement) ¶ 15. | Disputed as legally irrelevant. An instrument in writing may be modified by a fully executed oral agreement.<br><br>Cal. Civ. Code 1698(b). |

RUSS, AUGUST & KABAT

25

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| 50.    The July 1, 2015 Administration Agreement remains in effect.<br><br>Martorell Decl. Exh. 6 (Eames Depo.) at 111:13-114:21. | Disputed in part. PEN Music *did* consent to the copyright assignment so it is not in effect to that extent.<br><br>Eames Depo. at 128:9-130:11, 147:19-25, 151:6-153:20. |
| 51.    Rather than using HH Music as an intermediary, Mr. Mease and PEN Music entered an oral agreement concerning the administration of MSD PT2.<br><br>Martorell Decl. Exh. 6 (Eames Depo.) at 29:21-30:1, 124:3-125:7. | Undisputed. |
| 52.    Pursuant to their oral agreement, PEN Music: received income on Mr. Mease's behalf related to *Hurricane* and *Moon*, $24,880.01, which is still held by PEN Music; had the right to license MSD PT2 on Mr. Mease's behalf; and, had the right to administer MSD PT2 on Mr. Mease's behalf.<br><br>Martorell Decl. Exh. 6 (Eames Depo.) at 27:20-30:1, 44:19-45:7. | Disputed in part. PEN Music did consent to the copyright assignment so portions of it are no longer in effect.<br><br>Eames Depo. at 128:9-130:11, 147:19-25, 151:6-153:20. |

26

PLAINTIFF ARTIST REVENUE ADVOCATES, LLC'S RESPONSE TO WEST DEFENDANTS' STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

RUSS, AUGUST & KABAT

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| | |
| 53.    PEN Music's oral agreement with Mr. Mease was intended to match its written agreements with Mr. Barsh, Mr. Seeff, HH Music.<br><br>See Martorell Decl. Exh. 6 (Eames Depo.) at 29:12-30:1. | Undisputed. |
| 54.    Plaintiff's expert Joe Bennet opines that "HURRICANE21 does not appear to contain a sample of the Sound Recording (SR) of MSD18."<br><br>Ex. 31 to Martorell Dec – Joe Bennett Expert Report at 14. | Undisputed. |
| 55.    Sample-detection testing for MSD PT2 on Hurricane produced a null result.<br><br>Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 14 ("sample detection tests … undertaken on HURRICANE21 … provided a null result"). | Undisputed. |

PLAINTIFF ARTIST REVENUE ADVOCATES, LLC'S RESPONSE TO WEST DEFENDANTS' STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

RUSS, AUGUST & KABAT

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| 56.    The released version of Hurricane does not contain a sample of the audio recording of MSD PT2.<br><br>Sloan Dec. ¶ 15(a) ("'Hurricane Final' does not contain a sample of the audio recording of 'MSD PT2.'"). | Plaintiff objects to this fact as vague as to "released version." The sound recording was used at the first listening party. As to the version on the Donda album, undisputed. |
| 57.    Plaintiff's expert Joe Bennet opines that "Moon" does not audiosample sections of MSD PT2.<br><br>Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 19 ("Moon is a composition that interpolates, but does not audio-sample, sections of MSD18."). | Undisputed, but note that this is duplicative of statement 103. |
| 58.   Dr.    Sloan    identifies    the nomenclature used in his report and in Bennett's report for the same set of recordings.<br><br>Sloan Decl. ¶ 8 (table titled "Sloan Report / Bennett Report," mapping terms across reports). | Undisputed. |

28

RUSS, AUGUST & KABAT

RUSS, AUGUST & KABAT

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| 59.   The recording identified as "MSD PT2" in Sloan's report is the same recording Bennett identifies as "MSD18."<br><br>Sloan Decl. ¶ 8 (table row: "MSD PT2" / "MSD18" (description: "Sound recording by Plaintiff")). | Undisputed. |
| 60.   The recording identified as "HURRICANE V1" in Sloan's report is the same recording Bennett identifies as "HURRICANEV1."<br><br>Sloan Decl. ¶ 8 (table row: "HURRICANE V1"/"HURRICANEV1" (description: "Demo recording of 'Hurricane' by Ye")). | Undisputed. |
| 61.   The recording identified as "HURRICANE FINAL" in Sloan's report is the same recording Bennett identifies as "HURRICANE21." | Undisputed. |

29

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| Sloan Decl. ¶ 8 (table row: "HURRICANE FINAL"/"HURRICANE21" (description: "Final version of 'Hurricane' released on Donda album")). | |
| 62. The recording identified as "MOON FINAL" in Sloan's report is the same recording Bennett identifies as "MOON21." <br><br> "Final version of 'Moon' released on Donda album")). | Undisputed. |
| 63. Bennett bases part of his analysis on a "versioning"/development narrative for "Hurricane," including versions performed at Donda listening parties and a "final" released version. <br><br> Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 16–18 (discussion of "HURRICANEV1" and "HURRICANE21" and their relationship); at 19 (Table 5 timeline | Disputed. Dr. Bennett's report states what it states. Dr. Bennett's report includes analyses on six different versions of Hurricane and provides a timeline of the different versions. <br><br> Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 16. |

30

RUSS, AUGUST & KABAT

RUSS, AUGUST & KABAT

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| referencing Listening Parties and official release). | |
| 64.    Bennett states a legal assumption that, because HURRICANE21 allegedly shares the same melody as HURRICANEV1, "any co-writer of HURRICANEV1 would also therefore be considered a co-writer of HURRICANE21," because he "understand[s]" U.S. copyright law does not permit attribution of individual musical elements to individual co-writers.<br><br>Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 16 ("any co-writer of HURRICANEV1 would also therefore be considered a co-writer of HURRICANE21, because (I understand that) under US copyright law it is not possible to attribute individual musical elements to individual co-writers …"). | Disputed. Dr. Bennett's report states what it states. Misstates Dr. Bennett's report as finding that the shared melody is the reason why "any co-writer of HURRICANE V1 would also therefore be considered a co-writer of HURRICANE21…"<br><br>Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 16. |
| 65.    As to "Moon," Bennett presents a timeline of "Moon" versions from | Undisputed. |

31

RUSS, AUGUST & KABAT

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| Listening Party 1 through the official album release.<br><br>Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 19 (Table 5: "timeline … of the evolution of MOON, from its first appearance at Listening Party 1 … to its final version on the Donda album"). | |
| 66.    Bennett concludes that the asserted melodic similarities between MOON21 and HURRICANE21 "support the conclusion" that MOON21 is "compositionally derived from HURRICANEV1," and he further states that MOON21 "should be considered a derivative work of HURRICANEV1 and, by extension, of MSD18."<br><br>Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 21 ("support the conclusion that MOON21 is compositionally derived from HURRICANEV1"); at 21 ("should be considered a derivative work of | Undisputed to the extent there are quotes from Dr. Bennett's report. Disputed as to how the quotes are strung together. Further notes this is duplicative of Statements 80 and 110.<br><br>Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 21. |

32

RUSS, AUGUST & KABAT

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| HURRICANEV1 and, by extension, of MSD18"). | |
| 67.    Bennett states that his comparison of MOON21 to "all known earlier versions of HURRICANE" (including a listening-party version and an early demo) "evidenc[es] a clear compositional lineage … through the successive HURRICANE versions to MOON21."<br><br>Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 21 (discussion of "all known earlier versions of HURRICANE," including "HURRICANELP1 … played at the first listening party," "HURRICANEV1," and "80DEG18," and "thereby evidencing a clear compositional lineage … to MOON21") | Undisputed to the extent there are quotes from Dr. Bennett's report. Disputed as to how the quotes are strung together.<br>Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 21. |
| 68.    Bennett states that, "[g]iven" his assumption that each Hurricane iteration contains "protectable compositional elements of MSD18," MOON21's replication of melodic material common | Disputed as to the use of the word "assumption," when Dr. Bennett demonstrates that MSD18 contains "protectable compositional |

33

RUSS, AUGUST & KABAT

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| to all Hurricane versions "necessarily imports those protectable elements."<br><br>Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 22 ("Given that each HURRICANE iteration contains protectable compositional elements of MSD18, MOON21's replication … necessarily imports those protectable elements …"). | elements," and how the quotes are strung together.<br><br>Dr. Bennett's Declaration at ¶; Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 22. |
| 69.    Bennett opines that the released version (HURRICANE21) has the "same vocal melody" as an earlier "Hurricane" version (HURRICANEV1).<br><br>Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 16 ("HURRICANE21 clearly has the same melody as HURRICANEV1 …"; "Opinion: HURRICANE21 has the same vocal melody as HURRICANEV1."). | Disputed as to characterization of HURRICANE21 as the "released version" when it is the album released version, and there were other released versions of Hurricane, and how the quotes are strung together.<br><br>Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 16. |
| 70.    Bennett asserts that melodic similarities show "the source of the | Undisputed to the extent there is a quote from Dr. Bennett's report. Disputed as to being incomplete. |

34

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| melody in HURRICANE21 is 80DEG18."<br><br>Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 17 ("the source of the melody in HURRICANE21 is 80DEG18"). | Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 17. |
| 71.  Bennett asserts that MOON21 "contains melodic material that is derived from HURRICANE21," and he identifies "two points of melodic similarity" between the songs' vocal toplines.<br><br>Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 19 ("MOON21 contains melodic material that is derived from HURRICANE21. There are two points of melodic similarity in particular …"). | Undisputed to the extent there are quotes from Dr. Bennett's report. Disputed as to the characterization of the similarities.<br><br>Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 19. |
| 72.  Bennett opines that HURRICANE21 and MOON21 are "melodically extremely similar" and that the similarity "can only be ascribable to copying." | Undisputed to the extent there are quotes from Dr. Bennett's report. Disputed as to how the quotes are strung together. |

RUSS, AUGUST & KABAT

35

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 20 ("Opinion: HURRICANE21 and MOON21 are melodically extremely similar … can only be ascribable to copying."). | Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 20. |
| 73.    Bennett states that, under U.S. copyright law, when two or more authors intend their contributions to be merged into a single work, the result is a "joint work," and "copyright vests indivisibly in all co-authors." <br><br> Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 16 n.6 ("joint work"; "copyright vests indivisibly in all coauthors"). | Undisputed to the extent it is a quote from Dr. Bennett's report; disputed to the extent it is taken out of context as supporting Dr. Bennett's analysis of Moon as a derivative of MSD PT2 via Hurricane. <br><br> Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 16 n.6. |
| 74.    Bennett states that, in a joint work, "the law does not assign ownership of specific musical elements (e.g., melody, lyrics, harmony) to individual contributors." <br><br> Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 16 n.6 ("the law does | Undisputed to the extent it is a quote from Dr. Bennett's report; disputed to the extent it is taken out of context as supporting Dr. Bennett's analysis of Moon as a derivative of MSD PT2 via Hurricane. |

36

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| not assign ownership of specific musical elements (e.g., melody, lyrics, harmony) to individual contributors"). | Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 16 n.6. |
| 75.    Bennett states that co-authors "share equal ownership in the complete musical work unless a written agreement states otherwise." <br><br> Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 16 n.6 ("All co-authors share equal ownership in the complete musical work unless a written agreement states otherwise."). | Undisputed to the extent it is a quote from Dr. Bennett's report; disputed to the extent it is taken out of context as supporting Dr. Bennett's analysis of Moon as a derivative of MSD PT2 via Hurricane. <br><br> Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 16 n.6. |
| 76.    Bennett states that "each HURRICANE iteration contains protectable compositional elements of MSD18." <br><br> Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 22 ("Given that each HURRICANE iteration contains protectable compositional elements of MSD18 …"). | Undisputed. |

37

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| 77.    Based on his assumption that each Hurricane iteration contains protectable MSD18 elements, Bennett states that MOON21's "replication of melodic material common to all Hurricane versions" "necessarily imports those protectable elements," which he says "strengthen[s] the inference of derivative work status under U.S. copyright law."<br><br>Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 22 ("MOON21's replication … necessarily imports those protectable elements, strengthening the inference of derivative work status under U.S. copyright law."). | Disputed as to the use of the word "assumption," when Dr. Bennett demonstrates that MSD18 contains protectable compositional elements, and how the quotes are strung together.<br><br>Dr. Bennett's Declaration at ¶¶ 5-6; Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 14, 22. |
| 78.    Bennett includes a "Lyric comparison" analysis identifying lyrics from 80DEG18 that appear in HURRICANE21, using lyric similarities as "corroborative evidence" of melodic borrowing.<br><br>Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 17 ("In the lyric table … | Disputed as taking quotes out of context, and omitting quotations in a misleading way.<br><br>Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 17. |

38

RUSS, AUGUST & KABAT

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| I have highlighted lyrics from 80DEG18 that appear in HURRICANE21 …"; "I have provided these lyric comparisons for context only … [but] serve as corroborative evidence of melodic borrowing."). | |
| 79. Bennett compares the vocal toplines of MOON21 and HURRICANE21 and identifies multiple "exact matches of pitch and rhythm" (and partial matches) between the vocal phrases.<br><br>Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 19 (Fig. 5; "points of melodic similarity … between the respective vocal toplines … Exact matches … highlighted in red"); at 20 (Fig. 6; "exact matches of pitch and rhythm … partial match"). | Undisputed. |
| 80. Bennett states that melodic similarities between MOON21 and HURRICANE21 support his conclusion that MOON21 is "compositionally | Undisputed to the extent there are quotes from Dr. Bennett's report. Disputed as to how the quotes are |

39

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| derived" from HURRICANEV1, and he compares MOON21 to "all known earlier versions of HURRICANE."

Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 21 ("support the conclusion that MOON21 is compositionally derived from HURRICANEV1"; "Fig. 7 compares MOON21 to all known earlier versions of HURRICANE."). | strung together. Further notes this is duplicative of Statements 80 and 110.

Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 21. |
| 81.    Dr. Sloan states that "MSD PT2" does not contain any lyrics or vocal melodies.

Sloan Decl. ¶ 15(c) ("'MSD PT2' does not contain any lyrics or vocal melodies."); Defendants' Audio Ex. 1 (ARA0000001) | Undisputed that Dr. Sloan's declaration says what it says. Disputed as Dr. Bennett opines that the vocal melodies in Hurricane are similar to melody in MSD PT2.

Dr. Bennett's Declaration at ¶ 16; Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 17. |
| 82.    Bennett's report does not include a direct analysis comparing the compositional elements of "MSD PT2" and "Moon Final"; instead, Bennett relies | Disputed. Dr. Bennett performs an analysis of compositional similarity between MSD PT2 and Hurricane, and then Hurricane and Moon. Note |

40

RUSS, AUGUST & KABAT

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| on indirect comparisons between the vocal melodies of "Moon Final" and "Hurricane Final." Sloan Decl. ¶ 16(a) ("Bennett does not perform an analysis comparing the compositional elements of 'MSD PT2' and 'Moon Final.' Instead he relies on indirect comparisons between the vocal melodies of 'Moon Final' and 'Hurricane Final.'"). | that this is also duplicative of statement 105. Dr. Bennett's Declaration at ¶¶ 16-20; Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 15; Meyer Decl. Exs. T-W (audio files). |
| 83.   In his "Moon" analysis, Bennett presents comparisons of MOON21 to HURRICANE21 vocal toplines (including notated examples), rather than a MSD-to-Moon comparison. Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 19–20 (Fig. 5–6; comparisons between "MOON21" and "HURRICANE21" vocal phrases). | Disputed. Dr. Bennett performs an analysis of compositional similarity between MSD PT2 and Hurricane, and then Hurricane and Moon. Note that this is duplicative of statement 104. Dr. Bennett's Declaration at ¶¶ 16-20; Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 15, 19-22. |
| 84.   In Bennett's report, the recording he refers to as "MSD18" corresponds to | Undisputed. |

41

RUSS, AUGUST & KABAT

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| the recording Dr. Sloan refers to as "MSD PT2."<br><br>Sloan Decl. ¶ 8 (table mapping "MSD PT2" (Sloan) to "MSD18" (Bennett)). | |
| 85.   Bennett   opines   that HURRICANE21 "contains a clear interpolation of compositional elements from MSD18, including the bassline, and harmonic structure, forming the musical foundation of the work."<br><br>Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 2 (Executive Summary bullet re HURRICANE21). | Undisputed. |
| 86.   Bennett   states   that HURRICANE21 contains a "minimally adapted replay (interpolation) of the first four bars of HURRICANEV1 (and MSD18)" while "maintaining and featuring the same bass notes and chords." | Undisputed to the extent there are quotes from Dr. Bennett's report. Disputed as to omissions. |

RUSS, AUGUST & KABAT

42

RUSS, AUGUST & KABAT

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 14 ("HURRICANE21 contains a minimally adapted replay (interpolation) of the first four bars … while maintaining and featuring the same bass notes and chords"). | |
| 87. Bennett states that his reducedscore notation of MSD18 includes a bassline and "upper voices," and that chord names describe the overall harmony created by the combination of instruments.<br><br>Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 14 ("The notation above represents a reduced score … The bassline … the upper voices … The overall harmony … is described in the chord names."). | Disputed as mischaracterizing Dr. Bennett's report, including combining various concepts together, and omitting portions such as "key compositional elements."<br><br>Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 14. |
| 88. Bennett's annotated MSD18 excerpt highlights a one-bar "bass walkup" and the subsequent harmony identified as "Bb harmony (1 bar)" followed by "Gm7 harmony (2 bars)." | Disputed as mischaracterizing Dr. Bennett's report, including combining various concepts together, and omitting portions such as "notable and |

43

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 14 (Fig. 2, annotated labels: "bass walkup," "Bb harmony (1 bar)," "Gm7 harmony (2 bars)"). | distinctive." Also duplicative of statement 97. |
| 89. Bennett states that his "note-fornote comparison" of MSD18 and HURRICANE21 treats red notes as "exact matches," and treats blue markings as "close-match notes," including "harmonically equivalent" notes/chords and "rhythmic matches within a 1–16th note" tolerance.<br><br>Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 15 ("note-for-note comparison"; "Red notes … exact matches"; "blue … harmonically equivalent … rhythmic matches within a 1–16th note"). | Disputed as mischaracterizing Dr. Bennett's report, including combining various concepts together. |
| 90. Bennett states that there are "subtle rhythmic changes of bassline in later versions," and states he would disagree if Defendants argued those changes are | Disputed in that this quotation is taken out of context, when Dr. Bennett writes "If Defendants wished to suggest that these subtle rhythmic |

44

RUSS, AUGUST & KABAT

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| "significant enough to create a new, unrelated composition."<br><br>Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 15 ("subtle rhythmic changes of bassline in later versions … could be significant enough to create a new, unrelated composition, I would disagree."). | changes in later versions could be significant enough to create a new, unrelated composition, I would disagree."<br><br>Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 15. |
| 91.    Dr. Sloan states that Bennett's own analysis shows the fourth chord in the first measure differs between the works— F major in first inversion in "MSD PT2" versus A minor in "Hurricane Final."<br><br>Sloan Decl. ¶ 11 ("Bennett's report … shows that the fourth chord in the first measure … is an F major chord in first inversion … while … 'Hurricane Final' contains an A minor chord."). | Undisputed that Dr. Sloan's declaration says what it says. Disputed as to the characterization of Dr. Bennett's report and opinion, and as duplicative of statement 95. |
| 92.    Dr. Sloan states that, based on Bennett's own analysis, the first measure does not share the same fourth note | Undisputed that Dr. Sloan's declaration says what it says. Disputed as to the characterization of Dr. Bennett's report and opinion. |

45

RUSS, AUGUST & KABAT

RUSS, AUGUST & KABAT

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| between "MSD PT2" and "Hurricane Final." <br><br> Sloan Decl. ¶ 11 (discussing the differing fourth chord/note in the first measure). | |
| 93.    Dr. Sloan states that Bennett identifies only two purported similarities between "MSD PT2" and "Hurricane Final"—the bass line and the chord progression—and that those purported similarities occur only within a four-measure phrase. <br><br> Sloan Decl. ¶ 10 ("only identifies two purported similarities … the bass line and the chord progression"; "only occur within a four-measure phrase"). | Disputed. Dr. Bennett's opinion is not limited to two purported similarities. Dr. Bennett's opening report analyzes various compositional elements throughout, including but not limited to melody, harmony, rhythm, meter, key, and tempo. <br><br> Dr. Bennett's Declaration at ¶¶ 6, 7; Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 2, 6, 9, 14-16, 24-27. |
| 94.    Dr. Sloan states that Bennett admits the purported similarities between "MSD PT2" and "Hurricane Final" are not identical. <br><br> Sloan Decl. ¶ 10 ("Bennett admits these purported similarities are not identical."). | Undisputed that Dr. Sloan's declaration says what it says. Disputed that Dr. Bennett admits that purported similarities are "not identical," as substantial similarity under the extrinsic test does not require that any element be |

46

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| | "identical." *See Sound & Color, LLC v. Smith*, No. 23-2680, 2025 WL 1232639, at *2 n.1 (9th Cir. Apr. 29, 2025) (finding that plaintiff's experts correctly applied the extrinsic test by showing certain elements were similar rather than identical). |
| 95.    Dr. Sloan states that Bennett's report shows a difference in the fourth chord in the first measure—F major in first inversion in "MSD PT2" versus A minor in "Hurricane Final."<br><br>Sloan Decl. ¶ 11 (F major in first inversion vs. A minor). | Undisputed that Dr. Sloan's declaration says what it says. Disputed as to the characterization of Dr. Bennett's report and opinion, and as duplicative of statement 91. |
| 96.    Dr. Sloan states that Bennett's report shows the "melodic rhythm" differs in the upper voices: "MSD PT2" contains fast melodic motives in its upper voices, while "Hurricane Final" contains held whole notes.<br><br>Sloan Decl. ¶ 12 (fast melodic motives vs. held whole notes). | Undisputed that Dr. Sloan's declaration says what it says. Disputed as to the characterization of Dr. Bennett's report and opinion, and as duplicative of statement 102. |

47

RUSS, AUGUST & KABAT

RUSS, AUGUST & KABAT

| **WEST DEFENDANTS' PURPORTED FACTS:** | **DISPUTE AND SUPPORTING EVIDENCE:** |
|---|---|
| 97.    In Figure 2, Bennett labels the harmony following the "bass walkup" as "Bb harmony (1 bar)" followed by "Gm7 harmony (2 bars)."<br><br>Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 14 (Fig. 2, red labels: "Bb harmony (1 bar)" and "Gm7 harmony (2 bars)"). | Disputed as mischaracterizing Dr. Bennett's report, including combining various concepts together, and omitting portions such as "notable and distinctive." Also duplicative of statement 88.<br><br>Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 14. |
| 98.    Dr. Sloan states that Bennett identifies only two purported similarities between "MSD PT2" and "Hurricane Final," one of which is the chord progression, and that these purported similarities occur only within a four-measure phrase.<br><br>Sloan Decl. ¶ 10 ("only identifies two purported similarities … the bass line and the chord progression"; "only occur within a four-measure phrase"). | Undisputed that Dr. Sloan's declaration says what it says. Disputed in that Dr. Bennett's opinion is not limited to two purported similarities. Dr. Bennett's opening report analyzes various compositional elements throughout, including but not limited to melody, harmony, rhythm, meter, key, and tempo.<br><br>Dr. Bennett's Declaration at ¶ 7; Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 2, 6, 9, 14-16, 24-27. |
| 99.    Dr. Sloan states that the remaining compositional element in the four- | Undisputed that Dr. Sloan's declaration says what it says. |

48

RUSS, AUGUST & KABAT

| **WEST DEFENDANTS' PURPORTED FACTS:** | **DISPUTE AND SUPPORTING EVIDENCE:** |
|---|---|
| measure phrase at issue is a harmonic motion "from Bb major to G minor," which he characterizes as "a common harmonic descent" that is "generic in nature and not musicologically significant." Sloan Decl. ¶ 13 (harmonic motion from Bb major to G minor; "common harmonic descent"; "generic in nature and not musicologically significant"). | Disputed as to the compositional elements in MSD PT2 as "common" or "generic." As Dr. Bennett states, "[t]he first four bars of MSD PT2 … are original, protectable, and do not consist of commonplace elements. It shows creative expression because it contains multiple compositional elements that are in my opinion, combined in a unique way that is not commonplace." Dr. Bennett's Declaration at ¶¶ 5-9; Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 2, 6, 9, 14-16, 24-27. |
| 100. Plaintiff does not plead a selection and arrangement theory of copyright infringement. ECF 1. | Disputed. Dr. Bennett's report evaluates various characteristics of MSD PT2, including but not limited to melody, harmony, rhythm, meter, key, and tempo, among other elements, including in combination. Dr. Bennett's Declaration at ¶¶ 5-9; Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 2, 6, 9, 14-16, 24-27. |

49

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| 101. Plaintiff's expert Bennet does not evaluate the selection and arrangement copyright infringement theory in his report.<br><br>Bennett Report. | Disputed. Dr. Bennett's report evaluates various characteristics of MSD PT2, including but not limited to melody, harmony, rhythm, meter, key, and tempo, among other elements, including in combination.<br><br>Dr. Bennett's Declaration at ¶¶ 5-9; Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 2, 6, 9, 14-16, 24-27. |
| 102. Dr. Sloan states that "MSD PT2" contains "fast melodic motives" in its upper voices, whereas "Hurricane Final" contains "held whole notes," reflecting a difference in the works' melodic rhythm in the upper voices.<br><br>Sloan Decl. ¶ 12 ("fast melodic motives" vs. "held whole notes"). | Undisputed that Dr. Sloan's declaration says what it says. Disputed as to the characterization of Dr. Bennett's report and opinion, and as duplicative of statement 102. |
| 103. Bennett states that "Moon" does not audio-sample sections of MSD18.<br><br>Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 19 ("Moon is a | Undisputed, but note that this is duplicative of statement 57. |

50

RUSS, AUGUST & KABAT

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| composition that interpolates, but does not audio-sample, sections of MSD18."). | |
| 104. In Bennett's "Moon" section, Bennett presents melodic comparisons of MOON21 to HURRICANE21 (vocal topline comparisons), rather than a MSD18 to MOON21 transcription/comparison.<br><br>Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 19–21 (MOON21 v. HURRICANE21 "Melodic Comparison"; figures comparing MOON21 and HURRICANE21 vocal phrases). | Disputed. Dr. Bennett performs an analysis of compositional similarity between MSD PT2 and Hurricane, and then Hurricane and Moon. Note that this is duplicative of statement 83.<br><br>Dr. Bennett's Declaration at ¶¶ 16-20; Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 14-16, 19-22. |
| 105. Dr. Sloan states that Bennett does not perform an analysis comparing the compositional elements of MSD PT2 and Moon Final, and instead relies on indirect comparisons between the vocal melodies of Moon Final and Hurricane Final.<br><br>Sloan Decl. ¶ 16(a) ("Bennett does not perform an analysis comparing the | Disputed. Dr. Bennett performs an analysis of compositional similarity between MSD PT2 and Hurricane, and then Hurricane and Moon. Note that this is also duplicative of statement 82. |

51

RUSS, AUGUST & KABAT

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| compositional elements of 'MSD PT2' and 'Moon Final.' Instead he relies on indirect comparisons…"). | Dr. Bennett's Declaration at ¶¶ 16-20; Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 14-16, 19-22. |
| 106.  Dr. Sloan concludes in his report: "Put simply, there are no elements of 'MSD PT2' present in 'Moon.'"<br><br>Ex 1 to Sloan Dec - Expert Report at 13, ¶ 22 ("Put simply, there are no elements of 'MSD PT2' present in 'Moon.'"). | Undisputed that Dr. Sloan's declaration says what it says. Disputed as to the conclusion, as Dr. Bennett finds that MSD PT2 and Hurricane are substantially similar, and Hurricane and Moon are "melodically extremely similar."<br><br>Dr. Bennett's Declaration at ¶¶ 16-20; Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 14-16, 19-22. |
| 107.  In the section titled "MOON21," Bennett states that "Moon" is, in his opinion, "melodically derivative of HURRICANE21."<br><br>Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 7 ("This work is, in my opinion, melodically derivative of HURRICANE21 …"). | Undisputed. |

PLAINTIFF ARTIST REVENUE ADVOCATES, LLC'S RESPONSE TO WEST DEFENDANTS' STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

RUSS, AUGUST & KABAT

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| 108. Bennett states that the "vocal topline" in MOON21's chorus is "melodically similar" to the chorus in multiple "Hurricane" versions, including HURRICANE21.<br><br>Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 7 ("The vocal topline in MOON21's chorus is melodically similar to the chorus in 80DEG18, HURRICANEV1, HURRICANELP1, and HURRICANE21."). | Undisputed. |
| 109. Bennett states that the "vocal topline" in MOON21 and 80DEG18 "share identical pitch chains," and he defines "pitch chain" (aka "pitch sequence").<br><br>Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 7 ("MOON21 and 80DEG18 share identical pitch chains"); at 7 n.2 ("Pitch chain, aka pitch sequence …"). | Undisputed. |

53

RUSS, AUGUST & KABAT

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| 110. Bennett states that melodic similarities between MOON21 and HURRICANE21 "support the conclusion" that MOON21 is "compositionally derived from HURRICANEV1." <br><br> Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 21 ("support the conclusion that MOON21 is compositionally derived from HURRICANEV1"). | Undisputed to the extent there are quotes from Dr. Bennett's report. Disputed as to how the quotes are strung together. Further notes this is duplicative of Statements 80 and 110. <br><br> Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 21. |
| 111. Bennett states that, because HURRICANEV1 contains a direct sample of MSD18 and HURRICANE21 "preserves its compositional essence," MOON21 "should be considered a derivative work of HURRICANEV1 and, by extension, of MSD18." <br><br> Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 21 ("should be considered a derivative work of HURRICANEV1 and, by extension, of MSD18"). | Undisputed to the extent there are quotes from Dr. Bennett's report. Disputed as to how the quotes are strung together and for omission, such as of "by reproducing HURRICANE21's material." |

54

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| | |
| 112. In his summary table, Bennett notes that MOON's "harmonic content differs from MSD18." <br><br> Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 5 (Table 2: "harmonic content differs from MSD18"). | Undisputed to the extent there is a quote from Dr. Bennett's report. Disputed as to how the quote is taken out of context. <br><br> Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 5. |
| 113. Dr. Sloan states that Bennett's attempt to establish a "lineage" from "MSD PT2" to "Hurricane Final" to "Moon Final" is an improper musicological methodology because it "relies on Defendants' own contributions to make this connection." <br><br> Sloan Decl. ¶ 9 (Bennett "lineage" methodology "represents an improper musicological methodology because it relies on Defendants' own contributions to make this connection"). | Undisputed that Dr. Sloan's declaration says what it says. Disputed because Dr. Bennett he "disagrees that merely adding vocal melodies and lyrics would absolve Defendants of showing that the works are dissimilar (i.e., independently created or uses only commonplace elements)." <br><br> Dr. Bennett's Declaration at ¶ 10; Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 14-16, 19-23. |
| 114. Dr. Sloan states that "MSD PT2 contains no lyrics or vocal melodies," and that the "vocal melodies and lyrics" that | Undisputed that Dr. Sloan's declaration says what it says. Disputed because Dr. Bennett he |

55

RUSS, AUGUST & KABAT

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| are the "most salient aspects" of "Hurricane Final" and "Moon Final" are "wholly original contributions by the Defendants." <br><br> Sloan Decl. ¶ 9 ("MSD PT2 contains no lyrics or vocal melodies"; "vocal melodies and lyrics … most salient aspects … wholly original contributions"). | "disagrees that adding vocal melodies and lyrics would absolve Defendants of showing that the works are dissimilar (i.e., independently created or uses only commonplace elements)." <br><br> Dr. Bennett's Declaration at ¶ 10; Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 14-16, 19-23. |
| 115. Dr. Sloan states: "There are no lyrics in 'MSD PT2.'" <br><br> Sloan Decl. ¶ 16(c) ("There are no lyrics in 'MSD PT2.'"). | Undisputed. |
| 116. Dr. Sloan states: "All lyrics in 'Moon Final' are the original contribution of the defendant." <br><br> Sloan Decl. ¶ 16(c) ("All lyrics in 'Moon Final' are the original contribution of the defendant."). | Undisputed that Dr. Sloan's declaration says what it says. Disputed because Dr. Bennett he "disagrees that adding vocal melodies and lyrics would absolve Defendants of showing that the works are dissimilar (i.e., independently created or uses only commonplace elements)." |

RUSS, AUGUST & KABAT

56

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| | Dr. Bennett's Declaration at ¶ 10; Ex. 31 to Martorell Dec. – Joe Bennett Expert Report at 14-16, 19-23. |
| 117. Dr. Sloan concludes that comparing the final versions of "Hurricane" and "Moon" reveals "no similarity in the harmonic elements" of the songs; other than both featuring a G minor chord in the second measure, "there is no overlap" between the compositions' "harmonic content and basslines." <br><br> Ex 1 to Sloan Dec - Expert Report at 15, ¶ 24 ("no similarity in the harmonic elements"; "Otherwise there is no overlap … harmonic content and basslines"). | Undisputed that Dr. Sloan's declaration says what it says. Disputed as to the conclusion. |
| 118. Dr. Sloan states that although certain phrases in the vocal parts in "Hurricane" and "Moon" show "some degree of similarity," they "diverge … in terms of exact pitch content, rhythm, and arrangement." | Undisputed that Dr. Sloan's declaration says what it says. Disputed as to the conclusion. |

57

RUSS, AUGUST & KABAT

| WEST DEFENDANTS' PURPORTED FACTS: | DISPUTE AND SUPPORTING EVIDENCE: |
|---|---|
| Ex 1 to Sloan Dec - Expert Report at 15, ¶ 25 ("some degree of similarity"; "diverge … pitch content, rhythm, and arrangement"). | |

## STATEMENT OF ADDITIONAL MATERIAL FACTS

| ADDITIONAL MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|
| 119.  The Artists, Khalil Abdul Rahman, Samuel Barsh, Josh Mease, and Dan Seeff owned the copyright in the composition of MSD PT2. | Meyer Dec. Ex. O, ARA000012-14 (Certificate of Registration with Registration No. Pau 4-220-628 for MSD PT2.). |
| 120.  The Artist Khalil Abdul Rahman owned the copyright in the sound recording of MSD PT2, and transferred that interest to ARA pursuant to the Copyright Assignment. | Meyer Dec. Ex. O, ARA000015-17 (Certificate of Registration with Registration No. SRu 1-568-930 for MSD PT2.), Martorell Decl. Exh. 12 at ARA000099-ARA000105. |
| 121.  Mease, Barsh and Seeff transferred their interests in the composition in MSD PT2 to ARA pursuant to the Copyright Assignment. | *See* Martorell Decl. Exh. 12 at ARA000099-ARA000105. |

58

RUSS, AUGUST & KABAT

| ADDITIONAL MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|
| 122. The Copyright Assignment was signed prior to the filing of the complaint in this matter. | Meyer Dec. Ex. T, ARA002942-2944. |
| 123. The Artists, HH Music and PEN Music all authorized the Copyright Assignment Agreement. | Eames Depo. at 128:9-130:11, 147:19-25, 151:6-153:20, Martorell Decl. Ex. 15 (Assignment and Subscription Agreement), Meyer Decl. Exs. I, J (Amendments to Admin Agreement). |
| 124. Defendants did not request the creation of the MSD PT2. | Ye Depo. 76:13-77:17 (describing the track as having come from an unknown source.). |
| 125. The Artists did not create MSD PT2 at Defendants' request. | Ye Depo. 76:13-77:17 (describing the track as having come from an unknown source.). |
| 126. The Artists never authorized the use of MSD PT2 by Defendants. | The Artists, through Debra Wise, expressly objected in writing.

Meyer Decl. Ex. K (Wise Letter). |
| 127. Hurricane was based on MSD PT2. | Ye Depo. 76:5-12; 80:16-19 (describing that his vocals were laid over MSD PT2 in 80 Degrees); 82:6-8 |

59

RUSS, AUGUST & KABAT

| ADDITIONAL MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|
| | (acknowledging that Hurricane was originally titled 80 Degrees); Sloan Rough at 70:21-72:8. |
| 128.  Moon was based on Hurricane. | The Artists' publishing administrator Michael Eames wrote that "I met Kanye's engineer … and we chatted about HURRICANE … He did tell me that the original HURRICANE did morph into MOON." <br><br> Meyer Decl. Ex. L; *see also* Ye Depo. at 194:10-13. |
| 129. The Artists were credited on *Hurricane*. | The Artists were credited as composers on *Hurricane*, and Mr. Rahman was credited as a producer on *Hurricane*. <br><br> *See* Screenshots of liner notes for Hurricane and Moon in Bennett Opening Report at 27; *also see* ARA003098 (Johnson Dec. Ex. AA). |
| 130. The Artist Mr. Rahman was credited on *Moon*. | Mr. Rahman was credited as a producer on *Moon*. |

60

| ADDITIONAL MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|
| | *See* Screenshots of liner notes for Hurricane and Moon in Bennett Opening Report at 28; *also see* ARA003099 (Johnson Dec. BB). |
| 131. The earliest versions of Hurricane contain the sound recording of MSD PT2. | *See* Bennett Opening Report at 12-13 (showing waveform visual comparison and spectrum visual comparison); 24 (showing that 80 Degrees, Hurricane V1 demo, and Hurricane at Listening Party 1 all contain the sound recording of MSD PT2). |
| 132. Defendants were paid considerable sums by Apple and others for the use of Hurricane at listening parties. | *See* Karre Depo. 98:9-99:17 (estimating $1.7 million for just what Apple paid Ye for online streams of the listening parties). |
| 133. There are six representative versions of Hurricane and its predecessor 80 Degrees at issue in this case. | *See* Bennett Opening Rpt. at 24 (listing 80 Degrees, Hurricane V1, Hurricane Listening Party 1, Hurricane Listening Party 2, Hurricane Listening Party 2, and the album version of Hurricane). |

RUSS, AUGUST & KABAT

61

| ADDITIONAL MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|
| 134.  After Defendants sought but were refused permission to use MSD PT2, Defendants took out the sound recording of MSD PT2 and replaced it with an interpolation. | *See* Bennett Opening Rpt. at 14; Ye Depo.  103:3-9 (stating that he "removed the sample because I didn't have clearance for the sample"). |
| 135.  Interpolations replace the sound recording by replaying key aspects of a composition. | *See* Bennett Opening Rpt. at 14; Sloan Depo. (Rough) 73:8-16. |
| 136.  Dr. Bennett in his opening report states that "each HURRICANE iteration contains protectable composition elements of MSD18." | *See* Bennett Opening Rpt. at 22. |
| 137.  Dr. Bennett always applies the extrinsic test whenever he serves as an expert, whether for plaintiff or defendant, to determine any element of a musical work that is unprotectable. | *See* Bennett Decl. at ¶ 5; Bennett Opening Rpt. at 6, 14-15, 24-27. |
| 138.  Dr. Bennett did not find any non-protectable element in the four bars of MSD PT2 at issue. | *See* Bennett Decl. at ¶¶ 5-6; Bennett Opening Rpt. at 14. |
| 139.  In his opening report, Dr. Bennett transcribes the four bars of MSD PT2 at issue. | Bennett Opening Rpt. at 14. |
| 140.  In his opening report, Dr. Bennett compares  bar-by-bar  and  note-by-note | *See* Bennett Decl. at ¶ 5; Bennett Opening Rpt. at 15; Meyer Decl. Exs. T-W (audio files). |

62

| ADDITIONAL MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|
| MSD PT2 and the album version of Hurricane. | |
| 141.  Dr. Bennett found, as shown in the transcription in his report, that all four bars of MSD PT2 at issue contain protectable elements. | *See* Bennett Decl. at ¶¶ 6-10; Bennett Opening Rpt. at 2, 6, 9, 14-16, 24-27. |
| 142. Dr. Bennett's opening report identifies multiple protectable elements of MSD PT2, and did not find any musical elements that were unprotectable. | *See* Bennett Decl. at ¶¶ 6-10; Bennett Opening Rpt. at 6, 9, 14-16, 24-27. |
| 143.  Dr. Bennett states in his summary in his opening report that the album version of *Hurricane* "contains a clear interpolation of compositional elements from MSD18, including the bassline, and harmonic structure, forming the musical foundation of the work." | Bennett Opening Rpt. at 2. |
| 144.  In his transcription of MSD PT2 used in comparing to the album version of *Hurricane*, Dr. Bennett showed the various compositional elements, including but not limited to melody, harmony, rhythm, structure, and meter, among other elements such as key and tempo. | *See* Bennett Decl. at ¶¶ 5-7; Bennett Opening Rpt. at 6, 9, 14-16, 24-27. |

RUSS, AUGUST & KABAT

63

| ADDITIONAL MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|
| 145.   Defendants' musicology expert Dr. Nathaniel Sloan did not submit an opening expert report arguing that any portion of MSD PT2 is unprotectable. | *See* Bennett Decl. at ¶ 6; Sloan Rough Depo. at 78:18-79:12. |
| 146.   Dr. Bennett did not suggest that the "bass walk up" is "just a three-note phrase." | *See* Bennett Decl. at ¶¶ 6, 10; Bennett Opening Rpt. at 14-15. |
| 147.   Dr. Sloan did not submit any prior art on the "bass walk up." | *See* Bennett Decl. at ¶ 10. |
| 148.   Dr. Bennett did not opine that the "bass walk up" is merely an idea, theme, or common musical element. | *See* Bennett Decl. at ¶¶ 6, 10; Bennett Opening Rpt. at 2, 15. |
| 149.   Dr. Sloan searched for but did not find any prior art with the same "chord progression." | *See* Bennett Decl. at ¶¶ 6-9. |
| 150.   Dr. Sloan's identified three prior art references support that the "chord progression" in MSD PT2 is protectable. | *See* Bennett Decl. at ¶ 8. |
| 151.   Dr. Sloan searched for but did not find any prior art with the same "bass walk up." | *See* Bennett Decl. at ¶¶ 6-9; Sloan Rough Depo. 82:4-8. |
| 152.   The prior art that Dr. Sloan identified post-date MSD PT2. | *See* Bennett Decl. at ¶ 8; Sloan Rough Depo. 84:5-22. |
| 153.   Dr. Bennett's opening report discusses "rhythmic matches within a 1-16th note of rhythmic alignment" such | *See* Bennett Decl. at ¶ 11; Bennett Opening Rpt. at 15. |

64

RUSS, AUGUST & KABAT

| ADDITIONAL MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|
| that "the extent of similarity between the works [MSD PT2 and album version of Hurricane] is so significant that it is, in my Opinion, musically impossible that this level of similarity could have arisen through coincidence aka Independent Creation." | |
| 154. Hurricane and MSD PT2 share substantially similar musical elements. | Dr. Bennett compares the musical elements of MSD PT2 and Hurricane and demonstrates the substantial similarity of multiple elements, including through audio files based on the transcription in Figure 3 of his opening report, where MSD PT2 and Hurricane are played linearly and simultaneously.<br><br>*See* Bennett Declaration at ¶¶5-16; Bennett Opening Report at 15; Meyer Decl. Exs. T-W (audio files). |
| 155. Dr. Bennett opined that "[o]f the 4:03 runtime of HURRICANE21, 100% consist of compositional material derived from [MSD PT2]." | Bennett Op. Rpt. at 14. |

RUSS, AUGUST & KABAT

65

| ADDITIONAL MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|
| 156. Dr. Bennett explained that while earlier versions of Hurricane took the sound recording of MSD PT2, the released version of Hurricane "contains a minimally adapted replay (interpolation) of the first four bars [of MSD PT2], while maintaining and featuring the same bass notes and chords, and proceeding throughout…." | Bennett Op. Rpt. at 14. |
| 157. Dr. Bennett showed the bar-by-bar similarity between Hurricane and Moon, showing musically that Moon was derived from Hurricane. | Bennett Decl. at ¶¶16-20; Bennett Op. Rpt. at 19-22. |
| 158. Dr. Bennett calculated "the percentage of MOON's composition time that includes the melodic elements that are … derived from HURRICANE …." | Bennett Decl. at ¶ 16-20; Bennett Op. Rpt. at 26. |
| 159. Dr. Bennett's methodology is "to identify any bars in MOON in which West sings one of the melodic elements (of HURRICANE) previously identified. Any bar that contains these melodies is counted; any that contains no melodic material, or clearly different melodic material (from HURRICANE) is not counted." | Bennett Decl. at ¶¶ 16-20; Bennett Op. Rpt. at 26. |

66

RUSS, AUGUST & KABAT

| ADDITIONAL MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|
| 160. Based on his methodology, Dr. Bennett concludes that the released version of MOON contains 52% composition time that is derived from HURRICANE. | Bennett Decl. at ¶¶ 16-20; Bennett Op. Rpt. at 26. |
| 161. Dr. Bennett shows comparisons of specific melodic material (*i.e.*, the bars) in *Moon* that is derived from *Hurricane*, and concludes that *Hurricane* and *Moon* "are melodically extremely similar." | Bennett Decl. at ¶¶17-20; Bennett Op. Rpt. at 26. |
| 162. Dr. Bennett opined that "[g]iven that each HURRICANE iteration contains protectable compositional elements of MSD18, [Moon's] replication of melodic material … necessarily imports those protectable elements." | Bennett Op. Rpt. at 22. |
| 163. Dr. Bennett finds similarity between "the respective vocal toplines" in the album versions of *Hurricane* and *Moon*, including, among other things, the precise "[e]xact matches of pitch and rhythm" in various phrasing. | Bennett Op. Rpt. at 19. |
| 164. Dr. Bennett concludes that *Hurricane* and *Moon* "are melodically extremely similar. | Bennett Op. Rpt. at 20. |

67

RUSS, AUGUST & KABAT

| ADDITIONAL MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|
| 165.   Counsel for Plaintiff heard nothing from counsel for Defendants on or before January 2, 2026, over the following weekend, or the following two days relating to a motion for summary judgment. On January 7, 2026, counsel for Defendants cold-called counsel for Plaintiff, which lasted five minutes. During that brief call, counsel listed a very short number of claimed topics for summary judgment, but did not meet and confer. Defendants then applied ex parte to continue the summary judgment motion. | Meyer Dec. ¶¶ 2-6 and Ex. B. |

DATED: February 6, 2026             RUSS, AUGUST & KABAT


By: _____
    Nathan D. Meyer
    Attorneys for Plaintiff Artist
    Revenue Advocates, LLC

68

RUSS, AUGUST & KABAT

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2026, a true and correct copy of the foregoing document was served electronically on all counsel listed below:

**MARTORELL LAW APC**
Eduardo Martorell
Christopher Rosario
Evan Miller
Playa District
6100 Center Drive, Suite 1130
Los Angeles, CA 90045
emartorell@martorell-law.com
crosario@martorell-law.com
emiller@martorell-law.com
jsotolongo@martorell-law.com
rrodriguez@martorell-law.com
ydavis@martorell-law.com

*Attorneys for Defendants*
*Kanye Omari West a/k/a "YE," Getting Out Our*
*Dreams, Inc. a/k/a G.O.O.D. Music, Getting Out Our*
*Dreams II, LLC, Yeezy LLC, Yeezy Supply LLC, and*
*Ox Paha Inc. f/k/a Mascotte Holdings, Inc*

*/s/ Nathan D. Meyer*

PLAINTIFF ARTIST REVENUE ADVOCATES, LLC'S RESPONSE TO WEST DEFENDANTS' STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT