RUSS, AUGUST & KABAT
Irene Y. Lee, State Bar No. 213625
ilee@raklaw.com
Nathan D. Meyer, State Bar No. 239850
nmeyer@raklaw.com
Sarah Wang (*admitted pro hac vice*)
swang@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:   (310) 826-7474
Facsimile:    (310) 979-8268

Attorneys for Plaintiff
ARTIST REVENUE ADVOCATES, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA –WESTERN DIVISION

| | |
|---|---|
| ARTIST REVENUE ADVOCATES, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> KANYE OMARI WEST a/k/a "YE;" GETTING OUT OUR DREAMS, INC. a/k/a G.O.O.D. MUSIC, a California corporation; GETTING OUT OUR DREAMS II, LLC, a Delaware limited liability company; YEEZY LLC, a Delaware limited liability company; YEEZY SUPPLY LLC, a Delaware limited liability company; OX PAHA INC. f/k/a MASCOTTE HOLDINGS, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; UNIVERSAL MUSIC CORP., a Delaware corporation; UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; KANO COMPUTING LIMITED, a United Kingdom private limited company; ALEXANDER NELSON KLEIN, an | Case No. 2:24-CV-06018-MWC-BFMx <br><br> [Assigned to The Honorable Michelle W. Court, Courtroom 6A] <br><br> **PLAINTIFF ARTIST REVENUE ADVOCATES, LLC'S NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 4 TO PRECLUDE STRIKING JURORS BASED ON RACE, RELIGION OR CREED** <br><br> *[Memorandum of Points and Authorities; Omnibus Declaration of Nathan D. Meyer concurrently filed]* <br><br> **Hearing** <br> Date: April 3, 2026 <br> Time: 1:30 p.m. <br> Courtroom:  6A <br><br> Trial: April 20, 2026 <br> Final Pretrial Conf: April 3, 2026 <br><br> Original Complaint Filed: <br> July 17, 2024 |

1



individual; ASHDUST LLP, a Delaware limited liability partnership; STEMPLAYER LTD, a United Kingdom private limited company; and DOES 1 through 10,

Defendants.

RUSS, AUGUST & KABAT

2

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** at 1:30 p.m. on April 3, 2026, or as soon thereafter as the matter may be heard in Courtroom 6A of the United States Courthouse, located at 350 West First Street, Los Angeles, California 90012, plaintiff Artist Revenue Advocates, LLC will, and hereby do, move *in limine* for a pre-emptive order barring the litigants or their counsel from striking jurors during voir dire (or conducting research thereon) based on race, religion or creed.

This motion is based upon this notice of motion and motion, accompanying memorandum of points and authorities and omnibus declaration of Nathan D. Meyer ("Meyer Decl."), the court's files of this case, and such other matter and argument as may properly come before the court.

This motion is made following the conference of counsel which took place in person on February 23, 2026.

DATED: March 6, 2026                    RUSS, AUGUST & KABAT


By: _____
Irene Y. Lee
Attorneys for Plaintiff
Artist Revenue Advocates, LLC

RUSS, AUGUST & KABAT

3

RUSS, AUGUST & KABAT

## CERTIFICATE OF SERVICE

I certify that counsel of record who are deemed to have consented to electronic service are being served on March 6, 2026, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel will be served by electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

/s/    *Irene Y. Lee*

4