Joe Bennett Music Services

Dec 30, 2025

**Re: ARA v West matter: case no. 2:24-cv-06018**

This report has been commissioned by Artist Revenue Advocates, LLC ("ARA"), the plaintiff in the above-named case. My task is to assess, from a musicological perspective, the presence and extent of copying of the plaintiff's musical work MSD PT2 (hereinafter MSD18) in works associated with the defendant Kanye Omari West, including 80 Degrees (80DEG18), Hurricane (HURRICANE21), and (at a later stage) MOON (MOON21).

This document is prepared as part of ongoing litigation and is structured in accordance with "Daubert standard" best practices for forensic musicology comparative analysis.

JOE BENNETT MUSIC SERVICES INC
66 Albemarle Road, Waltham, MA 02452, USA
Phone/WhatsApp: +1 (857) 327 1159

Professor Joe Bennett PhD BA NTF FHEA
info@joebennett.net
www.joebennett.net

## Executive summary of findings

- In my Opinion, 80DEG18 contains a direct, untreated sample of MSD18 throughout its runtime, confirmed through multiple forensic audio methods.
- HURRICANE21 contains a clear interpolation of compositional elements from MSD18, including the bassline, and harmonic structure, forming the musical foundation of the work.
- MOON21, while not containing a direct sample, exhibits melodic similarities to HURRICANEV1 and 80DEG18, supporting an assertion of derivative work status.

## Table 1: Media Assets used in this report

| Name | Description | Link | Identical or near-identical files |
|---|---|---|---|
| | | **AUDIO** | |
| **MSD18** | Plaintiff's original composition and sound recording (WAV version provided by counsel, November 2025, ARA002819) | https://joebennett.work/MSD18 | ARA002819; ARA000001; ARA004289 |
| **80DEG18** | Recording by West; contains audio sample of MSD18; no formal release (audio ripped from YouTube fan leak at ARA009507) | https://joebennett.work/80DEG18rip | ARA009507 |
| **HURRICANEV1** | early demo of "Hurricane", provided by defendants; contains audio sample of MSD18 (Exhibit 38 at Kanye West's Deposition) | https://joebennett.work/HURRICANEV1 | West_000002; West_007629; Exhibit 38 |
| **HURRICANELP1** | Version of "Hurricane" as played by West at the first Donda Listening Party at the Mercedes-Benz Stadium, Atlanta, on July 22, 2021; contains audio sample of MSD18 (ARA009503; audio ripped from Listening Party 1 at ARA009504) | https://joebennett.work/HURRICANELP1 | ARA009503 |
| **HURRICANELP2** | Version of "Hurricane" as played by West at the second Donda Listening Party at the Mercedes-Benz Stadium, Atlanta, on August 5, 2021; contains interpolation of MSD18 (audio ripped from ARA009505) | https://joebennett.work/HURRICANELP2 | None |
| **HURRICANELP3** | Version of "Hurricane" as played by West at the third Donda Listening Party at Soldier Field, Chicago, on August 26, 2021; contains interpolation of MSD18 (audio ripped from ARA009506) | https://joebennett.work/HURRICANELP3 | None |
| **HURRICANE21** | recording by West; interpolates compositional elements from MSD18; released on Donda Aug 2021 (ARA009509) | https://joebennett.work/HURRICANE21 | ARA009509 |

| | | | |
|---|---|---|---|
| **MOON21** | recording by West; premiered July 2021; interpolates compositional elements from HURRICANE(V1/LP1/21); released on Donda Aug 2021 (ARA009510) | https://joebennett.work/MOON21 | ARA009510 |
| | **VIDEO** | | |
| **80DEG18V** | Video by West; contains audio sample of MSD18; believed to have been released on Instagram in 2018 (ARA003129) | https://joebennett.work/80DEG18V | ARA003129 (Exhibit 37 has identical video content) |
| **Listening Party 1** | July 22, 2021 – Donda listening party 1, Mercedes-Benz Stadium, Atlanta. Contains audio sample of MSD18 (ARA009504) | https://joebennett.work/ListeningParty1 | ARA009504 |
| **Listening Party 2** | August 5, 2021 – Donda listening party 2, Mercedes-Benz Stadium, Atlanta (ARA009505) | https://joebennett.work/ListeningParty2 | ARA009505 |
| **Listening Party 3** | August 26, 2021 – Donda listening party 3, Soldier Field, Chicago (ARA009506) | https://joebennett.work/ListeningParty3 | ARA009506 |

## Table 2: summary of analytical findings

| Work | Usage Type | Allegation | Key Observations |
|---|---|---|---|
| **MSD18** | Plaintiff's original composition and sound recording | N/A | Distinctive composition and recording featuring identifiable bassline, harmony, and production characteristics |
| **80DEG18**[1] | Direct audio sample of MSD18 | Sound Recording (SR) and Composition (PA) infringement | Untreated, unaltered sample of MSD18 plays throughout entire runtime; confirmed via phase nulling, waveform, and spectral analysis |
| **HURRICANEV1** | Early demo of Hurricane, provided by Defendants | Sound Recording (SR) and Composition (PA) infringement | Audio sample throughout.<br>Bassline, harmonic progression, and "walk-up" figure interpolated throughout; additional lyrical and melodic material derived from 80DEG18 |
| **HURRICANE21** | Compositional interpolation of MSD18<br><br>Melodic copy of HURRICANEV1 | Composition infringement | No audio sample of MSD18.<br>Bassline, harmonic progression, and "walk-up" figure interpolated throughout; additional lyrical and melodic material derived from 80DEG18 |
| **MOON21** | Derivative of HURRICANEV1 (no direct sample) | Composition derivative work | Melodic similarities to HURRICANE21; Exact pitch match with 80DEG18; contextual linkage via listening parties and album sequencing; harmonic content differs from MSD18 |

[1] In this Report I refer to 80 Degrees as 80DEG18 throughout because it is similar to the version of 80 Degrees in 80DEG18V, which I understand from counsel was first leaked in 2018. The actual date of creation for 80DEG18 was sometime between 2018 and 2021. All versions of 80 Degrees that I analyzed contain an audio sample of MSD18.

## About the works / usages

## MSD18

MSD18 is performed in D minor at 78 BPM, and features a distinctive "walk-up" electric bass figure, filtered piano, strings, tuned percussion (probably vibraphone), and vinyl-style sound effects.
Registered with the U.S. Copyright Office under PAu 4-220-628 and SRu 1-568-930.

## 80DEG18

80DEG18 consists of the first four bars of MSD18, sampled and looped, with additional overdubs added in production (vocals, programmed drums and bass). This audio sample of MSD18 plays throughout 80DEG18's runtime of 4:41.

### HURRICANEV1

This file was provided by Defendants, and is believed to be a demo of HURRICANE21, as confirmed by Kanye West at his deposition (*see* Exhibit 38 at Kanye West Deposition; Kanye West Deposition Transcript at page 77, line 18 to page 80, line 15). It contains an audio sample of MSD18.

### HURRICANELP1

This is an .aiff file that was ripped from an .mp4 file (available on https://archive.org/details/Kanye-West-Donda-Listening-Events) of "Hurricane" as performed at the first *Donda* Listening Party at the Mercedes-Benz Stadium, Atlanta, on July 22, 2021. It contains an audio sample of MSD18.

## HURRICANE21

This work contains compositional interpolations of MSD18:

- The bassline and chord progression are derived directly from MSD18's opening four bars.
- Several vocal lines from 80DEG18 reappear verbatim (melodically and lyrically) in HURRICANE21, most notably the title line "80 degrees, warm it up for me"
- The signature "walk-up" bassline figure is audible at multiple key moments (e.g., bars 4, 28, 64).
- The adaptation retains recognizable melodic and harmonic features of the plaintiff's work despite structural modification.

## MOON21

This work is, in my opinion, melodically derivative of HURRICANE21, and thus contains compositional interpolations of MSD18:

- The vocal topline in MOON21's chorus is melodically similar to the chorus in 80DEG18, HURRICANEV1, HURRICANELP1, and HURRICANE21.
- Specifically, the vocal topline in MOON21 and 80DEG18 share identical pitch chains[2].

[2] Pitch chain, aka pitch sequence – a series of musical notes, played one after the other. When rhythmic values are applied to a pitch chain, this creates a melody.

## Methodology

Between May 6, 2025 and Nov 17, 2025, counsel for ARA have provided me with access to the works, in the following formats:

- Email attachment: MP3 of MSD18 (supplied May 2025)
- Email attachment: WAV of MSD18 (supplied Nov 2025)
- YouTube: link to 80DEG18 (believed to be 2018 Instagram version of 80 Degrees)
- Spotify: link to HURRICANE21 (final version as released)

On June 10, 2025, counsel provided me with access to a folder entitled "2141.001 - ARA - Defs Production", which contains a file titled **Hurricane V1.mp3**.

- Defendant file: **link to Hurricane V1.mp3**
  (I shall refer to this version as **HURRICANEV1** from hereon)

For completeness and clarity, I created cloud-based digital copies of all these assets, which can be accessed at the links below; these are the definitive versions used for the purposes of analysis.

1. **MSD18** "MSD PT2" (2018) : https://joebennett.work/MSD18
2. **80DEG18** "80 Degrees" (undated, sometime between 2018 and 2021) : https://joebennett.work/80DEG18rip
3. **HURRICANEV1** demo by West. https://joebennett.work/HURRICANEV1
4. **HURRICANELP1** "Hurricane" from *Donda* Listening Party, July 22, 2021. https://joebennett.work/HURRICANELP1
5. **HURRICANELP2** "Hurricane" from *Donda* Listening Party, August 5, 2021. https://joebennett.work/HURRICANELP2
6. **HURRICANELP3** "Hurricane" from *Donda* Listening Party, August 26, 2021. https://joebennett.work/HURRICANELP3
7. **HURRICANE21**; released on *Donda,* August 29, 2021. https://joebennett.work/HURRICANE21
8. **MOONLP1** "Moon" from *Donda* Listening Party, July 22, 2021. https://joebennett.work/MOONLP1
9. **MOONLP2** "Moon" from *Donda* Listening Party, August 5, 2021. https://joebennett.work/MOONLP2
10. **MOONLP3** "Moon" from *Donda* Listening Party, August 26, 2021. https://joebennett.work/MOONLP3
11. **MOON21** "Moon" (2021); released on *Donda* August 29, 2021. https://joebennett.work/MOON21

The timeline and context of these recordings is explained more fully in Table 1 earlier in this Report, including hyperlinks to the audio.

I was asked to undertake a technical analysis to establish the level of similarity between the recordings, including an opinion of the likelihood that versions of 80 Degrees and Hurricane contained a sample of MSD18, and the extent to which versions of Hurricane and Moon might be considered to contain an interpolation of MSD18.

Some files were provided to me by counsel. In other cases (e.g. Listening Party versions of HURRICANE and MOON) I ripped the streamed files as audio AIFFs from the video source. All recordings were imported into digital audio workstation software (DAW); this enabled me to 'zoom in' on particular parts of the audio for the purposes of sample detection, detailed listening, tempo detection, melodic transcription, and related analytical activities.

Sample detection was undertaken using a combination of technical methods:

- Waveform visual comparison, resolution of ~1 millisecond (0.001 seconds)
- Audio phase nulling
- Vertical frequency comparisons
- Forensic listening

These technical methods are well documented in forensic musicology, and are standard tests for sample detection.

For melodic comparison, the respective melodies and underlying basslines & chords were transcribed using a combination of computer-assisted methods and traditional pen-and-paper transcription skills, then typeset in music notation software. All works have been compared in their original key of D minor (F major).

We have agreed in advance that my analysis will be led by the evidence; I am not incentivized to draw any particular inference or conclusion.

## Compensation

I am compensated in this matter at a rate of $400 (USD) per hour. My compensation is not dependent on my opinions or on the outcome of the case.

# PART I: HURRICANE

## History of Hurricane's composition

I was informed by counsel that an early version of Hurricane (working title "80 Degrees") was released or "leaked" on Instagram in 2018. Hurricane was then performed at three 2021 "Listening Party" public events with various edits and remixes, keeping the basic melody, bassline, and harmonic structure intact in each version, culminating in the final version that was on the Donda album release.

The MSD18 sample (sound recording) was used in all versions of "80 Degrees" I have analyzed, and at "Listening Party 1". From "Listening Party 2" the sample was replaced with an interpolation, featuring organ and synth bass playing similar parts to the original instruments featured in MSD18.

In my Opinion, all versions of Hurricane (including 80DEG18) are compositionally derived from MSD18, and contain much of the same harmonic, bassline, and melodic material.

## Table 3: Versions of Hurricane: timeline and media

| Date | Event | Hook Vocalist | Use of MSD18 | Video link | Backup audio |
|---|---|---|---|---|---|
| **2018** | "Instagram Leak" | Kanye West | Sample | YouTube fan leak | audio file<br>JB cloud link |
| **7/22/21** | "Listening Party 1"<br>Mercedes-Benz Stadium, Atlanta | Kanye West | Sample | Video file from Apple Music live stream | Video file<br>JB cloud link |
| **8/5/21** | "Listening Party 2"<br>Mercedes-Benz Stadium, Atlanta | The Weeknd | Interpolation | Video file from Apple Music live stream | Video file<br>JB cloud link |
| **8/26/21** | "Listening Party 3"<br>Soldier Field, Chicago | The Weeknd | Interpolation | Video file from Apple Music live stream | Video file<br>JB cloud link |
| **8/29/21** | Official Album Release | The Weeknd | Interpolation | Spotify audio from final album | |

**2018 – Instagram post featuring 80 Degrees**

- I understand that HURRICANE was first leaked in 2018 via Instagram under the early version name **80 Degrees**.
- Uses MSD18 sample.
- Originally intended for Kanye West's scrapped album Yandhi.
- Multiple unreleased versions circulated on social media between 2018 and 2021.
- YouTube fan upload • JB audio archive copy [3]

**July 22, 2021 – Donda listening party 1, Mercedes-Benz Stadium, Atlanta**

- Premiered as track 7.
- Uses MSD18 sample.
- Hook sung by Kanye West (autotuned), not The Weeknd.
- Included verses by Kanye West and Lil Baby (same as final version).
- Video file[4]

**August 5, 2021 – Donda listening party 2, Mercedes-Benz Stadium, Atlanta**

- Played as track 20.
- Uses an interpolation of MSD18, replayed by organ and synth bass.
- Hook sung by The Weeknd.
- Same verses by Kanye West and Lil Baby.
- Video file

**August 26, 2021 – Donda listening party 3, Soldier Field, Chicago**

- Played as track 5.
- Uses an interpolation of MSD18, replayed by organ and synth bass.
- Final album version, same as official Donda release.
- Khalil Abdul-Rahman (DJ Khalil), Daniel Seeff, Josh Mease, and Sam Barsh credited as songwriter and producer on TIDAL.
- Video file

Additionally, Defendants in this case have provided a file entitled **Hurricane V1.mp3**, in a folder entitled **2141.001 - ARA - Defs Production**. This file prominently features the MSD18 sample. Defendants did not provide metadata or any other information about the provenance of this audio file, but based on deposition testimony from Kanye West, I understand that **Hurricane V1.mp3** is a demo version of Hurricane that likely pre-dates "listening party 1" (which adds trap hi-hats and other elements that are not present in **Hurricane V1.mp3**). So in the timeline above, I believe that **Hurricane V1.mp3** dates from between 2018 and July 22, 2021.

---

3 JB audio archive version is the permanent link to use for ongoing work, and is included here in case the YouTube source becomes unavailable.

4 At the time of writing, these live streams are available on the Internet Archive as complete video files of the entire performance. The links in the table above represent my downloaded versions, which excerpt the relevant sections.

## AUDIO SAMPLING

There is a clear unaltered sample of the first 12.17 seconds of MSD18 that plays throughout the duration of 80DEG18[5]. This is easily confirmed with visual tests, and cross-referenced with audio tests.

[Note: all statements about sample usage in 80DEG18 in this section *also* apply to sample usage in Defendant-supplied audio HURRICANEV1, which uses the same sample in the same way.]

### Test 1: Waveform visual comparison




The picture above shows the respective waveforms for MSD18 and 80DEG18, zoomed to show the first 60ms (6 hundredths of 1 sec) of the runtime of both works. We can see that the waveforms are visually identical. This 'sonic fingerprint' similarity is only possible where sampling is present; a recreation/interpolation (aka replayed sample) would not result in visual waveform similarity at this level of granularity.

[5] The sample usage of MSD18 in 80 Degrees is identical to the sample usage in defendant-supplied file **Hurricane V1.mp3**.

**Test 2: Spectrum visual comparison**

80DEG18



MSD18



Here, we see an example of a spectral map for a vertical excerpt of the audio, showing the first 5 seconds of each work, and (as an example) the bass and midrange part of the spectrum, up to around 4kHz. The four vertical bands on the left side of each picture represent the four-note walk-up bassline that we hear at the start of each work. It is obvious that the screenshots are identical, even including harmonic balance and transient decay.

**Test 3: Phase nulling (audio)**

When 80DEG18 and MSD18 are played simultaneously at exactly the same volume, and the phase is reversed between them, there is an audible reduction in volume with frequency cancellation artefacts. This result can only be achieved in the presence of untreated samples.

**Test 4: Subjective forensic listening (audio)**

To an expert listener, it is obvious that the musical and production characteristics are identical – I listened for reverb decay, synth timbre, bass microtiming, digital clipping, chord spread timing, and harmonic balance, and in each case the listening experience was identical between 0:00 and the point at which West's vocal enters.

<u>Summary: 80DEG18 features a sample of MSD18.</u>

## Part 2: HURRICANE21's interpolation of MSD18

The sample detection tests shown above were also undertaken on HURRICANE21, and provided a null result; that is to say, HURRICANE21 does not appear to contain a sample of the Sound Recording (SR) of MSD18.

Rather, HURRICANE21 contains a minimally adapted replay (interpolation) of the first four bars of HURRICANEV1 (and MSD18), while maintaining and featuring the same bass notes and chords, and proceeding throughout, dropping out for ~2sec at various times for the isolated "Don't let me down" unaccompanied vocal section, before re-entering. Of the 4:03 runtime of HURRICANE21, 100% consists of compositional material derived from MSD18.

### Fig. 1: MSD18 excerpt




The notation above represents a reduced score of the key compositional elements in MSD18. The bassline is played on an electric bass sound; the upper voices use various synth/strings sounds (with a vibraphone-like sound). The overall harmony created by the combination of chord/melody/bass instruments is described in the chord names.

### Fig. 2: MSD18 excerpt (annotated)




For clarity of terminology, I have highlighted the sections that I suggest are notable and distinctive in MSD18 – the sections that I believe would be recognizable to most listeners as being clearly an interpolation of MSD18 when they are replayed in HURRICANE21.

**Fig. 3: MSD18 v HURRICANE21 comparison**




Here, I have provided a note-for-note comparison of the musical elements of MSD18 and HURRICANE21. Red notes in the HURRICANE21 score (bottom) represent exact matches in terms of notes/chords and rhythmic alignment. Chords/notes marked in blue represent close-match notes (notes or chords that are harmonically equivalent to each other, and rhythmic matches within a 1-16th note of rhythmic alignment).

Although musicologists may differ slightly in their interpretation of 'equivalent' notes, or their approach to rhythmic tolerance, the extent of similarity between the works is so significant that it is, in my Opinion, musically impossible that this level of similarity could have arisen through coincidence aka Independent Creation. This is, of course, supported by the fact that Mr. Rahman, Mr. Seeff, Mr. Mease, and Mr. Barsh are credited as co-composers of HURRICANE21.

If Defendants wished to suggest that these subtle rhythmic changes of bassline in later versions could be significant enough to create a new, unrelated composition, I would disagree. The organ part in the interpolated version (as performed at Listening Party 2) does not contain this syncopation, but rather has the "on the beat" walkup from MSD18.

**Opinion:**

- HURRICANE21 contains a clear and obvious interpolation of MSD18, featuring a replayed sample of the first four bars of the earlier work, with slight variations of pitch and rhythm.
- In my Opinion, HURRICANE21 is derived from compositional elements of MSD18, built upon its foundational harmonic and melodic material.

**Fig. 4: HURRICANEV1 vs HURRICANE21**




In the notation above, I have highlighted in red the melodic similarities between HURRICANEV1 and the final HURRICANE21. The comparison demonstrates that HURRICANE21 clearly has the same melody as HURRICANEV1, with only subtle variations and minor lyric edits. This is important because any co-writer of HURRICANEV1 would also therefore be considered a co-writer of HURRICANE21, because (I understand that) under US copyright law it is not possible to attribute individual musical elements to individual co-writers in a Musical Work.[6]

**<u>Opinion: HURRICANE21 has the same vocal melody as HURRICANEV1</u>.**

[6] Under U.S. copyright law, when two or more authors intend their contributions to be merged into a single work, the result is considered a "joint work", and copyright vests indivisibly in all co-authors. This means that the law does not assign ownership of specific musical elements (e.g., melody, lyrics, harmony) to individual contributors. All co-authors share equal ownership in the complete musical work unless a written agreement states otherwise. See 17 U.S.C. § 101 (definition of "joint work") and 17 U.S.C. § 201(a) (ownership of joint works).

## Lyric comparison

Red text = exact match
Blue text = close similarity
Black text = dissimilarity

In the lyric table on the following pages, I have highlighted lyrics from 80DEG18 that appear in HURRICANE21. Clearly, the lyric was heavily revised between the creation of the earlier work and the later one, but there is sufficient unique lyric content for the source to be clear. I note that there are significant melodic similarities also, that show clearly that the source of the melody in HURRICANE21 is 80DEG18.

I have provided these lyric comparisons for context only; lyric copyright is not the primary infringement claim in this case, but the similarities shown here serve as corroborative evidence of melodic borrowing.

Opinion: lyric similarities support the hypothesis that part of the vocal topline of HURRICANE21 was adapted from 80DEG18

## Table 4: Lyric comparison of 80DEG18 and HURRICANE21

| 80DEG18 | HURRICANE21 |
|---|---|
| [Chorus]<br>Season's changing , summer starts to leave<br>Autumn falls on me, fall, Winter then Spring<br>80 Degrees, warm enough for me<br>I fell deep, sun ain't have the meaning<br>Open my heart to see, we will float over water<br>Leaning into shore, as we make our nirvana<br>Secrets are pure, lift up the child / I know we will<br><br>[Chorus]<br>I chose not to be a slave<br>Drop the wave runners now we run away<br>Like we ain't had all the hood rats and mud rats<br>[gibberish]<br>Nobody gon' ruin me<br>I just call my wife up [..] for free<br>I put all my ice up and my Louis V<br>I just got my mama crib I'm back over east<br>Let me get you ill like holy field<br>From the home I sowed your field come a home inside sowed your field<br>All that killin' over that's just overkill<br>Yeezy back in the shy this that Oprah feel<br><br>[Chorus]<br>Season's changing / Summer starts to leave<br>Autumn falls on me<br>Fall, Winter then Spring<br>80 Degrees, warm enough for me<br>I fell deep | [Chorus]<br>See this in 3D, all lights out for me<br>All lights out for me, lightning strikes the beach<br>80 degrees, warm it up for me<br>Finally free, found the God in me<br>And I want you to see, I can walk on water<br>Thousand miles from shore, I can float on the water<br>Father, hold me close, don't let me drown / I know you won't<br><br>[Verse 1]<br>Yeah, walkin' on the bridge, I threw my sins over the deep end<br>Sippin' 'til my stomach hurt, this month I done lost three friends<br>Early mornin', brainstormin', normally I can't sleep in<br>Sometimes I just wanna restart it, but it all depends<br>If I'ma be that same young, hungry — from West End<br>Wrote my hardest wrongs and the crazy part, I ain't have no pen<br>Maybach interior came with sheepskin<br>Still remember when I just had three bands<br>Now I'm the one everyone call on 'cause I got deep pants<br>Bro told me to wait to beat the game, it's only defense and<br>Never fazed by names that they might call me, but they gon' respect<br>And I feel like you better off tryin' to call<br>I might not get the message<br>She just tried to run off with my heart<br>But I blocked off the exit, yeah<br><br>[Vocal interlude]<br>Oh-oh, I know You won't (I know You won't)<br>I know You won't (oh, yeah, oh, yeah, yeah, yeah) |

| | |
|---|---|
| Sun ain't have the meaning<br>Open my heart to see<br>We will float over water<br>Leaning into shore<br>As we make our nirvana<br>Secrets are pure / Lift up the child<br><br>[Verse 2]<br>Botton line<br>I'm seein' through the mask of the fakes like we at the comic con<br>I point em out from time to time<br>Speakin of time me and my mom been getting closer<br>Either I took her for granted or didn't know her<br>Or is it I'm getting older<br>Or is it Lucas finally turning into Yoda<br>Only new beginnings no such thing as over<br>We shoulda just stayed friends and never opened up and needed closure<br>God . . . Give me directions like Noah<br>Not on a hopeless romantic shit<br>But I can't wait to see Ye get back with Hove<br>Look bitch<br>This the new chain in command<br>Might bring the power change back<br>Like me and Ye in Japan / Cudi back at it again<br>Push that shit to the end yeah / Just like it shoulda been<br>Nothin' but good energy around us<br>I knocked down the walls in my head<br>freed my mind up / I didn't chase the game hoe<br>I helped redesign it<br>Yeah goin' against us you need Elijah Mohamed<br>I'm so fuckin' conscious<br>That shit is my compass yeah yeah [Chorus repeat]<br><br>[Verse 3]<br>Who really loves me / Somebody loves me<br>Who really wants me / Who really cares about me<br>Said I remember when you let me buy my grandma's house<br>Yeah I remember when you let me buy my grandma's house<br>You ain't my n***a if you ain't never been in my grandma's house<br>This ain't real love if we ain't never fuck on my grandma's couch<br>Nobody loves me / Can't trust nobody<br>Don't want no fake n***a 'round me<br>Don't need nobody, yeah<br><br>[Chorus]<br>See I feel so free, cool light summer breeze<br>Cool light summer breeze, God's all over me<br>Like 80 Degrees, and when that hits the leaves<br>I feel so free, God's all over me<br>And the whole world can see, his love flows just like water<br>Love that overflows, nothing's too hard for God<br><br>Father hold me close, don't let me down / I know you won't | I know You won't<br>I know that You look over us (I know)<br>So we silently sleep<br>Bring down the rain, yeah, oh<br><br>[Verse 3]<br>Mm-mm-mm-mm-mm, I was out for self<br>Mm-mm-mm-mm-mm, I was up for sale, but I couldn't tell<br>God made it rain, the devil made it hail<br>Dropped out of school, but I'm that one at Yale<br>Made the best tracks and still went off the rail<br>Had to go down, down, down, this the new town, town, town<br>This the new ten, ten, ten, I'm goin' in, in, in<br>Here I go on a new trip, here I go actin' too lit<br>Here I go actin' too rich, here I go with a new chick<br>And I know what the truth is, still playin' after two kids<br>It's a lot to digest when your life always movin'<br>Architectural Digest, but I needed home improvement<br>Sixty-million-dollar home, never went home to it<br>Genius gone clueless, it's a whole lot to risk<br>Alcohol anonymous, who's the busiest loser?<br>Heated by the rumors, read into it too much<br>Fiendin' for some true love, ask Kim, "What do you love?"<br>Hard to find what the truth is, but the truth was that the truth suck<br>Always seem to do stuff, but this time it was too much<br>Mm-mm-mm-mm-mm, everybody so judgmental<br>Everybody so judgmental<br>Everybody hurts, but I don't judge rentals<br>Mm-mm-mm-mm-mm, it was all so simple<br><br>[Chorus]<br>I see you in 3D, the dawn is bright for me<br>No more dark for me, I know You're watchin' me<br>80 degrees, burnin' up the leaves<br>Finally, I'm free, finally, I'm free<br>As I go out to sea, I can walk on water<br>Won't you shine Your light? Demons stuck on my shoulder<br>Father, hold me close, don't let me drown / I know You won't |

# PART 2: MOON

Moon is a composition that interpolates, but does not audio-sample, sections of MSD18.

Below is a timeline, with links to media, of the evolution of MOON, from its first appearance at Listening Party 1, through to its final version on the Donda album, as released on 29 Aug 2021.

**Table 5: MOON interpolation timeline**

| Date | Event | Timestamp | Video link | Backup audio |
|---|---|---|---|---|
| **7/22/2021** | "Listening Party 1" Mercedes-Benz Stadium, Atlanta | 26:32-28:34 | Video file from Apple Music live stream | Video file JB cloud link |
| **8/5/2021** | "Listening Party 2" Mercedes-Benz Stadium, Atlanta | 03:54-06:45 | Video file from Apple Music live stream | Video file JB cloud link |
| **8/26/2021** | "Listening Party 3" Soldier Field, Chicago | 46:51-49:29 | Video file from Apple Music live stream | Video file JB cloud link |
| **08/29/2021** | "Donda" Official Album Release | 0:00-2:36 | Spotify audio from final album | audio file JB cloud link |

## Melodic Comparison

MOON21 contains melodic material that is derived from HURRICANE21. There are two points of melodic similarity in particular:

**Fig. 5: MOON21 v HURRICANE21 comparison (vocal phrase A)**




This comparison illustrates the first point of melodic similarity between the respective vocal toplines in MOON21 and HURRICANE21 for **vocal phrase A** "Warm it up for me / How can I get through". Exact matches of pitch and rhythm are highlighted in red, partial matches in blue, and black notation indicates no match. There are two exact matches between the phrases, and one partial match.

**Fig. 6: MOON21 v HURRICANE21 comparison (vocal phrase B)**




The notation above shows the second and most significant point of melodic similarity between the vocal toplines in MOON21 and HURRICANE21. Again, exact matches of pitch and rhythm are highlighted in red, partial matches in blue, and black notation indicates no match. There are five exact matches of pitch and rhythm, one partial match of pitch, and one exact harmonic match between the phrases. As the figure shows, the phrases share an almost identical pitch chain with only one point of difference (in the third measure of bar 1).

<u>Opinion:</u>
<u>HURRICANE21 and MOON21 are melodically extremely similar.</u>
<u>In my opinion, this similarity can only be ascribable to copying.</u>

The melodic similarities between MOON21 and HURRICANE21 support the conclusion that MOON21 is compositionally derived from HURRICANEV1. The comparative transcriptions above demonstrate that MOON21's vocal topline shares melodic material with HURRICANE21, which itself interpolates the distinctive harmonic and bassline material of MSD18 through its earlier iterations.

Given that HURRICANEV1 contains a direct sample of MSD18 and that HURRICANE21 preserves its compositional essence, it follows that MOON21 – by reproducing HURRICANE21's melodic material – should be considered a derivative work of HURRICANEV1 and, by extension, of MSD18.

**Fig. 7: MOON21 v HURRICANE21 et al.**




Fig. 7 compares MOON21 to all known earlier versions of HURRICANE. The comparative transcription demonstrates that MOON21 retains core melodic material present in HURRICANE21, which itself preserves the melodic material of HURRICANELP1 (the version of HURRICANE played at the first listening party on July 22, 2021), HURRICANEV1, and 80DEG18, thereby evidencing a clear compositional lineage from MSD18 through the successive HURRICANE versions to MOON21.

Of particular significance are the similarities between MOON21 and 80DEG18:

**Fig. 8: 80DEG18 v MOON21**




In Fig. 8 I have compared the topline melodies of MOON21 and 80DEG18. The two Works are nearly an exact match in pitch and rhythm; 80DEG18 and MOON21 share an identical pitch chain, with only one instance of rhythmic difference. The melodies' audible similarity is underscored by the similarity of their harmonic context: Gm7(add9) is an extended form of a G minor chord.

<u>Opinion: 80DEG18 and MOON21 share almost identical melodies</u>.

Given that each HURRICANE iteration contains protectable compositional elements of MSD18, MOON21's replication of melodic material common to all Hurricane versions – in particular 80DEG18 – necessarily imports those protectable elements, strengthening the inference of derivative work status under U.S. copyright law.

# PART 3: Quantitative Analysis and Apportionment

In this section, I will compare the runtimes (durations) of the parts of MSD18 that appear in the later versions, and the extent of the melodic parts of HURRICANE that are, in my opinion, interpolated in MOON. I have used MSD18 as the 100% earlier work (SR and MW[7]) for comparison. In the calculations below, I have used replicable arithmetic to ascertain how much, quantitatively, of MSD18 is used in the later Works, and how much it is used (i.e. how much of the later Works' runtime consists of material traceable back to MSD18).

Two methods have been used to calculate apportionment – runtime (number of seconds as a proportion of the total sound recording duration) and bar-based (number of bars as a proportion of the compositional duration of the work). These methods are intended to be a cross-check of each other, and to capture consistently and replicably the two copied elements – sound recording, and musical work.

I acknowledge that such 'slicing' of music is necessarily reductive, and not particularly representative of anyone's creative process.[8] However, this arithmetical approach has the advantage of being a replicable and defensible methodology for identifying 'how much' of an earlier work has been used in a later one, as an interpolation, and/or as a sample. It also cannot be assailed, as a methodology, by subjective arguments of the relative importance of one musical element compared to another.

My instruction as a musicologist is to quantify the extent of the compositional usage, using measurable and replicable methodologies, and not to factor in lyrics. Counsel has instructed me that an independent damages expert will be recommending 'publishing splits', and it is my understanding that the Musical Work apportionment will assume that lyrics represent an industry-typical 50% of a Musical Work's 'split'. I understand from counsel that plaintiff does not wish to claim any writing credit for West's lyrics, MSD18 being an instrumental work.

[7] Sound Recording and Musical Work, respectively.

[8] The same could be said of apportionment calculations ('songwriting splits') more generally – i.e. the % amounts agreed may not be precisely representative of the extent of each creative contribution.

## Timestamp analysis – HURRICANE

## Table 6: HURRICANE apportionment calculations - runtime

| Work | Length / download | Notes | Apportionment calculation - usage |
|---|---|---|---|
| **MSD18** | 1:01<br>https://joebennett.work/MSD18 | Plaintiff's original composition and sound recording | *[100% of Plaintiff's Sound Recording]*<br>*[100% of Plaintiff's Musical Work]* |
| **MSD18 (section)** | 12.17 seconds<br>https://joebennett.work/MSD18section | 4-bar section of MSD18 as used by West | **19.95% (audio)**<br>…of plaintiff's sound recording duration (4 bars of audio)<br>**100% (composition)**<br>i.e. all of plaintiff's Musical Work content [9] |
| **80DEG18** | 4:40<br>https://joebennett.work/80DEG21rip | Contains audio sample of MSD18.<br>Unreleased | **99.29% (audio)**<br>**100% (composition)**<br>…of 80DEG18's runtime consists of the MSD18 sample (it loops throughout, dropping out on "I know you won't" vocal for 2sec at the end) |
| **HURRICANEV1** | 4:15<br>https://joebennett.work/HURRICANEV1 | early demo of "Hurricane", provided by defendants;<br>Contains audio sample of MSD18.<br>Unreleased | **84.07% (audio)**<br>**100% (composition)**<br>MSD18 sample loops through most of HURRICANEv1; excluded only 1:52–2:04 (no sample) and 2:38–3:02 (interpolation-only section[10]), so 190 of 226 seconds sampled (84.07%). |
| **HURRICANELP1** | 3:46<br>https://joebennett.work/HURRICANELP1 | Listening Party 1; contains audio sample of MSD18 | **100% (audio and composition)**<br>This version runs at a tempo of 78.85BPM; I infer the unusual tempo is to accommodate the sample looping. |
| **HURRICANELP2** | 4:11<br>https://joebennett.work/HURRICANELP2 | Listening Party 2; contains compositional interpolation of MSD18 | **0% (audio)**<br>**100% (composition only)**<br>This version runs at a more conventional and industry-typical integer – 80BPM in this case. |
| **HURRICANELP3** | 4:08<br>https://joebennett.work/HURRICANELP3 | Listening Party 3; contains compositional interpolation of MSD18 | **0% (audio)**<br>**100% (composition only)**<br>Also 80BPM |
| **HURRICANE21** | 4:05<br>https://joebennett.work/HURRICANE21 | Donda album version; contains compositional interpolation of MSD18 | **0% (audio)**<br>**100% (composition)**<br>Harmonic/bassline interpolation derived from MSD18 loops through HURRICANE21. There are vocals-only gaps (0:36–0:45 and 3:52–4:03), lasting a total of 20sec, but these still follow the harmonic structure of MSD18 – that is, the chord loop is unbroken throughout. |

---

9 Because MSD18 contains repeated material, its entire composition is effectively represented in the sample. The 4-bar sample consists of the "Walk-up" previously discussed, as well as the Gm vamp section, before repeating. That is to say, there is no significant new material elsewhere in MSD18 (outside the sampled section) apart from some upper countermelodies on the outro between 0:42 and 0:55 and a single dissonant chord at 0:58, but even these are still underpinned by the same bassline that we hear in the sample.

10 At 2:38, the Gm chord 'vamp' continues, but the sample drops out; another synth and bass sound plays the harmonic material from the sample, creating a change in texture but using effectively the same compositional material as we hear in the sample. The 84.07% calculation above represents the usage of MSD18 *Sound Recording* in HURRICANEV1; the 100% represents the usage of the MSD18 *Musical Work* because it counts the interpolation section as an additional use of a section of the Musical Work.

## Table 7: HURRICANE apportionment calculations – bar-based

All versions of HURRICANE as performed at the three listening parties (LP1, LP2, LP3) contain interpolations of MSD18 *i.e.*, they contain musical compositional material that is, in my opinion, derived from MSD18. The LP1 version *also* contains a direct audio sample of MSD18 *i.e.*, it copies from the Sound Recording as well as the Musical Work.

| Work | Length | Notes | Total bars | Derivative bars | Apportionment calculation - usage |
|---|---|---|---|---|---|
| **HURRICANE (LP1)** | 3:46 | "Listening Party 1" Mercedes-Benz Stadium, Atlanta Audio sample of MSD18 throughout. | 75 | 75 | **100% (audio and composition)** Note – ambiguous mix at bars 39-41, where the sample does not loop fully, but appears to be treated with retriggering and pitch/speed effects for 2 bars. Close listening tests confirm the sample is present in each of these two bars. |
| **HURRICANE (LP2)** | 4:02 | "Listening Party 2" Mercedes-Benz Stadium, Atlanta. No audio sample. Interpolation throughout. | 82 | 82 | **100% (composition)** In this version, and from hereon, the sample is replaced with re-recorded synth and organ sounds, playing the same chord progression and bassline as MSD18, i.e. Dm \| Bbmaj7 \| Gm \| Gm \|, with the first bar of Dm including the 'walk-up' bass line, which in my opinion clearly identifies MSD18 as the source of the compositional material. Despite dynamic variations, such as drums dropping out at times, and choral moments "don't let me down", the core MSD18 loop is present throughout. |
| **HURRICANE (LP3)** | 4:08 | "Listening Party 3" Soldier Field, Chicago No audio sample. Interpolation throughout. | 80 | 80 | **100% (composition)** As with LP2, the MSD18 compositional content (chord progression and bassline) loops throughout. |
| **HURRICANE (release)** | 4:03 | "Donda" Official Album Release | 80 | 80 | **100% (composition)** As with LP2 and LP3, the MSD18 compositional content (chord progression and bassline) loops throughout. |

## Timestamp analysis – MOON

MOON exists in 4 versions, as described previously (table reproduced here for convenience):

### Table 8: MOON timeline (reproduced)

| Date | Event | Timestamp | Video link | Backup audio |
|---|---|---|---|---|
| **7/22/2021** | "Listening Party 1" Mercedes-Benz Stadium, Atlanta | 26:32-28:34 | Video file from Apple Music live stream | Video file JB cloud link |
| **8/5/2021** | "Listening Party 2" Mercedes-Benz Stadium, Atlanta | 03:54-06:45 | Video file from Apple Music live stream | Video file JB cloud link |
| **8/26/2021** | "Listening Party 3" Soldier Field, Chicago | 46:51-49:29 | Video file from Apple Music live stream | Video file JB cloud link |
| **08/29/2021** | "Donda" Official Album Release | 0:00-2:36 | Spotify audio from final album | audio file JB cloud link |

In the table below, I have calculated[11] the percentage of MOON's composition time that includes the melodic elements that are, in my opinion, derived from HURRICANE (the "Hurricane Melodies")[12]. My methodology here is to identify any bars in MOON in which West sings one of the melodic elements (of HURRICANE) previously identified. Any bar that contains these melodies is counted; any that contains no melodic material, or clearly different melodic material (from HURRICANE) is not counted.

### Table 9: MOON apportionment calculations – bar-based

| Work | Length | Notes | Total bars | Derivative bars | Apportionment calculation - usage |
|---|---|---|---|---|---|
| **MOON (LP1)** | 2:02 | "Listening Party 1" Mercedes-Benz Stadium, Atlanta | 40 | 40 | **100% (composition)** |
| **MOON (LP2)** | 2:51 | "Listening Party 2" Mercedes-Benz Stadium, Atlanta | 56 | 20 | **38% (composition)** West includes a long middle section that contains new melodic elements which, while they are arguable variations of the Hurricane Melodies, are in my view sufficiently dissimilar to be considered new and different melodic material. |
| **MOON (LP3)** | 2:38 | "Listening Party 3" Soldier Field, Chicago | 52 | 43 | **83% (composition)** |
| **MOON (release)** | 2:36 | "Donda" Official Album Release | 52 | 27 | **52% (composition)** Similarly to the LP2 version, West includes a long middle section which contains new, or heavily adapted, melodic material. I have not included these bars as a match. |

[11] Rounded to the nearest integer.
[12] Specifically, the melodic lines that are, respectively, "I wanna go to the Moon…" and "how can I get through", sung in falsetto. These are used sometimes on their own, and sometimes as backing vocals along with another part. Wherever they are audible in the mix in a single bar, I have counted this as a match.

## Credits research: HURRICANE21

### Fig. 9: screenshot of Donda liner notes composer credits for HURRICANE21



5 Hurricane
Kanye West

PRODUCER
88-Keys, BoogzDaBeast, Cirkut, DJ Khalil, Kanye West, Mike Dean, Nascent, Ojivolta, Ronny J

COMPOSER
Abel "The Weeknd" Tesfaye, Charles Njapa, Christopher Ruelas, Daniel Seeff, Dominque Armani Jones, Henry Walter, Jahmal Gwin, Josh Mease, Kanye West, Khalil Abdul-Rahman, Mark Mbogo, Mark Williams, Mike Dean, Raul Cubina, Ronald Oneil Spence, Jr., Sam Barsh

LYRICIST
Abel "The Weeknd" Tesfaye, Charles Njapa, Christopher Ruelas, Daniel Seeff, Dominque Armani Jones, Henry Walter, Jahmal Gwin, Josh Mease, Kanye West, Khalil Abdul-Rahman, Mark Mbogo, Mark Williams, Mike Dean, Raul Cubina, Ronald Oneil Spence, Jr., Sam Barsh

Khalil Abdul-Rahman (DJ Khalil) is listed as a songwriter and producer on **HURRICANE21** in *Donda*'s liner notes on tidal.com. Daniel Seeff, Josh Mease, and Sam Barsh are listed as songwriters on tidal.com. Genius.com notes that **HURRICANE21** has seen dozens of unreleased versions. **HURRICANE21** is the song from *Donda* with the longest gestation; it was originally intended for an eventually-scrapped album entitled *Yandhi*.

Additionally, Mr Abdul-Rahman, Daniel Seeff, Josh Mease, and Sam Barsh are listed on the copyright registration for HURRICANE21 (registration PA0002516791 pdf).

I offer the view that Defendants clearly believe DJ Khalil, Mr. Seeff, Mr. Mease, and Mr. Barsh to be co-composers of HURRICANE21, as shown in these liner notes credits.

**Fig. 10: screenshot of Donda liner notes composer credits for MOON21**




Khalil Abdul-Rahman Hazzard (DJ Khalil) is listed as a songwriter and producer on **MOON21** in *Donda*'s liner notes on tidal.com.

I offer the view that Defendants clearly believe DJ Khalil to be a co-composer of MOON21, as shown in these liner notes credits.

I note that a US Copyright Office search for "Moon" at copyright.gov does not produce a matching record with either "Khalil Abdul-Rahman" or "Kanye West". I could not locate a musical work ("PA" code) registration for Moon.

## Summary

This Report represents my findings in analyzing the relationship between MSD18, HURRICANEV1, HURRICANE21, and MOON21, and concludes as follows:

- 80DEG18 uses an audio sample of MSD18 (throughout)
- HURRICANEV1 uses an audio sample of MSD18 (throughout)
- HURRICANE21 contains an interpolation of MSD18 (throughout)
- MOON21 is a derivative work of HURRICANE and therefore of 80DEG18

Prof Joe Bennett PhD

Joe Bennett Music Services

**Qualifications and experience**

Dr Joe Bennett (Berklee College of Music) has been analyzing and transcribing popular music for international publication since 1994. He has written more than 30 books, including transcription, teaching and reference works (published worldwide by Music Sales Group), and more than 300 articles for Total Guitar magazine and others, relating to classic songs, guitar techniques and songwriting. He is a writer member of PRS for Music and ASCAP, an academic member of the International Association for the Study of Popular Music (IASPM) and the American Musicological Society, and an associate of the Audio Engineering Society and the American Bar Association.

As an academic researcher, Joe's primary area of expertise is the psychology of songwriting and similarity thresholds in popular songs; at Berklee he teaches forensic musicology analysis techniques. His PhD research (University of Surrey, UK) was entitled '*Constraint, Creativity, Copyright and Collaboration in Popular Songwriting Teams*' and it provided the world's first detailed systematic investigation into collaborative songwriters' creative processes. He has published widely, including peer-reviewed research about song analysis and music copyright infringement[13]. Joe was awarded a National Teaching Fellowship (NTF) in 2004 by the UK Higher Education Academy in recognition of his contribution to the teaching and learning of popular music. He is a Fellow of the Higher Education Academy, a peer reviewer for Bloomsbury Publishing, Oxford University Press and IASPM, and a PhD examiner specializing in songwriting creativity.

As a forensic musicologist, Joe's past clients include Universal Music Publishing, Warner/Chappell Music Publishing, APG, 88Rising, DLMDD, JWT, BBH, Loeb & Loeb LLP, Simpson & Marwick LLP, Edwards Wildman Palmer LLP, Swan Turton LLP, and Weber Shandwick, as well as many individual songwriters, publishers, record labels and corporate clients. Recent US litigation includes Hines v. W Chappell Music Corp (SDNY, 2021), Third Side v Evenflo (Ohio, 2023) / Payne v Woods (Louisiana, 2023). Academic presentations include Oxford University, Cambridge University, Berklee College of Music, NYU, and The Copyright Society. Media interviews include The New York Times, The Economist, Rolling Stone, Billboard, NPR, The LA Times, BBC TV, BBC radio, MTV, CNN, Discovery Channel, The Daily Telegraph, and The Guardian. Joe currently co-presents the show "Midnight Musicology with Dr Beat" on BBC national radio[14]. He is listed on the UK Music Publishers' Association's Register of Expert Witness Musicologists and the American Musicological Society's database of forensic musicologists. [15]

---

[13] https://joebennett.net/publications/

[14] https://joebennett.net/5live

[15] https://www.amsmusicology.org/page/ForensicMusicology

**Selected publications and presentations:**

"We Can Work It Out: Forensic Musicology Methods." In *Music Borrowing and Copyright Law*, edited by Chen Zhu and Enrico Bonadio. Hart/Bloomsbury, 2023.

Bennett, Joe and O'Connor, Sean. "Determining The Composition: case studies of contemporary songwriters' creativity". In *The Oxford Handbook of Music Law and Policy.* Edited by Sean M O'Connor. Oxford University Press. Forthcoming, 2021.

"Wrongful Appropriation and Copyrightability in Music Copyright". Joe Bennett and Wendy Gordon. *Works-in-Progress Intellectual Property (WIPIP) Colloquium*, Boston University School of Law, February 2017.

"I Hate These Blurred Lines: The Intrinsic Test In Music Copyright Disputes". Joe Bennett and Wendy Gordon. The 11th Art of Record Production Conference, Aalborg University, Denmark, December 2016.

"Where is creativity? Locating intellectual property in collaborative songwriting and production processes." In *International Association for the Study of Popular Music (IASPM) UK & Ireland,* University College Cork, 12-14 Sept 2014.

"Who Writes the Songs? Creative Practice and Intellectual Property in Popular Music's Digital Production Chain." In *Creativity, Circulation and Copyright: Sonic and Visual Media in the Digital Age*, CRASSH Centre For Research In The Arts, Social Sciences And Humanities. Cambridge University 28-29 March 2014

"Forensic Musicology: approaches and challenges." In *The Timeline Never Lies: Audio Engineers Aiding Forensic Investigators in Cases of Suspected Music Piracy.* Presented at the International Audio Engineering Society Convention. New York, USA, October 2013.

"Two Worlds Collide: originality and plagiarism in songwriting". International Association for the Study of Popular Music (IASPM) conference, Gijon, Spain, June 2013.

"Applying Melodic Analysis to Infer the Extent of Plagiarism in Popular Song Authorship Disputes." Popular Music Analysis (PopMAC) conference, University of Liverpool, July 2013.

"Constraint, Collaboration and Creativity in Popular Songwriting Teams." In *The Act of Musical Composition: Studies in the Creative Process*, David Collins (ed), 139–169. Studies in The Psychology of Music. Ashgate, 2012.

"Collaborative Songwriting – the Ontology of Negotiated Creativity in Popular Music Studio Practice." *Journal on the Art of Record Production #5*, 2011.

# APPENDIX I: clarifying versions

I have below provided a clarification of which files are the same, and which are different, in response to a specific question from counsel.

*ARA00001, ARA002819, and ARA004289 are all derived from the same audio file (MSD18 in report), with minor differences.*

**ARA00001 v ARA002819:** ***Level of Identicality: >99%***

Notes:

- ARA002819 truncated by ~0.051 seconds at beginning, truncated by ~0.033 seconds at end
- Excess noise between the tracks post-nulling likely due to differing file formats (mp3 v aiff), prod./mastering, compression

**ARA002819 v ARA004289:** ***Chance of Identicality: 100%***

Notes:
Complete cancellation successful; both files are also exactly 1:01:146 in runtime