

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ARTIST REVENUE ADVOCATES, LLC,

        Plaintiff,

vs.

KANYE OMARI WEST a/k/a "YE;" *et al.*,

        Defendants.

Case No.: 2:24-cv-06018 MWC (BFMx)

Hon. Michelle Williams Court

**[PROPOSED] STATEMENT OF THE CASE**

FPTC Date:     April 3, 2026
Time:          1:30 p.m.
Courtroom:    6A

Action Filed:   July 17, 2024
Disc. Cutoff:   December 15, 2025
Trial:         April 20, 2026

1

Plaintiff Artist Revenue Advocates, LLC ("Plaintiff" or "ARA"), and Defendants Kanye Omari West a/k/a "Ye," Getting Out Our Dreams, Inc. a/k/a G.O.O.D. Music, Getting Out Our Dreams II, LLC, Yeezy LLC, Yeezy Supply LLC, and Ox Paha Inc. f/k/a Mascotte Holdings, Inc. (collectively, "Defendants"), respectfully submit this Joint Statement of the Case.

Plaintiff contends that tThe parties dispute which issues remain in the case due to the pending motion for reconsideration. The statement of the case is written assuming, *arguendo*, that the pending motion for reconsideration is denied. If the pending motion for reconsideration is granted, there will need to be a revised statement of the case.

**Formatted:** Font: (Default) Times New Roman, 14 pt, Italic, Highlight

**Formatted:** Font: (Default) Times New Roman, 14 pt, Highlight

[PROPOSED] STATEMENT OF THE CASE

**Proposed Statement of the Case**

Plaintiff ARA ~~is a limited liability company and~~ claims to be the ~~owner~~assignee of the sound recording copyright in "MSD PT2" (the "Work"). The Work was allegedly created in 2018 by four artists: Khalil Abdul-Rahman (p/k/a DJ Khalil), Sam Barsh, Dan Seeff, and Josh Mease (collectively, the "Artists"). DJ Khalil recorded and mixed the sound recording and claims to be the original owner of the sound recording.

In 2018, DJ Khalil provided the Work to a producer, who in turn provided the Work to Defendants. That same year, the producer provided DJ Khalil a demo that Defendants created that incorporated the Work. The demo and other early demos were given the title "*80 Degrees*." ~~Another v~~Versions of *80 Degrees* ~~was~~were leaked multiple times between 2018 and 2021 ~~in a 2018 fan video~~. Eventually, newer iterations ~~of track~~ were re-titled *Hurricane*.

On July 22, 2021, Defendants held a pre-album-release event referred to as a listening party. During the listening party, Defendants performed several songs from the upcoming album *Donda*, including *Hurricane*. ~~The version of *Hurricane* played at the listening party incorporated the Work.~~

~~In this lawsuit,~~ ARA claims that Defendants have infringed Plaintiff's copyright in and to the Work in various ways, including by substantially copying, creating derivative works without license, and publicly performing, ~~or authorizing the copying, creation of derivative works, and public performances of~~ the Work ~~at live concerts, personal appearances~~, and otherwise.

~~; by authorizing the reproduction, distribution, and sale of the records, digital downloads, and streaming through the execution of licenses, and/or actually selling, manufacturing, and/or distributing the Work through various sources and outlets; and by substantially copying, creating derivative works, and related marketing and promotion of the sale of the records, videos, downloads, streams, tickets to concerts~~

and other where infringing works were played. Defendants deny ARA's claim of copyright infringement. —Instead, Defendants claim they had either express permission to use the Work via either an express oral license, or, at a minimum, implied permission to use the Work via an implied license. Alternatively, Defendants contend that they were joint authors in that all parties intended to create a joint work. Defendants also assert several other defenses, such as that the author of the copyright did not assign it to ARA, that the authors abandoned their copyright, and that the sounds created by the authors are basic instrumental building blocks that are not subject to copyright protection.

ARA has claimed that it is entitled to damages pursuant to applicable law. ARA seeks disgorgement of Defendants' profits attributable to Defendants' infringement of Plaintiff's copyright in and to the Work. —Defendants contend the four Aartists have already been compensated because they have received royalties and already received songwriting credit, and because any infringement did not create profit due to significant costs.

Plaintiff ARA claims to be the owner of the copyright in a sound recording entitled "MSD PT2" (the "Work"). The Work was created in 2018 by four artists: Khalil Abdul Rahman (p/k/a DJ Khalil), Sam Barsh, Dan Seeff, and Josh Mease (collectively, the "Artists"). DJ Khalil recorded and mixed the sound recording and claims to be the original owner of the sound recording.

In 2018, DJ Khalil provided the Work to a producer, who in turn provided the Work to Defendants. That same year, the producer provided DJ Khalil a demo that Defendants created that incorporated the Work. The demo and other early demos were given the title "*80 Degrees*." Versions of *80 Degrees* were leaked multiple times between 2018 and 2021. Eventually, newer iterations were re-titled *Hurricane*.

[PROPOSED] STATEMENT OF THE CASE

On July 22, 2021, Defendants held a pre-album-release event referred to as a listening party. During the listening party, Defendants performed several songs from the upcoming album *Donda*, including *Hurricane*. The version of *Hurricane* played at the listening party incorporated the Work.

ARA claims that Defendants have infringed Plaintiff's copyright in and to the Work in various ways, including by substantially copying, creating derivative works without license, and publicly performing, the Work, and otherwise.

Defendants deny ARA's claim of copyright infringement. Instead, Defendants claim they had either express permission to use the Work via either an express oral license, or, at a minimum, implied permission to use the Work via an implied license. Defendants also assert several other defenses.

ARA has claimed that it is entitled to damages pursuant to applicable law. ARA seeks disgorgement of Defendants' profits attributable to Defendants' infringement of Plaintiff's copyright in and to the Work. Defendants contend the four Artists have already been compensated because they have received royalties and already received songwriting credit, and because any infringement did not create profit due to significant costs.

5

DATED: March __, 2026                RUSS, AUGUST & KABAT


By: _____
    Irene Y. Lee
    Attorneys for Plaintiff Artist
    Revenue Advocates, LLC


Dated:  April 3, 2026                **MARTORELL LAW APC**
By: /s/ Eduardo Martorell
    Eduardo Martorell
    Christopher A. Rosario
    Evan Miller
    *Attorneys for Defendants*

6

[PROPOSED] STATEMENT OF THE CASE

**CERTIFICATE OF SERVICE**

I certify that counsel of record who are deemed to have consented to electronic service are being served on April 3, 2026~~March 20, 2026~~, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel will be served by electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

*Rosie Rodriguez*
Rosie Rodriguez