RUSS, AUGUST & KABAT
Irene Y. Lee, State Bar No. 213625
ilee@raklaw.com
Nathan D. Meyer, State Bar No. 239850
nmeyer@raklaw.com
Sarah Wang (*admitted pro hac vice*)
swang@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:   (310) 826-7474
Facsimile:   (310) 979-8268

Attorneys for Plaintiff
ARTIST REVENUE ADVOCATES, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA –WESTERN DIVISION

| ARTIST REVENUE ADVOCATES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>KANYE OMARI WEST a/k/a "YE;" GETTING OUT OUR DREAMS, INC. a/k/a G.O.O.D. MUSIC, a California corporation; GETTING OUT OUR DREAMS II, LLC, a Delaware limited liability company; YEEZY LLC, a Delaware limited liability company; YEEZY SUPPLY LLC, a Delaware limited liability company; OX PAHA INC. f/k/a MASCOTTE HOLDINGS, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; UNIVERSAL MUSIC CORP., a Delaware corporation; UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; KANO COMPUTING LIMITED, a United Kingdom private limited company; ALEXANDER NELSON KLEIN, an individual; ASHDUST LLP, a Delaware limited liability partnership; STEMPLAYER LTD, a United Kingdom private limited company; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:24-CV-06018-MWC-BFMx<br><br>[Assigned to The Honorable Michelle W. Court, Courtroom 6A]<br><br>**PLAINTIFF ARTIST REVENUE ADVOCATES, LLC'S AMENDED TRIAL WITNESS LIST**<br><br>Trial: May 4, 2026<br>Final Pretrial Conf: April 3, 2026<br><br>Original Complaint Filed:<br>     July 17, 2024 |
| --- | --- |

260430 ARA Witness List.docx

1

Plaintiff Artist Revenue Advocates hereby submits its amended witness list, adjusting for the 10 hour limit of the Court.  The amended list does not add witnesses that do not appear on either side's initial list.  Stars (*) indicate may call witnesses, and no time estimates are provided for those witnesses.

| Witness's Name,* Phone Number, Address | Summary of Testimony/ Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Bania, Doug, c/o Plaintiff's counsel | Plaintiff's damages expert, will testify to monetary damages. | 1.5 | | |
| Barsh, Sam, c/o Plaintiff's counsel | One of the Artists, will testify to work creation and lack of license. | 0.5 | | |
| Bennett, Dr. Joe, c/o Plaintiff's counsel | Plaintiff's musicology expert | 0.75 | | |
| Johnson, Greg, c/o Plaintiff's counsel | Communications with Ye defendants | 1 | | |
| Monts, Britt, c/o Plaintiff's counsel | Principal of Plaintiff, will testify to standing | 0.5 | | |

RUSS, AUGUST & KABAT

260430 ARA Witness List.docx

PLAINTIFF ARTIST REVENUE ADVOCATES, LLC'S AMENDED TRIAL WITNESS LIST

RUSS, AUGUST & KABAT

| | | | | |
|---|---|---|---|---|
| *Eames, Michael, c/o Plaintiff's counsel | Will testify to authorization to copyright agreement | | | |
| Greene, Kevin, c/o Plaintiff's counsel | Plaintiff's music industry expert, will testify to custom and practice and causal nexus | 1 | | |
| *Jenkins, James, c/o Plaintiff's counsel | Plaintiff's genre music practices expert | | | |
| Rahman, Khalil Abdul, c/o Plaintiff's counsel | One of the Artists, will testify to work creation and lack of license. | 0.75 | | |
| Seeff, Daniel, c/o Plaintiff's counsel | One of the Artists, will testify to work creation and lack of license. | 0.75 | | |
| Ye, f/k/a Kanye West | Principal of Defendants | 0.75 | | |
| *Debra Wise c/o Plaintiff's counsel | Communications with Ye representatives. | | | |

260430 ARA Witness List.docx

3

| *Karre, Joseph, c/o Defense counsel | Defendants' royalty accountant | | | |
|---|---|---|---|---|
| *Yiannopoulos, Milo, c/o Defense counsel | 30(b)(6) of Defendants | | | |
| *Mease, Josh, c/o Plaintiff's counsel | One of the artists. | | | |
| Cross/redirect of anticipated witnesses called by Defendants, May call testimony of Plaintiff | | | 2.5 | |

DATED: April 30, 2026                    RUSS, AUGUST & KABAT


By:  /s/ *Nathan D. Meyer*
    Nathan D. Meyer
    Attorneys for Plaintiff Artist
    Revenue Advocates, LLC

260430 ARA Witness List.docx

4

**PLAINTIFF ARTIST REVENUE ADVOCATES, LLC'S AMENDED TRIAL WITNESS LIST**

RUSS, AUGUST & KABAT

**CERTIFICATE OF SERVICE**

I certify that counsel of record who are deemed to have consented to electronic service are being served on April 30, 2026, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel will be served by electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

/s/    *Nathan D. Meyer*

RUSS, AUGUST & KABAT

260430 ARA Witness List.docx

5