**MARTORELL LAW APC**
Eduardo Martorell, State Bar No. 240027
EMartorell@Martorell-Law.com
Christopher Rosario, State Bar No. 326436
CRosario@Martorell-Law.com
Evan Miller, State Bar No. 336473
EMiller@Martorell-Law.com
Playa District
6100 Center Drive, Suite 1130
Los Angeles, CA 90045
Telephone: (323) 840-1200
Facsimile: (323) 840-1300

Attorneys for Defendants Ye f/k/a KANYE OMARI WEST; GETTING OUT OUR DREAMS, INC.; GETTING OUT OUR DREAMS II, LLC; YEEZY LLC; YEEZY SUPPLY LLC; and OX PAHA INC. f/k/a MASCOTTE HOLDINGS, INC.

MARTORELL LAW APC
Litigation & Trial Counsel

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIST REVENUE ADVOCATES, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KANYE OMARI WEST a/k/a "YE;" *et al.*,<br><br>　　　　　Defendants. | Case No.: 2:24-cv-06018 MWC (BFMx)<br><br>Hon. Michelle Williams Court<br><br>**DEFENDANTS' _FIRST AMENDED_ WITNESS LIST**<br><br>FPTC Date:　　April 3, 2026<br>Time:　　　　 1:30 p.m.<br>Courtroom:　　6A<br><br>Action Filed:　July 17, 2024<br>Disc. Cutoff:　December 15, 2025<br>Trial:　　　　April 20, 2026 |

Pursuant to the Section II.B.2 of the Court's Amended Trial Order (ECF 71) and Civil Local Rule 16-5, Defendants KANYE OMARI WEST a/k/a YE, GETTING OUT OUR DREAMS, INC. a/k/a G.O.O.D. MUSIC, GETTING OUT OUR DREAMS II, LLC, YEEZY LLC, YEEZY SUPPLY LLC, and OX PAHA INC. f/k/a MASCOTTE HOLDINGS, INC. ("Defendants") respectfully submit this Witness List.  Stars (*) indicate witnesses that may be called if time permits.

| Witness's Name, Phone Number, Address | Summary of Testimony/ Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Khalil Abdul Rahman Available via Plaintiff's counsel | Creation of MSD PT2; Publishing Agreements with UMPG; royalty collection; knowledge of allegedly infringing uses; splits negotiations; distribution of MSD PT2; transfer of copyright | 2.0 | | |
| Sam Barsh Available via Plaintiff's counsel | Creation of MSD PT2; Publishing Agreements with HH Music and PEN Music; royalty collection; knowledge of allegedly infringing uses; splits negotiations; transfer of copyright | 1.0 | | |
| Dan Seeff Available via Plaintiff's counsel | Creation of MSD PT2; Publishing Agreements with HH Music and PEN Music; royalty collection; knowledge | 2.0 | | |

DEFENDANTS' *FIRST AMENDED* WITNESS LIST

MARTORELL LAW APC
Litigation & Trial Counsel

MARTORELL LAW APC

Litigation & Trial Counsel

| | | | | |
|---|---|---|---|---|
| | of allegedly infringing uses; splits negotiations; transfer of copyright | | | |
| Josh Mease Available via Plaintiff's counsel | Creation of MSD PT2; oral/implied publishing agreement with PEN Music; royalty collection; knowledge of allegedly infringing uses; splits negotiations; transfer of copyright | 1.0 | | |
| Greg Johnson Available via Plaintiff's counsel | Formation and operation of ARA; Management of Rahman, Barsh, Seeff, Mease; operation of HH Music; agreements with PEN Music; royalty collection; knowledge of allegedly infringing uses; splits negotiations; relationship with expert J. Jenkins; transfer of copyright | 1.5 | | |
| Michael Eames Available via Plaintiff's counsel | Administration of Barsh, Seeff, Mease copyrights; operation of PEN Music; agreements with HH Music; royalty registrations; royalty collections; splits negotiations; industry customs and standards; transfer of copyright | 1.5 | | |

2

**DEFENDANTS' _FIRST AMENDED_ WITNESS LIST**

MARTORELL LAW APC

Litigation & Trial Counsel

| | | | | |
|---|---|---|---|---|
| Britt Monts Available via Plaintiff's counsel | Formation, operation, and membership of Plaintiff ARA; royalty collections; transfer of copyright | 1.0 | | |
| Representative from Former UMG Defendants[1] Available via counsel for former UMG Defendants | Administration of Rahman copyrights; royalty collections; industry customs and standards; produced royalty statements; apportionment; physical and digital sales | 0.2 | | |
| Joseph Karre Available via Defendants' counsel | Costs attributable to *Donda* album, *Hurricane* and *Moon*; royalty collections; industry customs and standards; produced royalty statements; authentication of documents; physical and digital sales expert opinions | 1.0 | | |
| Milo Yiannopoulos Available via Defendants' counsel | Operation of Defendants; relationship between Defendants; authentication of documents | 1.5 | | |
| Ye Available via Defendants' counsel | Creation of *Hurricane* and *Moon*; split negotiations; industry customs and standards | 1.0 | | |
| Representative from Docusign, Inc. 7801 Folsom Blvd | Timing of Docusign signatures concerning Plaintiff ARA's | 0.2 | | |

[1] The former UMG Defendants are comprised of UMG Recordings, Inc., a Delaware corporation; Universal Music Corp., a Delaware corporation; and, Universal Music Group, Inc., a Delaware corporation.

3

**DEFENDANTS' *FIRST AMENDED* WITNESS LIST**

MARTORELL LAW APC

Litigation & Trial Counsel

| | | | | |
|---|---|---|---|---|
| Ste 202, Sacramento, CA 95826-2620 | Operating Agreement and the purported copyright transfer | | | |
| Representative from Apple Currently unknown [subpoenaed by Plaintiff] | Agreements with Defendants concerning listening parties; distribution of any revenues; factors contributing to consumer behavior; marketing | 0.1 | | |
| Professor Joe Bennett* Available via Plaintiff's counsel | Opinions in initial and rebuttal report | | 0.5 | |
| Professor Kevin Greene* Available via Plaintiff's counsel | Opinions in initial and rebuttal report | | 0.5 | |
| Doug Bania* Available via Plaintiff's counsel | Opinions in initial and rebuttal report | | 0.5 | |
| James Jenkins* Available via Plaintiff's counsel | Opinions in rebuttal report | | 0.5 | |
| Judith Finell* Available via Plaintiff's counsel | Opinions in rebuttal report | | 0.5 | |
| DeAndre "Free" Maiden* 3 Golden Valley Dr., North Brunswick, NJ 08902-4846 | Creation of *Hurricane* and *Moon*; split negotiations; industry customs and standards | 0.2 | | |
| Jahmal Gwin p/k/a "BoogzDaBeast"* 10153 ½ Riverside Drive 329, Toluca Lake, CA 91602 | Creation of *Hurricane* and *Moon*; split negotiations; industry customs and standards | 0.2 | | |

4

**DEFENDANTS' _FIRST AMENDED_ WITNESS LIST**

| | | | | |
|---|---|---|---|---|
| Christopher Ruelas a/k/a Nascent* | Knowledge of allegedly infringing uses; splits negotiations; distribution of MSD PT2 | 0.5 | | |
| Ciarra Reed* | Split negotiations; industry customs and standards | 0.5 | | |
| Charles Misodi Njapa aka 88-Keys* | Creation of *Hurricane* and *Moon*; split negotiations; industry customs and standards | 0.1 | | |
| Nasir Pemberton aka Digital Nas* e: dn@diginalnas.com a: Digital Nas LLC 3355 Lenox Rd. STE 750 Atlanta, GA 30326 | Creation of *Hurricane* and *Moon*; split negotiations; industry customs and standards | 0.1 | | |
| Sal York* | Creation of *Hurricane* and *Moon*; split negotiations; industry customs and standards | 0.1 | | |
| Jeff Gandel* | Creation of *Hurricane* and *Moon*; split negotiations; industry customs and standards | 0.1 | | |
| Representative from Balenciaga America, Inc.* Currently unknown [subpoenaed by Plaintiff] | Agreements with Defendants; distribution of any revenues; costs to create and sell merchandise; factors contributing to consumer behavior; marketing | 0.1 | | |
| Representative from Gap, Inc.* Currently unknown | Agreements with Defendants; distribution of any | 0.1 | | |

5

**DEFENDANTS' *FIRST AMENDED* WITNESS LIST**

MARTORELL LAW APC
Litigation & Trial Counsel

| [subpoenaed by Plaintiff] | revenues; costs to create and sell merchandise; factors contributing to consumer behavior; marketing | | | |
|---|---|---|---|---|
| Representative from Bravado International Group* Currently unknown [subpoenaed by Plaintiff] | Agreements with Defendants; distribution of any revenues; costs to sell tickets; factors contributing to consumer behavior; marketing | 0.1 | | |
| Representative from Sony Publishing* Currently unknown [subpoenaed by Plaintiff] | Agreements with Defendants; distribution of any royalties; industry customs and standards | 0.1 | | |

Dated:  May 1, 2026

**MARTORELL LAW APC**

By: ___/s/ Eduardo Martorell___
Eduardo Martorell
Christopher A. Rosario
Evan Miller
*Attorneys for Defendants*
Ye f/k/a KANYE OMARI WEST; GETTING OUT OUR DREAMS, INC.; GETTING OUT OUR DREAMS II, LLC; YEEZY LLC; YEEZY SUPPLY LLC; and OX PAHA INC. f/k/a MASCOTTE HOLDINGS, INC.

MARTORELL LAW APC
Litigation & Trial Counsel

6

**DEFENDANTS' *FIRST AMENDED* WITNESS LIST**