# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA –WESTERN DIVISION

ARTIST REVENUE ADVOCATES, LLC,

                Plaintiff,

vs.

KANYE OMARI WEST a/k/a "YE;" GETTING OUT OUR DREAMS, INC. a/k/a G.O.O.D. MUSIC, a California corporation; GETTING OUT OUR DREAMS II, LLC, a Delaware limited liability company; YEEZY LLC, a Delaware limited liability company; YEEZY SUPPLY LLC, a Delaware limited liability company; OX PAHA INC. f/k/a MASCOTTE HOLDINGS, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; UNIVERSAL MUSIC CORP., a Delaware corporation; UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; KANO COMPUTING LIMITED, a United Kingdom private limited company; ALEXANDER NELSON KLEIN, an individual; ASHDUST LLP, a Delaware limited liability partnership; STEMPLAYER LTD, a United Kingdom private limited company; and DOES 1 through 10,

                Defendants.

Case No. 2:24-CV-06018-MWC-BFMx

[Assigned to The Honorable Michelle W. Court, Courtroom 6A]

**ORDER GRANTING PLAINTIFF ARTIST REVENUE ADVOCATES, LLC'S REQUEST FOR DISMISSAL OF CERTAIN DEFENDANTS (DKT. 299)**

Trial: May 4, 2026
Final Pretrial Conf: April 3, 2026

Original Complaint Filed:
        July 17, 2024

Having read Plaintiff Artist Revenue Advocates, LLC's ("Plaintiff") Request for Dismissal of Certain Defendants ("Request"), the Court **GRANTS** the Request. The Court **ORDERS** that:

1. Getting Out Our Dreams, Inc. a/k/a Good Music and Getting Out Our Dreams II, LLC ("Composition Defendants") are **DISMISSED WITH PREJUDICE** on all claims.

2. Subject to Ninth Circuit jurisdictional limitations, Plaintiff reserves its right to appeal the Court's February 26, 2026, Order granting partial summary judgment, as well as the Court's April 1, 2026, Order denying reconsideration, as to all Defendants, including the Composition Defendants.  Plaintiff seeks dismissal to create a final judgment against the Composition Defendants.

3. Defendants may submit a proposed form of final judgment within ten days of the Court's order granting this Request.

4. Each party shall bear its own costs and fees incurred to date.

5. All other Defendants remain.

**IT IS SO ORDERED.**

DATED: May 7, 2026

Hon. Michelle Williams Court
United States District Judge