Artist Revenue Advocates, LLC v. Kanye Omari West *et al.*
2:24-cv-06018-MWC-BFM

**We answer the questions submitted to us as follows:**

**1.  Ownership of Sound Recording Copyright**

Has Plaintiff Artist Revenue Advocates, LLC proven that it owns a valid copyright in the sound recording MSD PT2?

☐ Yes
☐ No

**If your answer is "No," stop here, sign and date the verdict form, and notify the Court. If your answer is "Yes," proceed to Question 2.**

---

**2.  License / Authorization**

Have Defendants proven that Defendants' use of Plaintiff's sound recording was authorized by Khalil Abdul Rahman *professionally known as* "DJ Khalil" or by someone acting on his behalf?

☐ Yes
☐ No

**If your answer is "Yes," stop here, sign and date the verdict form, and notify the Court. If your answer is "No," proceed to Question 3.**

---

**3.   License / Implied License Defense**

Have Defendants proven that Defendants had an express or implied license to use the sound recording?

☐ Yes
☐ No

**If your answer is "Yes," stop here, sign and date the verdict form, and notify the Court. If your answer is "No," proceed to Question 4.**

---

**Joint Authorship**

Were the Artists joint authors in the Listening Party version of Hurricane?

☐ **Yes**

☐ **No**

**If your answer is "Yes," stop here, sign and date the verdict form, and notify the Court. If your answer is "No," proceed to Question 5.**

---

4.  **Ye f/k/a Kanye Omari West**

a.  Did Ye f/k/a Kanye Omari West infringe on Plaintiff's copyright?

☐ Yes

☐ No

b.  Has Plaintiff proven that Ye f/k/a Kanye Omari West received gross revenues attributable to the infringement on Plaintiff's copyright?

☐ Yes

☐ No

If yes, state the amount of gross revenue Plaintiff proved attributable to Ye f/k/a Kanye Omari West's infringement on Plaintiff's copyright:

$ _____

Has Defendant proven deductible expenses to offset the gross revenue Plaintiff proved attributable to Ye f/k/a Kanye Omari West's infringement on Plaintiff's copyright?

☐ Yes

☐ No

If yes, state the amount of deductible expenses that offset the gross revenue Plaintiff proved attributable to Ye f/k/a Kanye Omari West's infringement on Plaintiff's copyright, thereby providing the total profit:

$ _____

If yes, state the percentage of profits attributable to MSD PT2 versus factors other than MSD PT2:

MSD PT2: _____%

Other Factors: _____%

Total Award:

Defendant Ye f/k/a Kanye Omari West:

Revenues – Deductible Expenses x Percentage of Profits Attributable to MSD PT2:

$ _____

---

5. **Yeezy LLC**

   a. Did Yeezy LLC infringe on Plaintiff's copyright?

   ☐ Yes
   ☐ No

   b. Has Plaintiff proven that Yeezy LLC received gross revenues attributable to the infringement on Plaintiff's copyright?

   ☐ Yes
   ☐ No

   If yes, state the amount of gross revenue Plaintiff proved attributable to Yeezy LLC's infringement on Plaintiff's copyright:

   $ _____

   Has Defendant proven deductible expenses to offset the gross revenue Plaintiff proved attributable to Yeezy LLC's infringement on Plaintiff's copyright?

   ☐ Yes
   ☐ No

If yes, state the amount of deductible expenses that offset the gross revenue Plaintiff proved attributable to Yeezy LLC's infringement on Plaintiff's copyright, thereby providing the total profit:

$ _____

If yes, state the percentage of profits attributable to MSD PT2 versus factors other than MSD PT2:

MSD PT2:                   _____%

Other Factors:          _____%

Total Award:

Defendant Yeezy LLC's:

Revenues – Deductible Expenses x Percentage of Profits Attributable to MSD PT2:

$ _____

## 6. Yeezy Supply LLC

c.  Did Yeezy Supply LLC infringe on Plaintiff's copyright?

☐ Yes
☐ No

d.  Has Plaintiff proven that Yeezy Supply LLC received gross revenues attributable to the infringement on Plaintiff's copyright?

☐ Yes
☐ No

If yes, state the amount of gross revenue Plaintiff proved attributable to Yeezy Supply LLC's infringement on Plaintiff's copyright:

$ _____

Has Defendant proven deductible expenses to offset the gross revenue Plaintiff proved attributable to Yeezy Supply LLC's infringement on Plaintiff's copyright?

☐ Yes
☐ No

If yes, state the amount of deductible expenses that offset the gross revenue Plaintiff proved attributable to Yeezy Supply LLC's infringement on Plaintiff's copyright, thereby providing the total profit:

$ _____

If yes, state the percentage of profits attributable to MSD PT2 versus factors other than MSD PT2:

MSD PT2:                    _____%

Other Factors:           _____%

Total Award:

Defendant Yeezy Supply LLC's Revenues – Deductible Expenses x percentage of profits attributable to MSD PT2:

$ _____

---

**7.  Ox Paha Inc. f/k/a Mascotte Holdings, Inc.**

e.  Did Ox Paha Inc. f/k/a Mascotte Holdings, Inc. infringe on Plaintiff's copyright?

☐ Yes
☐ No

f.  Has Plaintiff proven that Ox Paha Inc. f/k/a Mascotte Holdings, Inc. received gross revenues attributable to the infringement on Plaintiff's copyright?

☐ Yes
☐ No

If yes, state the amount of gross revenue Plaintiff proved attributable to Ox Paha Inc. f/k/a Mascotte Holdings, Inc.'s infringement on Plaintiff's copyright:

$ _____

Has Defendant proven deductible expenses to offset the gross revenue Plaintiff proved attributable to Ox Paha Inc. f/k/a Mascotte Holdings, Inc.'s infringement on Plaintiff's copyright?

☐ Yes
☐ No

If yes, state the amount of deductible expenses that offset the gross revenue Plaintiff proved attributable to Ox Paha Inc. f/k/a Mascotte Holdings, Inc.'s infringement on Plaintiff's copyright, thereby providing the total profit:

$ _____

If yes, state the percentage of profits attributable to MSD PT2 versus factors other than MSD PT2:

MSD PT2:                    _____%

Other Factors:           _____%

Total Award:

Defendant Ox Paha Inc. f/k/a Mascotte Holdings, Inc.'s Revenues – Deductible Expenses x percentage of profits attributable to MSD PT2:

$ _____

---

**Dated:** _____

**Presiding Juror:** _____