# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-06018-MWC-BFM | Date | May 11, 2026 |
| Title: | Artist Revenue Advocates, LLC v. Kanye Omari West, et al. | | |

Present: The Honorable    Hon. Michelle Williams Court

| Claudia Garcia-Marquez | CourtSmart |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Irene Yee; Sarah Wang; Jefferson Cummings; Nathan Meyer | Eduardo Martorell; Christopher Rosario; Evan Miller |

_____ Day Court Trial        5TH        Day Jury Trial

_____ One day trial:    _____ Begun (1st day);    X Held & Continued;    _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by

✓ Witnesses called, sworn and testified.    ✓ Exhibits Identified    ✓ Exhibits admitted.

✓ Plaintiff(s) rest.    ✓ Defendant(s) rest.

✓ Closing arguments made by    ✓ plaintiff(s)    ✓ defendant(s).    ✓ Court instructs jury.

_____ Bailiff(s) sworn.    _____ Jury retires to deliberate.    _____ Jury resumes deliberations.

_____ Jury Verdict in favor of    _____ plaintiff(s)    _____ defendant(s) is read and filed.

_____ Jury polled.    _____ Polling waived.

_____ Filed Witness & Exhibit Lists    _____ Filed jury notes.    ✓ Filed jury instructions.

_____ Judgment by Court for    _____ plaintiff(s)    _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by    _____ plaintiff(s)    _____ defendant(s).

_____ Case submitted.    _____ Briefs to be filed by _____

_____ Motion to dismiss by _____ is _____ granted.    _____ denied.    _____ submitted.

_____ Motion for mistrial by _____ is _____ granted.    _____ denied.    _____ submitted.

✓ Motion for Judgment/Directed Verdict by Plaintiff    is _____ granted.    ✓ denied.    _____ submitted.

_____ Settlement reached and placed on the record.

✓ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

✓ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

✓ Case continued to    May 12, 2026 at 8:45 a.m.    for further trial/further jury deliberation.

_____ Other:

07 : 20

Initials of Deputy Clerk    CGM

cc: