# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ARTIST REVENUE ADVOCATES, LLC,

Plaintiff,

vs.

KANYE OMARI WEST a/k/a "YE"; *et al.*,

Defendants.

**Verdict Form**

Case No. 2:24-cv-06018 MWC (BFMx)

Hon. Michelle Williams Court

1

We answer the questions submitted to us as follows:

Please answer Question 1.

1.    **Kanye Omari West a/k/a "Ye"**

a.    Did Kanye Omari West a/k/a "Ye" infringe on Plaintiff's copyright?

_____✓_____ YES          _____ NO

If you answered "YES" to Question 1.a. answer Question 1.b. If you answered "NO" to Question 1.a., skip Question 1.b. and answer Question 2.

b.    What are plaintiff's damages as against Kanye Omari West a/k/a "Ye"?

$ ___$176,153___

Please answer Question 2.

2.    **Yeezy LLC**

a.    Did Yeezy LLC infringe on Plaintiff's copyright?

_____✓_____ YES          _____ NO

If you answered "YES" to Question 2.a. answer Question 2.b. If you answered "NO" to Question 2.a., skip Question 2.b. and answer Question 3

b.    What are plaintiff's damages as against Yeezy LLC?

$ ___$176,153___

2

**Please answer Question 3.**

3.      **Yeezy Supply LLC**

      a.      Did Yeezy Supply LLC infringe on Plaintiff's copyright?

              __✓__ YES            _____ NO

      **If you answered "YES" to Question 3.a. answer Question 3.b.  If you answered "NO" to Question 3.a., skip Question 3.b. and answer Question 4.**

      b.      What are plaintiff's damages as against Yeezy Supply LLC?

           $ ___$41,625___

**Please answer Question 4.**

4.      **Ox Paha Inc. f/k/a Mascotte Holdings, Inc.**

      a.      Did Ox Paha Inc. f/k/a Mascotte Holdings, Inc. infringe on Plaintiff's copyright?

              __✓__ YES            _____ NO

      **If you answered "YES" to Question 4.a. answer Question 4.b.  If you answered "NO" to Question 4.a., skip Question 4.b. and sign and date the Verdict Form.**

      b.      What are plaintiff's damages as against Ox Paha Inc. f/k/a Mascotte Holdings, Inc.?

           $ ___$44,627___

**Please have your Presiding Juror sign and date this Verdict Form.**

Signed: ██████████████████████████     Dated: 5/12/2026

Presiding Juror

**After this verdict form has been signed and dated, please notify the Courtroom Deputy.**