# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| Case No. | 2:24-cv-06018-MWC-BFM | Date | May 12, 2026 |
|---|---|---|---|
| Title: | Artist Revenue Advocates, LLC v. Kanye Omari West, et al. | | |

Present: The Honorable    Hon. Michelle Williams Court

| Claudia Garcia-Marquez | CourtSmart |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Irene Yee; Sarah Wang; Jefferson Cummings; Nathan Meyer | Eduardo Martorell; Christopher Rosario; Evan Miller |

_____ Day Court Trial    6TH    Day Jury Trial

_____ One day trial:    _____ Begun (1st day);    X    Held & Continued;    _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by

_____ Witnesses called, sworn and testified.    _____ Exhibits Identified    _____ Exhibits admitted.

_____ Plaintiff(s) rest.    _____ Defendant(s) rest.

✓ Closing arguments made by    ✓ plaintiff(s)    _____ defendant(s).    _____ Court instructs jury.

✓ Bailiff(s) sworn.    ✓ Jury retires to deliberate.    _____ Jury resumes deliberations.

✓ Jury Verdict in favor of    ✓ plaintiff(s)    _____ defendant(s) is read and filed.

✓ Jury polled.    _____ Polling waived.

✓ Filed Witness & Exhibit Lists    ✓ Filed jury notes.    ✓ Filed jury instructions.

_____ Judgment by Court for    _____ plaintiff(s)    _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by    _____ plaintiff(s)    _____ defendant(s).

_____ Case submitted.    _____ Briefs to be filed by _____

_____ Motion to dismiss by _____    is    _____ granted.    _____ denied.    _____ submitted.

_____ Motion for mistrial by _____    is    _____ granted.    _____ denied.    _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____    is    _____ granted.    _____ denied.    _____ submitted.

_____ Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

_____ Case continued to _____ for further trial/further jury deliberation.

✓ Other: Hearing for post-trial motions set for July 24, 2026, at 1:30 p.m.

| 00 | : | 54 |
|---|---|---|
| Initials of Deputy Clerk | | CGM |

cc: