# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIST REVENUE ADVOCATES, LLC,<br><br>            Plaintiff,<br><br>vs.<br><br>KANYE OMARI WEST a/k/a "YE;" *et al.*,<br><br>            Defendants. | Case No. 2:24-cv-06018 MWC-BFMx<br><br>**JUDGMENT OF DISMISSAL OF GETTING OUT OUR DREAMS, INC. a/k/a G.O.O.D. MUSIC AND GETTING OUT OUR DREAMS II, LLC (DKT. 318)** |

The Court, having granted the Request for Dismissal of Certain Defendants, *see* Dkt. # 318, **ORDERS** as follows:

(1) All claims against Getting Out Our Dreams, Inc. a/k/a Good Music and Getting Out Our Dreams II, LLC are **DISMISSED WITH PREJUDICE**.

(2) Plaintiff is not entitled to any recovery against Getting Out Our Dreams, Inc. a/k/a Good Music and Getting Out Our Dreams II, LLC.

**IT IS SO ORDERED.**

Dated: May 19, 2026

_____
Honorable Michelle Williams Court
United States District Court Judge