**MARTORELL LAW APC**
Eduardo Martorell, State Bar No. 240027
EMartorell@Martorell-Law.com
Christopher Rosario, State Bar No. 326436
CRosario@Martorell-Law.com
Evan Miller, State Bar No. 336473
EMiller@Martorell-Law.com
Playa District
6100 Center Drive, Suite 1130
Los Angeles, CA 90045
Telephone: (323) 840-1200
Facsimile: (323) 840-1300

Attorneys for Defendants Ye f/k/a KANYE OMARI WEST; GETTING OUT OUR DREAMS, INC.; GETTING OUT OUR DREAMS II, LLC; YEEZY LLC; YEEZY SUPPLY LLC; and OX PAHA INC. f/k/a MASCOTTE HOLDINGS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIST REVENUE ADVOCATES, LLC,<br><br>              Plaintiff,<br><br>vs.<br><br>KANYE OMARI WEST a/k/a "YE;" *et al.*,<br><br>              Defendants. | Case No.: 2:24-cv-06018 MWC (BFMx)<br><br>Hon. Michelle Williams Court<br><br>**DEFENDANTS' NOTICE OF ERRATA TO MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR, ALTERNATIVELY, MOTION FOR A NEW TRIAL**<br><br>Action Filed:      July 17, 2024<br>Fact Disc. Cutoff:  December 15, 2025<br>Trial:              April 20, 2026 |

## <u>NOTICE OF ERRARA</u>

Defendants YE f/k/a KANYE OMARI WEST, YEEZY LLC, YEEZY SUPPLY LLC, and OX PAHA INC. f/k/a MASCOTTE HOLDINGS, INC. hereby submit this Notice of Errata regarding Defendants' Memorandum of Points and Authorities in Support of Renewed Motion for Judgment as a Matter of Law or, Alternatively, Motion for a New Trial (Dkt. No. 357-1).

Enclosed herein as **Exhibit A** is a version of Defendants' Memorandum of Points and Authorities in Support of Renewed Motion for Judgment as a Matter of Law (Dkt. No. 357-1) that now includes a Table of Authorities (previously missing) and corrects a few typographical errors and provides points of clarification and previously missing information.  Attached herein as **Exhibit B** is a redline copy outlining the differences between Docket No. 357-1 and Exhibit A.

Dated:  June 27, 2026                      **MARTORELL LAW APC**

By:   /s/ Eduardo Martorell
     Eduardo Martorell
     Christopher A. Rosario
     Evan Miller
     *Attorneys for Defendants*
     Defendants Ye f/k/a Kanye
     Omari West; Getting Out Our
     Dreams, Inc.; Getting Out Our
     Dreams II, LLC; Yeezy LLC;
     Yeezy Supply LLC; Ox Paha Inc.