

RUSS, AUGUST & KABAT
Irene Y. Lee, State Bar No. 213625
ilee@raklaw.com
Nathan D. Meyer, State Bar No. 239850
nmeyer@raklaw.com
Sarah Wang (*admitted pro hac vice*)
swang@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:   (310) 826-7474
Facsimile:    (310) 979-8268

Attorneys for Plaintiff
ARTIST REVENUE ADVOCATES, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA –WESTERN DIVISION

ARTIST REVENUE ADVOCATES, LLC,

Plaintiff,

vs.

KANYE OMARI WEST a/k/a "YE;" GETTING OUT OUR DREAMS, INC. a/k/a G.O.O.D. MUSIC, a California corporation; GETTING OUT OUR DREAMS II, LLC, a Delaware limited liability company; YEEZY LLC, a Delaware limited liability company; YEEZY SUPPLY LLC, a Delaware limited liability company; OX PAHA INC. f/k/a MASCOTTE HOLDINGS, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; UNIVERSAL MUSIC CORP., a Delaware corporation; UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; KANO COMPUTING LIMITED, a United Kingdom private limited company; ALEXANDER NELSON KLEIN, an individual; ASHDUST LLP, a Delaware

Case No. 2:24-CV-06018-MWC-BFMx

[Assigned to The Honorable Michelle W. Court, Courtroom 6A]

**OMNIBUS DECLARATION OF NATHAN D. MEYER IN SUPPORT OF PLAINTIFF ARTIST REVENUE ADVOCATES, LLC'S OPPOSITION TO DEFENDANTS' POST TRIAL MOTIONS**

**Hearing**
Date: July 24, 2026
Time: 1:30 p.m.
Courtroom:  6A

Original Complaint Filed:
    July 17, 2024

1

RUSS, AUGUST & KABAT

limited liability partnership;
STEMPLAYER LTD, a United
Kingdom private limited company; and
DOES 1 through 10,

        Defendants.

RUSS, AUGUST & KABAT

2

**DECLARATION OF NATHAN D. MEYER**

I, Nathan D. Meyer, declare as follows:

1.      I am an attorney duly licensed to practice law in the State of California and am a Partner with Russ, August & Kabat, LLP, counsel of record for Plaintiff Artist Revenue Advocates, LLC ("Plaintiff" or "ARA"). I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify thereto.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the trial transcript from May 4, 2026 (Day 1).

3.      Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the trial transcript from May 5, 2026 (Day 2).

4.      Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the trial transcript from May 6, 2026 (Day 3).

5.      Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the trial transcript from May 7, 2026 (Day 4).

6.      Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the trial transcript from May 8, 2026 (Status Conference).

7.      Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the trial transcript from May 11, 2026 (Day 5).

8.      Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from the trial transcript from May 12, 2026 (Day 6).

9.      Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from the transcript of the Final Pretrial Conference held April 3, 2026.

10.      Attached hereto as **Exhibit 9** are true and correct copies of excerpts of the deposition of Ye in this matter on August 5, 2025.

11.      Attached hereto as **Exhibit 10** is a true and correct copy of Trial Exhibit 63, which was admitted during trial.

OMNIBUS DECLARATION OF NATHAN D. MEYER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' POST TRIAL MOTIONS

RUSS, AUGUST & KABAT

12. Attached hereto as **Exhibit 11** is a true and correct copy of Trial Exhibit 65, which was admitted during trial.

13. Attached hereto as **Exhibit 12** is a true and correct copy of Trial Exhibit 66, which was admitted during trial.

14. Attached hereto as **Exhibit 13** is a true and correct copy of Trial Exhibit 69, which was admitted during trial.

15. Attached hereto as **Exhibit 14** is a true and correct copy of Trial Exhibit 111, which was admitted during trial.

16. Attached hereto as **Exhibit 15** is a true and correct copy of Trial Exhibit 140, which was admitted during trial.

17. Attached hereto as **Exhibit 16** is a true and correct copy of Trial Exhibit 158, which was admitted during trial.

18. Attached hereto as **Exhibit 17** is a true and correct photocopy of Trial Exhibit 542, which was a physical exhibit admitted during trial.

19. Attached hereto as **Exhibit 18** is a true and correct photocopy of Trial Exhibit 543, which was a physical exhibit admitted during trial.

20. Attached hereto as **Exhibit 19** is a true and correct copy of Trial Exhibit 550, which was admitted during trial.

21. Attached hereto as **Exhibit 20** is a true and correct copy of Trial Exhibit 5023, which published to the jury during trial and read verbatim (May 5 Tr. [Day 2] 88:3-7, 90:3-11).

22. Attached hereto as **Exhibit 21** is a true and correct copy of Trial Exhibit 5034, which was admitted during trial.

23. Attached hereto as **Exhibit 22** is a pdf of true and correct copies of relevant excerpts from the Exhibit List sent to my firm by Defense counsel shortly before noon on May 1, 2026.

24. Attached hereto as **Exhibit 23** is a true and correct copy of e-mail correspondence relating to the transmittal of Exhibit 12.

4

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed this 2nd day of July, 2026 at Los Angeles, California.

_____
Nathan D. Meyer

OMNIBUS DECLARATION OF NATHAN D. MEYER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' POST TRIAL MOTIONS

**CERTIFICATE OF SERVICE**

I certify that counsel of record who are deemed to have consented to electronic service are being served on July 2, 2026, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel will be served by electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

/s/     *Nathan D. Meyer*

RUSS, AUGUST & KABAT

6

OMNIBUS DECLARATION OF NATHAN D. MEYER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' POST TRIAL MOTIONS