**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARTIST REVENUE ADVOCATES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>KANYE AMARI WEST *a/k/a* "YE" *et al.*,<br><br>Defendants. | Case No. 2:24-cv-06018-MWC-BFM<br><br>**ORDER REQUIRING PLAINTIFF TO SERVE REVISED PROPOSED JUDGMENT** |

The Court has reviewed the Proposed Judgment and the Objections thereto (Dkts. # 370, 372). A judgment should not include recitals of pleadings or a record of prior proceedings. Objections 1, 2, 3, and 6 are sustained. Plaintiff is **ORDERED** to file and serve a proposed judgment that complies with Fed. R. Civ. P. 54 no later than **December 4, 2026**.

**IT IS SO ORDERED.**

DATED: November 24, 2026

Hon. Michelle Williams Court
United States District Judge